UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL PARGA, RICHARD FELTZ, TARA O'DONLEY, AND CHRISTOPHER WOOD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA; VIC REGALADO, Tulsa County Sheriff, in his official capacity; TERRY H. BITTING, TAMMY BRUCE, MARTHA RUPP CARTER, STEPHEN R. CLARK, THERESA DREILING, OWEN EVENS, JAMES W. KEELEY, DEBORAH LUDI LEITCH, J. ANTHONY MILLER, DAWN MOODY, MILLIE OTEY, KIRSTEN PACE, APRIL SEIBERT, CLIFFORD SMITH, AND SARAH SMITH, in their capacities as Tulsa County Special Judges; AND WILLIAM MUSSEMAN, in his capacity as Tulsa County District Court Judge,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 18-CV-0298-CVE-JFJ |

## JUDGMENT OF DISMISSAL

This matter has come before the Court and an Opinion and Order (Dkt. # 40) has been entered dismissing without prejudice plaintiffs' amended complaint as moot. Judgment of dismissal of plaintiffs' case is hereby entered.

**DATED** this 19th day of November, 2018.

*Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE