# United States District Court
### NORTHERN DISTRICT OF OKLAHOMA

MICHAEL PARGA, et al.,  )
  )
  Plaintiffs,  )
  )
vs.  )   Case No. 18-cv-00298-CVE-JFJ
  )
BOARD OF COUNTY COMMISSIONERS  )
OF THE COUNTY OF TULSA, et al.,  )
  )
  Defendants.  )

**Appearance**

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

DEFENDANT BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA
DEFENDANT VIC REGALADO, Tulsa County Sheriff, in his official capacity

June 21, 2019                          /s/ James G. Rea
Date                                   James G. Rea

Type of Appointment: ■ Retained  ☐ CJA       James G. Rea
                     ☐ FPD  ☐ Pro Bono  ☐ Pro Se    Print Name

                                       Tulsa County District Attorney's Office
                                       Firm Name

                                       500 South Denver Avenue, Suite 832
                                       Mailing Address

30801                                  Tulsa,  Oklahoma     74103
Oklahoma State Bar Number (If Applicable)   City            State    Zip Code

jrea@tulsacounty.org                   (918) 596-4845       (918) 596-4804
e-mail address                         Phone Number         Fax Number

**Certificate of Service**

I hereby certify that on June 21, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

>Ruth Hamilton
>Hayley Horowitz
>Charles Gerstein
>Alec Karakatsanis
>A. Dami Animashaun
>Ryan Downer
>Stefanie E. Lawson
>Douglas Wilson
>Erin M. Moore

I hereby certify that on June 21, 2019, I served the same document by:

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):    None.

/s/ James G. Rea
James G. Rea