# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Michael Parga, et al.,

                Plaintiff(s),

vs.

Tulsa County, et al.,

                Defendant(s).

Case Number: 18-cv-00298-CVE-JFJ
Proceeding: Motion Hearing
Date: 11-8-2019
Court Time: 10:00 a.m.

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge        S. Cope, Deputy Clerk        C1, Reporter

Counsel for Plaintiff: Hayley Elizabeth Horowitz; Kristina Michelle Saleb

Counsel for Defendants Vic Regalado, Board of Co. Commissioners: Douglas Wilson

Counsel for Special Judges: Erin Morgan Moore, Stefanie Erin Lawson

Minutes: Telephone conference held regarding Defendant State Judges' Motion for Referral to Magistrate Judge for Settlement Conference (ECF No. 80). Discussions held regarding whether parties are prepared to move forward with settlement. Motion for Referral (ECF No. 80) is GRANTED. Parties are directed to provide letters that have been exchanged between parties regarding settlement negotiations and a copy of the local criminal rule that is currently being used. Also, parties are to submit a five (5) page Settlement Conference Statement by Friday, November 15, 2019.

Court Time: 10:06 a.m. - 10:36 a.m.