## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

MICHAEL PARGA, et al.,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

   v.

TULSA COUNTY, et al.,

        Defendants.

Case No.  18-cv-0298-CVE-JFJ

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I have been authorized to practice in this court *pro hac vice*, I have registered to file documents electronically with this court, and I enter my appearance as counsel in this case for Plaintiffs.

Dated:  November 13, 2019        _/s/ Laura Gaztambide Arandes_____

                                   Hayley Horowitz*
                                   Kristina Saleh
                                   STILL SHE RISES, TULSA
                                   567 E. 36th Street North
                                   Tulsa, OK 74106
                                   hayleyh@stillsherises.org
                                   918-392-0874

                                   *Admitted to practice only in New York. Application for admission to Oklahoma Bar pending.*

                                   Charles Gerstein*
                                     Laura Gaztambide Arandes*
                                     Ryan Downer*
                                     CIVIL RIGHTS CORPS
                                   1601 Connecticut Avenue NW, Suite 800
                                   Washington, DC 20009

charlie@civilrightscorps.org
laura@civilrightscorps.org
ryan@civilrightscorps.org
202-844-4975

*Attorneys for Plaintiffs*

*\*Admitted to practice pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on November 13, 2019 via email upon the following counsel of record:

Stefanie Lawson
Office of the Attorney General
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
stefanie.lawson@oag.ok.gov

Douglas Wilson
District Attorney's Office
500 S. Denver Ave. Ste. 900
Tulsa, Oklahoma 74103
douglas.wilson@tulsacounty.org


*/s/ Laura Gaztambide Arandes*