IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA+

| | |
|---|---|
| MICHAEL PARGA, *et al.*,<br>on behalf of themselves and all others<br>similarly situated,<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TULSA COUNTY, *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No.: 18-cv-00298<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANTS' JOINT SUGGESTION OF DEATH**

　　Defendants, by and through counsel, pursuant to Federal Rule of Civil Procedure 25, hereby give notice that Plaintiff Michael Parga died on or about October 26, 2019. Plaintiff's counsel has advised counsel for Defendants that they do not anticipate any delay in this matter while they are determining their desired course of action.

Dated: November 19, 2019

Respectfully submitted,

| | |
|---|---|
| s/ Stefanie E. Lawson | s/ Douglas A. Wilson |
| **STEFANIE E. LAWSON, OBA#22422**<br>**ERIN M. MOORE, OBA#20787**<br>Assistant Attorney General<br>Oklahoma Attorney General's Office<br>Litigation Division<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Telephone:　(405) 521-3921<br>Facsimile:　(405) 521-4518<br>Email: stefanie.lawson@oag.ok.gov<br>Email: erin.moore@oag.ok.gov<br>*Attorneys for Defendant Musseman and Special Judges (collectively Defendant State Judges)* | (Signed by filing attorney with permission from attorney)<br>**Douglas A. Wilson, OBA No. 13128**<br>Assistant District Attorney<br>Tulsa County District Attorney's Office<br>500 S Denver Ave., Ste 832<br>Tulsa, OK 74103<br>(918) 596-8795<br>douglas.wilson@tulsacounty.org<br>*Attorney for the Board of County Commissioners of the County of Tulsa, and Vic Regalado, Tulsa County Sheriff, in his official capacity* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of November, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served on following who are ECF registrants:

Kristina Saleh
Hayley Horowitz
Still She Rises, Tulsa
567 E. 36th Street North
Tulsa, OK 74106
Kristinas@stillsherises.org
hayleyh@stillsherises.org
*Attorneys for Plaintiffs*

Charles Gerstein
Laura Gaztambide Arandes
Ryan Downer
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, DC 20009
charlie@civilrightscorps.org
alec@civilrightscorps.org
dami@civilrightscorps.org
*Attorneys for Plaintiffs*

Douglas Allen Wilson
DA Office Tulsa-900
500 S Denver Ave Ste 900
Tulsa, OK 74103-3832
*Attorney for Defendant Regaldo and
Board of County Comm of County of Tulsa*

                 s/Stefanie E. Lawson
                 Stefanie E. Lawson