# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL PARGA; RICHARD FELTZ; TARA O'DONLEY; and CHRISTOPHER WOOD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 18-CV-298-CVE-JFJ |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA; VIC REGALADO, Tulsa County Sheriff, in his official capacity; TERRY H. BITTING; TAMMY BRUCE; MARTHA RUPP CARTER; STEPHEN R. CLARK; THERESA DREILING; OWEN EVENS; JAMES W. KEELEY; DEBORAH LUDI LEITCH; J. ANTHONY MILLER; DAWN MOODY; MILLIE OTEY; KIRSTEN PACE; APRIL SEIBERT; CLIFFORD SMITH; SARAH SMITH, in their capacity as Tulsa County Special Judges; WILLIAM MUSSEMAN, in his capacity as Tulsa County District Court Judge, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Defendant Regalado and Tulsa Board of County Commissioners' Motion to Continue Hearing (ECF No. 151), which is opposed by Plaintiffs, is DENIED.

These Defendants do not argue that conducting a phone conference with attorneys would create a burden on any party or their counsel. These Defendants argue instead that the discovery requested, if conducted at this time, would impose a burden and violate orders regarding the Coronavirus. The Court intends to hear argument on the substantive motions during the phone hearing, to assist the Court in ruling on the pending motions. Whether or not the discovery can be

completed at this time, the Court finds no reason to further delay this Court's consideration of the discovery motions.

**SO ORDERED** this 1st day of April, 2020.

*[signature]*
**JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**