# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Michael Parga, et al.,

      Plaintiff(s),

vs.

Tulsa County, et al.,

      Defendant(s).

Case Number: 18-cv-00298-CVE-JFJ
Proceeding: Motion Hearing
Date: 4-3-2020
Court Time: 10:00 a.m.

**MINUTE SHEET**

| Jodi F. Jayne, U.S. Magistrate Judge | S. Cope, Deputy Clerk | C1, Reporter |

Counsel for Plaintiff: Hayley Horowitz, Alex Twinem, Kristina Saleh, Ryan Downer

Counsel for Defendants Vic Regalado, Board of Co. Commissioners: Douglas Wilson

Counsel for Special Judges: Erin Morgan Moore, Stefanie Erin Lawson, Devan A. Pederson

Minutes: Telephone conference held regarding Plaintiffs' Motion to Compel Representatives of Defendants Tulsa County Board of Commissioners and Sheriff Vic Regalado to Appear for Depositions (ECF No. 88); Defendant State Judge Ludi-Leitch's Motion for Protective Order (ECF No. 89); Defendant State Judge William Musseman's Motion for Protective Order (ECF No. 96); Defendant State Judge Dawn Moody's Motion for Protective Order (ECF No. 97); Tulsa County Sheriff's Motion to Quash 30(B)(6) Depositions Notice and or Protective Order (ECF Nos. 98, 100); Board of County Commissioners of the County of Tulsa's Motion to Quash 30(B)(6) Depositions Notice and or Protective Order (ECF Nos. 99, 101) and Defendant's Motion to Stay 30(B)(6) Depositions (ECF No. 105). Arguments heard. Motion to Stay 30(B)(6) Depositions (ECF No. 105) is denied as stated in the hearing. Remaining motions taken under advisement. Separate Order to be entered.

Court Time: 10:07 a.m. - 12:08 p.m.