UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL PARGA, RICHARD FELTZ, TARA O'DONLEY, AND CHRISTOPHER WOOD, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA; VIC REGALADO, Tulsa County Sheriff, in his official capacity; TERRY H. BITTING, TAMMY BRUCE, MARTHA RUPP CARTER, STEPHEN R. CLARK, THERESA DREILING, OWEN EVENS, JAMES W. KEELEY, DEBORAH LUDI LEITCH, J. ANTHONY MILLER, DAWN MOODY, MILLIE OTEY, KIRSTEN PACE, APRIL SEIBERT, CLIFFORD SMITH, AND SARAH SMITH, in their capacities as Tulsa County Special Judges; AND WILLIAM MUSSEMAN, in his capacity as Tulsa County District Court Judge,<br><br>    Defendants. | Case No. 18-CV-0298-CVE-JFJ |

## **ORDER**

With regard to plaintiffs' motions for a temporary restraining order and preliminary injunction against defendant Tulsa County Sheriff (Dkt. ## 158, 159), the Court notes that this putative class action is not concerned generally with supervision of the David L. Moss Criminal Justice Center (Tulsa County Jail) or the health and safety of inmates; rather, it relates to procedures of the Tulsa County District Court and the Tulsa County Jail to determine pretrial detention or release.

Therefore, the Court hereby **accelerates briefing** on the motions (Dkt. ## 158, 159) solely on the issue of whether there is a risk of imminent harm from COVID-19 at the Tulsa County Jail, and what procedures the Tulsa County Sheriff has implemented to mitigate such harm.

**Responses Due:**   April 10, 2020.

**Reply Due:**   April 14, 2020.

**IT IS SO ORDERED** this 6th day of April, 2020.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE