United States District Court
NORTHERN DISTRICT OF OKLAHOMA

Exhibit "B"

MICHAEL PARGA, et al., )
)
    Plaintiffs, )
vs. ) Case No. 18-cv-00298-CVE-JFJ
)
BOARD OF COUNTY COMMISSIONERS OF )
THE COUNTY OF TULSA, et al. )
)
    Defendants. )

AFFIDAVIT OF GEORGE BROWN

STATE OF OKLAHOMA   )
    ) ss.
COUNTY OF TULSA    )

I, George Brown, of lawful age, upon my oath and subject to the penalties of perjury, state:

1. I serve as the Undersheriff for Tulsa County. I have personal knowledge of the statements made in this affidavit.

2. At this time, there are no suspected or confirmed COVID-19 cases in the David L. Moss Criminal Justice Center (also known as the "Tulsa County Jail" or "Jail").

3. Tulsa County Sheriff's Deputies have been instructed to follow the Governor's Best Practices for limiting COVID-19 exposure when encountering the public, which includes serving process, conducting traffic stops and making arrests.

4. Every Tulsa County Sheriff's Deputy is provided hand sanitizer, gloves and a mask for his or her shift.

5. All Deputies have been told to limit exposure in the field, wear protective masks and gloves when the situation warrants, make frequent use of hand washing and hand sanitizer and maintain social distancing.

6. All Deputies have also been told that their patrol vehicles should be cleaned and disinfected twice every shift, and that they should disinfect their duty belt and gear after contact with an individual.

7. All Deputies have been told to mask any arrestees displaying symptoms consistent with COVID-19, to keep the windows open during transport and to arrange for assessment or transport by a trained Emergency Medical Service or Emergency Medical Technician if the arrestee needs medical attention.

8.  Throughout this corona virus threat, I have attended the morning video conferences regarding COVID-19 updates, hosted by Tulsa Area Emergency Management Agency ("TAEMA").

9.  These are aired on my work computer every day Mon-Fri at 10:30 am, and feature Dr. Bruce Dart, Executive Director of the Tulsa City-County Health Department.

10. Afterward, I communicate pertinent information learned during these daily COVID-19 updates to TCSO Division Directors.

11. In response to the threat posed by COVID-19, Sheriff Regalado has implemented mandatory temperature scanning of all persons entering the Jail, and has designate specific intake pods to house new persons booked into the Jail for 14 days before allowing them into other areas of the Jail.

12. In addition to inmates, all employees at the jail are also asked a series of COVID-19 screening questions and their temperature is taken daily.

13. In fact, anyone entering the jail must first submit themselves to having their temperature taken.

14. Anyone with a temperature of 100 degrees or above is not permitted entry into the jail.

15. The Jail's COVID-19 Response Plan implements a number of educational campaigns, pushes relevant COVID-10 information daily to staff and inmates, and emphasizes preventative measures to reduce the risk of coronavirus spread.

FURTHER AFFIANT SAYETH NOT.

_George Brown_
George Brown, Tulsa County Undersheriff

Subscribed and sworn to before me this 9 day of April, 2020.

_Carrie Knauf_
Notary Public

My commission expires: 06/07/20

[Notary Seal: CARRIE KNAUF, NOTARY, #16005550, EXP. 06/07/20, STATE OF OKLAHOMA]