Exhibit "C"

# COVID-19 Response Plan

## *(Coronavirus)*

## David L. Moss Criminal Justice Center

**Partners:**

- **Tulsa County Sheriff's Office**

- **Tulsa Health Department**

- **Tulsa County Courts**

- **Tulsa Area Emergency Management Agency (T.A.E.M.A.)**

- **Turn Key Clinics**

- **Summit Food Service**

# COVID-19 Response Plan
## *David L. Moss Criminal Justice Center*

This document will serve at the *COVID-19 Response Plan* for the Coronavirus (COVID-19) at the David L. Moss Criminal Justice Center. While the Tulsa County Sheriff's Office provides basic protocols in the event of an emergency, this plan will provide extensive details for ensuring that the risks associated with this Coronavirus (COVID-19) are adequately addressed. The following is presented to initiate our contingencies; however, as this event evolves, jail administration is actively ready to restructure this Response Plan to ensure that the David L. Moss Criminal Justice Center is fully prepared to limit this disease from spreading within the detention facility, measures for quarantine are adequate, and that the jail operations receive minimal disruptions. As of the revision date posted on the bottom of this document, the plan will address the following components:

| | | |
|---|---|---|
| • **PREVENTION** | • **QUARANTINE / ISOLATION** | • **STAFFING / JAIL OPS** |
| • **HEALTHCARE** | • **FOOD SERVICE** | • **INTAKE / RELEASE** |

**PREVENTION:**

| | | |
|---|---|---|
| **EDUCATION** | **STAFF EDUCATION:** | Staff is continuously trained on adequate housekeeping protocols. This training goes over general facility sanitation, personal hygiene, and instructions for inmates in regards to facility and personal sanitation. Education about the COVID-19 will also be provided as details are available to all three squads via jail administration, jail command staff, or Turn Key. |
| | **INFORMATION BULLETIN:** | Emails are regularly sent out to staff as key updates are provided in regard to COVID-19. Updates could include new prevention measures, updates provided by the health authorities, changes to this COVID-19 Response Plan, etc. |
| | **POSTERS:** | Posters and signs are posted throughout the detention center encouraging staff, inmates, and visitors to wash their hands frequently and use general and personal sanitation etiquette while handling business in the facility. This also includes sanitation / precaution posters for the inmates working the Laundry Unit. (Poster Attachments A-H) |
| | **INMATE INFORMATION:** | Automatic messages will be displayed on inmate tablets and kiosks throughout all housing units giving reminders to wash hands, use social distancing, and to keep their living area cleaned. |
| **PREVENTATIVE ACTION** | **HAND WASHING:** | Staff, contract staff, and inmates are reminded on a regular basis on the importance of adequate hand washing. This is being accomplished through verbal recommendation and posted signs. |
| | **HAND SANITIZERS:** | Staff is encouraged to use hand sanitizer frequently when they are unable to wash their hands; therefore, detention staff is authorized to bring personal hand sanitizer to work. A donation of alcohol-based hand sanitizer has been made by citizens for officer use.<br>The Jail Services Unit will prepare and distribute hand sanitizer with instructions provided by the Tulsa Health Department from the World Health Organization. Hand sanitizer will be readily available for all inmates in the housing units at the officer's station upon delivery. |
| | **FACILITY CLEANERS:** | Specialized germicidal disinfectant has been purchased for the jail. This is being used on a daily basis by detention personnel throughout the entire facility. Facility sprays are documented and kept on file. This is the responsibility of the Jail Services Unit. Facility grade disinfectant is provided for inmate use upon request in housing units. |
| **EQUIPMENT / TOOLS** | **MASKS:** | Masks have been purchased to be worn by medical staff, employees, and infected inmates in the event that a positive case of COVID-19 is detected within the detention center. These will be distributed when delivered. All inmates have been offered masks. |
| | **GLOVES:** | Gloves are worn by medical staff, employees, and inmate workers throughout the detention center to prevent contact with the virus. |
| | **SAFETY GLASSES:** | Safety glasses will be worn by medical staff and employees when applicable. |

# COVID-19 Response Plan
*David L. Moss Criminal Justice Center*

## HEALTH CARE:

Inmates that are booked into the facility will be asked initial screening questions by the booking nurse (Attachment I). During intake and throughout incarceration, Exposure Risk Assessments will be completed on any person who may have had person-to-person exposure transfer from the community (local or foreign), as well as identify if the person being tested is symptomatic or asymptomatic. CDC algorithms are used to determine exposure risk. **All potential exposure cases will be reported to the local health department so that further evaluations can be performed**. In the event that a confirmed case of COVID-19 occurs within the David L. Moss Criminal Justice Center, the inmate will be quarantined according to the quarantine / isolation plans and all areas of the facility will be completely sanitized.

Medical Intake Screening has been moved to the pre-booking (intake area) as of **03/16/2020**. This will ensure that inmates are adequately assessed prior to entry to the jail.

The David L. Moss Criminal Justice Center is fully prepared to cooperate with the local, state, and federal health officials should a positive case of COVID-19 be diagnosed within the facility.

Effective **03/18/2020**, all inmates will have their temperature checked by medical staff on a daily basis.

**Push Partner –** In the event that a vaccination is made available in the foreseeable future, the Tulsa County Sheriff's Office has partnered with the Tulsa Health Department to push vaccinations to staff, families of staff, contract employees, and the inmate population (if enough is made available). Push Partner activation plans are readily available within jail administration.

## QUARANTINE / ISOLATION:

In the event of a confirmed case of COVID-19 within the David L. Moss Criminal Justice Center, the isolation processes within this plan should be followed. The inmate identified as possibly being exposed to a respiratory virus will be isolated in the medical unit in a negative air pressure cell for respiratory isolation. This isolation will occur for a fourteen-day period (or the current CDC guideline). After immediate isolation, the Tulsa Health Department will be notified so that they may evaluate the situation.

The David L. Moss Criminal Justice Center has eight negative air pressure cells that are checked daily by medical staff when being used for respiratory isolation, weekly by medical staff when not being used for respiratory isolation, and monthly by the agency's Life Safety Officer.

Should the need for a mass isolation become urgent, pods F17 and F19 have been identified and prepared to house recovering inmates. The jail's maintenance department has effectively reversed the air flow for these housing units to be negative pressure. This will significantly minimize the airflow to other areas of the facility. Should these housing units be needed for mass isolation, one pod will be used for symptomatic inmates and the other pod will be used for asymptomatic inmates, or one pod for males and the other for females.

## FOOD SERVICE:

Summit Food Service has made it their utmost priority to help their team members and clients stay healthy and safe. In the event that a case of COVID-19 is confirmed in the David L. Moss Criminal Justice Center and the need for a mass quarantine be present, meals served to inmates in quarantine will be done using Styrofoam trays and disposable sporks. These items will be thrown away after use to prevent further contamination in other areas of the facility.

Sanitation and the use of "contact precautions" will be practiced consistently within the DLM Kitchen to ensure that illness does not spread.

Should staffing become difficult, the staff of the Tulsa County Sheriff's Office will assume food service duties. Emergency purchasing will take effect in the event that Summit's food supply becomes compromised.

---

# COVID-19 Response Plan
*David L. Moss Criminal Justice Center*

**STAFFING / JAIL OPERATIONS:**

The Tulsa County Sheriff's Office, Turn Key Clinics, and Summit Food Service will be routinely reviewing the staffing plans for the David L. Moss Criminal Justice Center. Staffing for these groups will consist of:

| | |
|---|---|
| **TCSO** | If necessary, the Tulsa County Sheriff's Office may adjust staffing to twelve-hour shifts (Attachment J). This will ensure that all posts are manned appropriately should a large number of TCSO staff be exposed to COVID-19 and are quarantined at home. Patrol and Court House employees may also be utilized for manpower needs if necessary. TCSO support staff has received introductory training in jail operations to provide additional support. |
| **TURN KEY** | Turn Key will utilize all available nurses and certified nursing assistants to ensure adequate staff coverage. Staffing will be supplemented by the administrative team (HSA, DON, CQI, and UM). Tulsa float nurses and Turn Key corporate float nurses may also be used.<br><br>Nursing staff will cover pill pass if a lack of Certified Medical Assistants occur. The medical director and mental health director will continue to coordinate the attendance of all medical providers and mental health staff. The Health Services Administrator and Director of Nursing will coordinate attendance of all other Turn Key staff. |
| **SUMMIT** | Summit Food Service policy states that Summit team members are required to stay home when they are sick to prevent respiratory illnesses from spreading. Tulsa County Sheriff's Office staff will provide food services if the need arises. In the event of a Summit staff shortage, the Master Menu will be suspended. |

As of **03/12/2020**, all jail tours have been suspended.  As of **03/16/2020**, all program providers and visitation has been suspended; however, inmates will be provided one free video visit per week. Should the overall environment of the facility deteriorate due to COVID-19, or the jail have a mass isolation event, the following jail services may be suspended: work details, transportation to court services, and certain medical services.

All persons entering the David L. Moss Criminal Justice Center will have their temperature checked prior to entering the secure area of the facility as of **03/16/2020**. This will be documented by medical staff using the Master Roster and the Non-Shift Employee Roster (Attachment K).

All squad meetings have been suspended until this virus has ended. This change went into effect on **03/26/2020**.

Medical services that could be temporarily suspended may include, but are not limited to, sick call (all emergency medical care needs will continue to be addressed by medical staff), physicals, chronic care, medical records, medical history, dental, and booking medical screening (should the detention center not accept new arrestees).

Staff that is eligible to work in the jail (their original posts are non-essential to the *emergency* operations of the Sheriff's Office), will be retrained on basic detention protocols effective **03/18/2020**.

Effective **03/23/2020**, DLM Maintenance staff will be staggered into two teams (one team on shift / one team off shift) throughout the week to ensure that this essential maintenance operation does not become interrupted due to COVID-19.

As of **04/03/2020**, the Jail Administrator and Assistant Jail Administrator are splitting their work hours to ensure that no cross-contamination event occurs. This ensures a decision maker is still available to conduct operations.

Should staff be required to stay on site due to low staffing numbers, infected family members, etc., housing will be made available for staff to stay in until they are able to leave the facility or return home.

There are over 400 temporary beds available at the David L. Moss Criminal Justice Center that can be used for overflow inmate populations or for staff. These are stored at the end of D-Hall and in bulk storage.

# COVID-19 Response Plan
*David L. Moss Criminal Justice Center*

An attorney-client communication line has been established via the video visitation platform and will be provided at no cost to the inmates.

## INTAKE / RELEASE:

Jail Administration has requested consideration from the presiding judge for a "Special Order Bond Schedule." Should this be granted, the jail will be able to release new intakes booked in the jail for "low offense" crimes under their *own recognizance*. This will significantly lower the number of inmates that are incarcerated and help lower the threat of COVID-19 spreading within the confines of the David L. Moss Criminal Justice Center.

As of **03/24/2020**, new inmates booked and housed in the facility will be housed in J1 or J3 for a minimum of fourteen days before they are allowed to be relocated to general population. These housing units will act as intake units and will be locked down to prevent the potential spread of any virus. Outside of the inmate's cell, movement is isolated to a single arrestee. Also, as of **03/31/2020**, J5 and J7 have also been prepared as intake units.

All services, to include meals, court, recreation, medical, etc. will occur in the housing unit for inmate housed in J1, J3, J5, and J7. Officers working in these units will refer to the Restrictive Housing Post Order.

**Should any changes be made to this plan, submit to Trey O'Neal (toneal@tcso.org)**

## ATTACHMENTS:

| Attachment: | Document Title: |
|---|---|
| A | Wash Your Hands Poster (English) |
| B | Stop the Spread Poster (English) |
| C | Wash Your Hands Poster (Spanish) |
| D | Stop the Spread Poster (Spanish) |
| E | Laundry Worker Poster |
| F | CDC Poster – 1 |
| G | CDC Poster – 2 |
| H | CDC Poster – 3 |
| I | COVID-19 Screening Questionnaire |
| J | 12-Hour Shift Master Roster |
| K | Staff Temperature Check Roster |

# Wash
# YOUR
# hands

1. Wet and apply soap

2. Lather for 20 seconds

3. Rinse

4. Dry with paper towel

Provided by the Consumer Protection Division, Tulsa Health Department.      w w w . t u l s a - h e a l t h . o r g

# STOP THE SPREAD OF GERMS



COVID-19
CORONAVIRUS DISEASE

## Help prevent the spread of respiratory diseases like COVID-19.



Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.





Stay in your cell when you are sick, except to get medical care.

Wash your hands often with soap and water for at least 20 seconds.

CDC

Attachment C

# Lávese
## LAS
## manos

**1. Mójese y appliqué jabón**

**2. Enjabonar por 20 segundos**

**3. Enjuagar**

**4. Secarse con toalla de papel**

Provided by the Consumer Protection Division, Tulsa Health Department.   www.tulsa-health.org

# DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

## Ayude a prevenir la propagación de enfermedades respiratorias como el COVID-19



Evite el contacto cercano con las personas enfermas.

Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.



Evite tocarse los ojos, la nariz y la boca.

Limpie y desinfecte los objetos y las superficies que se tocan frecuentemente.



Quédese en casa si está enfermo, excepto para buscar atención médica.

Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.



CDC

**cdc.gov/COVID19-es**

314915-8

# LAUNDRY WORKERS:

**Please follow these instructions when handling dirty clothing, towels, linens and other items that go in the laundry:**

- Wear disposable gloves when handling dirty laundry from any person and then discard after each use. Do not use these gloves for anything other than handling dirty laundry. Clean hands immediately after gloves are removed.

- If no gloves are used when handling dirty laundry, be sure to wash hands afterwards.

- If possible, do not shake dirty laundry. This will minimize the possibility of dispersing germs through the air.

- If possible, launder items using the warmest appropriate water setting for the items and dry items completely. Dirty laundry from an ill person can be washed with other people's items.

- Clean and disinfect clothing bins and surfaces that dirty clothes have come in  contact with. If possible, consider placing a bag liner that is either disposable (can be thrown away) or can be laundered.

**This information has been provided by the Center for Disease Control (CDC).**

# COVID-19 COMPARISON

## CORONAVIRUS vs. COLD vs. FLU vs. ALLERGIES

| SYMPTOMS | COVID-19* | COLD | FLU | ALLERGIES |
|---|---|---|---|---|
| Fever | Common (100F or higher) | Rare | High (100-102F, can last 3-4 days) | No |
| Headache | Sometimes | Rare | Intense | Sometimes |
| General aches, pains | Sometimes | Slight | Common (often severe) | No |
| Fatigue, weakness | Sometimes | Slight | Common (often severe) | Sometimes |
| Extreme exhaustion | Sometimes (progresses slowly) | Never | Common (starts early) | No |
| Stuffy nose | Rare | Common | Sometimes | Common |
| Sneezing | Rare | Common | Sometimes | Common |
| Sore throat | Rare | Common | Common | No |
| Cough | Common | Mild to moderate | Common (can become severe) | Sometimes |
| Shortness of breath | In more serious infections | Rare | Rare | Common |
| Runny nose | Rare | Common | Sometimes | Common |
| Diarrhea | Sometimes | No | Sometimes** | No |

* Information is still evolving   ** Sometimes for children


**OKLAHOMA** State Department of Health


HEALTH DEPARTMENT


*THD* TULSA HEALTH Department

INFORMATION + UPDATES
**CORONAVIRUS.HEALTH.OK.GOV**
**CALL CENTER: 877-215-8336 OR 2-1-1**



# OKLAHOMA
# COVID-19 RESOURCES

**A place for Oklahomans to find services and information related to the COVID-19 virus**
http://covidresources.ok.gov/

- Oklahoma's Health Response to COVID-19

- Center for Disease Control Update

- Aid for Small Businesses for Actual or Projected Economic Injury

- Unemployment Aid

- SNAP, SoonerCare or Child Care assistance

- Child Support Assistance

- Oklahoma Tax Commission

- Birth or Death Certificates

- Vehicle Tag Renewal







INFORMATION + UPDATES
**CORONAVIRUS.HEALTH.OK.GOV**
**CALL CENTER: 877-215-8336**

Attachment G



**Attachment I**

## COVID-19 SCREENING QUESTIONNAIRE

**PATIENT NAME:** _____   **DLM#:** _____

**TODAY'S DATE:** _____

| RISK LEVEL: HIGH | | |
|---|---|---|
| | YES | NO |
| 1. Have you traveled from Hubai, China? | | |
| 2. Are you living in the same household, being an intimate partner of, or providing care in a nonhealthcare setting (such as a home) for a person with symptomatic laboratory-confirmed COVID-19 infections *without using recommended precautions*? | | |
| **RISK LEVEL: MEDIUM** | | |
| | YES | NO |
| 3. Have you:<br>  • Traveled from mainland China outside Hubai Province or Iran<br>  • Traveled from a county with a widespread sustained transmission, other than China or Iran<br>  • Traveled from a country with sustained community transmission | | |
| 4. Have you had close contact with a person with symptomatic laboratory-confirmed COVID-19? | | |
| 5. Have you been on an aircraft, being seated within 6 feet (two meters) of a traveler with symptomatic laboratory-confirmed COVID-19 infection; this distance correlates approximately with 2 seats in each direction? | | |
| 6. Are you living in the same household as, an intimate partner of, or caring for a person in a nonhealthcare setting (such as a home) to a person with symptomatic laboratory-confirmed COVID-19 infection *while consistently using recommended precautions* for home care and home isolation? | | |
| **RISK LEVEL: LOW** | | |
| | YES | NO |
| 7. Have you traveled from any other country? | | |
| 8. Have you been in the same indoor environment (e.g. a classroom, a hospital waiting room) as a person with symptomatic laboratory-confirmed COVID-19 for a prolonged period of time but not meeting the definition of close contact? | | |
| **NO IDENTIFIABLE RISK** | | |
| | YES | NO |
| 9. Interactions with a person with symptomatic laboratory-confirmed COVID-19 infection that do not meet any of the high, medium, or low risk conditions above, such as walking by the person or being briefly in the same room? | | |

Nurses SIGNATURE: _____   DATE: _____

# DAVID L. MOSS CRIMINAL JUSTICE CENTER
## MASTER ROSTER

Attachment J-1

Start Date: XX-XX-XXXX          End Date: XX-XX-XXXX          Shift: 1st 12:00 AM – 8:00 AM

| Post | # | PRIORITY | Employee Name or Vacant | RDO | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|------|---|----------|-------------------------|-----|-----|-----|-----|-----|-----|-----|-----|
| J1 | | | | | | DR1 | DR1 | DR1 | | | |
| J2 | | | | | | | | | DR1 | DR2 | DR2 |
| J3 | | | | | DR2 | DR2 | DR3 | | | | |
| J4 | | | | | | | | DR3 | DR3 | DR3 | |
| J5 | | | | | DR4 | DR4 | | | | | DR4 |
| J6 | | | | | | | DR4 | DR5 | DR5 | | |
| J7 | | | | | DR6 | | | | | DR5 | DR5 |
| J8 | | | | | | DR6 | DR6 | DR6 | | | |
| J10 | | | | | | | | | DR7 | DR7 | DR7 |
| J11 | | | | | DR7 | DR8 | DR8 | | | | |
| J13 | | | | | | | | DR8 | DR8 | DR9 | |
| J15 | | | | | DR9 | DR9 | | | | | DR9 |
| J16 | | | | | | | DR10 | DT10 | DR10 | | |
| F17 | | | | | DR11 | | | | | DR10 | DR11 |
| F18 | | | | | | DR11 | DR11 | DR12 | | | |
| F19 | | | | | | | | | DR12 | DR12 | DR12 |
| F20 | | | | | DR13 | DR13 | DR13 | | | | |
| F-21-1 | | | | | | | | DR13 | DR14 | DR14 | |
| F-21-2 | | | | | DR14 | DR15 | | | | | DR14 |
| F22 | | | | | | | DR15 | DR15 | DR15 | | |
| F23 | | | | | DR16 | | | | | DR16 | DR16 |
| F24 | | | | | | DR16 | DR17 | DR17 | | | |
| MED 1 | | | | | | | | | DR17 | DR17 | DR18 |
| Escort 1 | | | | | DR18 | DR18 | DR18 | | | | |
| OPS Desk | | | | | | | | DR19 | DR19 | DR19 | |
| Master Control | | | | | DR20 | DR20 | | | | | DR19 |
| Book—Intake | | | | | | | DR20 | DR20 | DR21 | | |
| Book—Release | | | | | DR21 | | | | | DR21 | DR21 |
| Book—Mug & Print | | | | | | DR22 | DR22 | DR22 | | | |

# DAVID L. MOSS CRIMINAL JUSTICE CENTER
## MASTER ROSTER

Attachment J-2

Start Date: XX-XX-XXXX          End Date: XX-XX-XXXX          Shift: 1st 12:00 AM – 8:00 AM

| Post | # | PRIORITY | Employee Name or Vacant | RDO | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Book—Floor | | | | | | | | | DR22 | DR23 | DR23 |
| Book—Slider | | | | | DR23 | DR23 | DR24 | | | | |
| Book—Dress In/Out | | | | | | | | DR24 | DR24 | DR24 | |
| Kitchen | | | | | DR25 | DR25 | | | | | DR25 |
| Classification 1 | | | | | | | | DR25 | DR26 | DR26 | |
| J—2—2 | | | | | DR27 | | | | | DR26 | DR26 |
| J—11—2 | | | | | | DR27 | DR27 | DR27 | | | |
| F—24—2 | | | | | | | | | DR28 | DR28 | DR28 |
| MED—2 | | | | | DR28 | DR29 | DR29 | | | | |
| Master Control—2 | | | | | | | | | DR29 | DR29 | DR30 |
| Escort—2 | | | | | DR30 | DR30 | | | | | DR30 |
| Book—Release –2 | | | | | | | DR31 | DR31 | DR31 | | |
| Book—Bonds | | | | | DR32 | | | | | DR31 | DR32 |
| Classification—2 | | | | | | DR32 | DR32 | DR33 | | | |
| J—2—3 | | | | | | | | | DR33 | DR33 | DR33 |
| J—11—3 | | | | | DR34 | DR34 | DR34 | | | | |
| F—21—3 | | | | | | | | DR34 | DR35 | DR35 | |
| F—24—3 | | | | | DR35 | DR36 | | | | | DR35 |
| MED—3 | | | | | | | DR36 | DR36 | DR36 | | |
| Escort—3 | | | | | DR37 | | | | | DR37 | DR37 |
| Master Control—3 | | | | | | DR37 | DR38 | DR38 | | | |
| Book—Floor—3 | | | | | | | | | DR38 | DR38 | DR39 |
| Classification—3 | | | | | DR39 | DR39 | DR39 | | | | |
| Escort—4 | | | | | | | | | DR40 | DR40 | DR40 |
| Escort--5 | | | | | DR41 | DR41 | | | | | DR40 |
| Escort--6 | | | | | | | DR41 | DR41 | DR42 | | |
| Book—Intake—2 SAT | | | | | DR42 | | | | | DR42 | DR42 |
| Book—Mug & Print-2 SAT | | | | | | DR43 | DR43 | DR43 | | | |
| Book—Slider—2 SAT | | | | | | | | | DR43 | DR44 | DR44 |
| Book—Floor—2 SAT | | | | | DR44 | DR44 | DR45 | | | | |
| Book—Dress In/Out SAT | | | | | | | | DR45 | DR45 | DR45 | |

# DAVID L. MOSS CRIMINAL JUSTICE CENTER
## MASTER ROSTER

Attachment J-3

Start Date: XX-XX-XXXX          End Date: XX-XX-XXXX          Shift: 1st <u>12:00 AM – 8:00 AM</u>

| Post | # | PRIORITY | Employee Name or Vacant | RDO | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|------|---|----------|-------------------------|-----|-----|-----|-----|-----|-----|-----|-----|
| Book—Floor 3  SAT | | | | | DR46 | DR46 | | | | | DR46 |
| J9 | | | | | | | DR46 | DR47 | DR47 | | |
| J12 | | | | | DR48 | | | | | DR47 | DR47 |
| J14 | | | | | | DR48 | DR48 | DR48 | | | |
| SHU | | | | | | | | | DR49 | DR49 | DR49 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

# DAVID L. MOSS CRIMINAL JUSTICE CENTER
## MASTER ROSTER

Attachment J-4

Start Date: XX-XX-XXXX          End Date: XX-XX-XXXX          Shift: 1st 12:00 AM – 8:00 AM

| Post | # | PRIORITY | RANK | Employee Name or Vacant | RDO | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DR 1 | | | | | T/F | | | | | | DO | DO |
| DR 2 | | | | | F/S | | | DO | DO | DO | | |
| DR 3 | | | | | T/W | DO | DO | | | | | DO |
| DR 4 | | | | | W/T | | | | DO | DO | DO | |
| DR 5 | | | | | S/M | DO | DO | DO | | | | |
| DR 6 | | | | | M/T | | | | | | DO | DO |
| DR 7 | | | | | F/S | | DO | DO | DO | | | |
| DR 8 | | | | | S/S | DO | | | | | DO | DO |
| DR 9 | | | | | W/T | | | | DO | DO | DO | |
| DR 10 | | | | | T/F | DO | DO | | | | | DO |
| DR 11 | | | | | M/T | | | | DO | DO | DO | |
| DR 12 | | | | | T/W | DO | DO | DO | | | | |
| DR 13 | | | | | S/S | | | | | | DO | DO |
| DR 14 | | | | | S/M | | DO | DO | DO | | | |
| DR 15 | | | | | T/F | DO | | | | | DO | DO |
| DR 16 | | | | | F/S | | | DO | DO | DO | | |
| DR 17 | | | | | T/W | DO | DO | | | | | DO |
| DR 18 | | | | | W/T | | | | DO | DO | DO | |
| DR 19 | | | | | S/M | DO | DO | DO | | | | |
| DR 20 | | | | | M/T | | | | | | DO | DO |
| DR 21 | | | | | F/S | | DO | DO | DO | | | |
| DR 22 | | | | | S/S | DO | | | | | DO | DO |
| DR 23 | | | | | W/T | | | | DO | DO | DO | |
| DR 24 | | | | | T/F | DO | DO | | | | | DO |
| DR 25 | | | | | M/T | | | | DO | DO | DO | |
| DR 26 | | | | | T/W | DO | DO | DO | | | | |
| DR27 | | | | | | | | | | | DO | DO |
| DR28 | | | | | | | DO | DO | DO | | | |

4

# DAVID L. MOSS CRIMINAL JUSTICE CENTER
## MASTER ROSTER

Attachment J-5

Start Date: XX-XX-XXXX          End Date: XX-XX-XXXX          Shift: 2nd 8:00 AM – 4:00 PM

| Post | # | PRIORITY | RANK | Employee Name or Vacant | RDO | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|------|---|----------|------|-------------------------|-----|-----|-----|-----|-----|-----|-----|-----|
| DR29 | | | | | | DO | | | | | DO | DO |
| DR30 | | | | | | | | DO | DO | DO | | |
| DR31 | | | | | | DO | DO | | | | | DO |
| DR32 | | | | | | | | | DO | DO | DO | |
| DR33 | | | | | | DO | DO | DO | | | | |
| DR34 | | | | | | | | | | DO | DO | DO |
| DR35 | | | | | | | DO | DO | DO | | | |
| DR36 | | | | | | DO | | | | | DO | DO |
| DR37 | | | | | | | | DO | DO | DO | | |
| DR38 | | | | | | DO | DO | | | | | DO |
| DR39 | | | | | | | | | DO | DO | DO | |
| DR40 | | | | | | DO | DO | DO | | | | |
| DR41 | | | | | | | | | | DO | DO | DO |
| DR42 | | | | | | | DO | DO | DO | | | |
| DR43 | | | | | | DO | | | | | DO | DO |
| DR44 | | | | | | | | DO | DO | DO | | |
| DR45 | | | | | | DO | DO | | | | | DO |
| DR46 | | | | | | | | | DO | DO | DO | |
| DR47 | | | | | | DO | DO | DO | | | | |
| DR48 | | | | | | | | | | DO | DO | DO |
| DR49 | | | | | | | DO | DO | DO | | | |
| DR50 | | | | | | DO | | | | | DO | DO |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER
## *Tulsa County Sheriff's Office*

Attachment K -1

| ACADEMY (DLM) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| BEUTTEL, CARTER | 4534 | | | | | | | |
| CASE, KIERA | 4535 | | | | | | | |
| JAMISON, DEVON | 4536 | | | | | | | |
| MCKIBBEN, KEEGAN | 4537 | | | | | | | |
| SIXKILLER, CODY | 4539 | | | | | | | |
| SOWELL, DONAVON | 4540 | | | | | | | |
| STONER, DAVID | 4541 | | | | | | | |
| VERNON, KANYE | 4542 | | | | | | | |

| ADMINISTRATION (DLM) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| BARTON, SARAH | 4056 | | | | | | | |
| DUBOIS, PHILLIP | 4128 | | | | | | | |
| HOLLOWAY, JERRY | 0233 | | | | | | | |
| JOHNSON, JAMAL | 4260 | | | | | | | |
| MARIANI, ANGELA | 3497 | | | | | | | |
| O'NEAL, TREY | 3884 | | | | | | | |
| PARKER, DAVID | 4032 | | | | | | | |
| PHILLIPS, JESSI | 4545 | | | | | | | |
| ROBERTS, GEORGE | 3384 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER
*Tulsa County Sheriff's Office*

Attachment K -2

| BONDS AND RELEASE | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| Employee Name: | SOMS: | | | | | | | |
| COX, GARRETT | 3928 | | | | | | | |
| DANIEL, ZACHARY | 4533 | | | | | | | |
| FURNAS, WILLIAM | 4388 | | | | | | | |
| HARRIS, APRIL | 4521 | | | | | | | |
| JAY, LAURA | 4430 | | | | | | | |
| LATTA, KEATON | 4186 | | | | | | | |
| MCMAHAN-CURLISS, JENNIFER | 4400 | | | | | | | |
| PHILLIPS, REBECCA | 4429 | | | | | | | |
| PIKE, TAMMY | 4401 | | | | | | | |
| RESENDEZ, VANESSA | 3974 | | | | | | | |
| SCHAFF, DAUN | 4402 | | | | | | | |
| STILLS, KRISTI | 4532 | | | | | | | |
| SUCKLEY, DESTINY | 4433 | | | | | | | |
| WALTON, MARY | 4407 | | | | | | | |
| WHITTET, ELIZABETH | 4522 | | | | | | | |
| WRIGHT, SHAWNA | 4405 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER

*Tulsa County Sheriff's Office*

Attachment K -3

| DOCK / WAREHOUSE | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| Employee Name: | SOMS: | | | | | | | |
| DOYLE, BENJAMIN | 2995 | | | | | | | |
| KELLY, HUNTER | 3498 | | | | | | | |
| LATHAM, EUGENE | 3225 | | | | | | | |
| MCDANIEL, BRYAN | 3880 | | | | | | | |
| ROSS, JONATHAN | 4494 | | | | | | | |
| SOTO, ROSALIA | 4523 | | | | | | | |
| TYLER, LINDA | 3049 | | | | | | | |
| WATERS, WHITNEY | 3502 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER

Attachment K -4

## *Tulsa County Sheriff's Office*

| EXTRADITIONS | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| ALEXANDER, JEREMIAH | 3168 | | | | | | | |
| ALLISON, BETHANY | 3289 | | | | | | | |
| BERRY, MARCUS | 2148 | | | | | | | |
| BURNS, DAVID | 3342 | | | | | | | |
| BYRD, HEATHER | 1903 | | | | | | | |
| COLBERT, COREY | 2113 | | | | | | | |
| DOWNS, AARON | 2116 | | | | | | | |
| HUSS, PAUL | 2812 | | | | | | | |
| INGWERSEN, NICHOLAS | 2709 | | | | | | | |
| JACOBS, DYLAN | 4362 | | | | | | | |
| JOHNSON, BRANDON | 1739 | | | | | | | |
| JONES, BRIAN | 3486 | | | | | | | |
| LEWIS, TRACY | 2106 | | | | | | | |
| NYE, SUSAN | 0350 | | | | | | | |
| PATINO-CORTEZ, IVAN | 3046 | | | | | | | |
| PURYEAR, SCOTT | 2966 | | | | | | | |
| RAMSEY, WILLIAM | 0393 | | | | | | | |
| RUTH, RYAN | 3077 | | | | | | | |
| SONOWO, ADEMOLA | 1727 | | | | | | | |
| TAYLOR, KYLE | 3445 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER

Attachment K -5

## *Tulsa County Sheriff's Office*

| FRONT LOBBY / VISITATION | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| Employee Name: | SOMS: | | | | | | | |
| BROWN, MEGAN | 1681 | | | | | | | |
| HUGHART, CHRSTINE | 1809 | | | | | | | |
| KLOCK, SARAH | 4419 | | | | | | | |
| PARSONS, SANDRA | 2028 | | | | | | | |
| WEIR, LEO | 1831 | | | | | | | |
| WHITE, EDDIE | 1796 | | | | | | | |

| ICE 287(g) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| Employee Name: | SOMS: | | | | | | | |
| BECKHAM, ARLEN | 3178 | | | | | | | |
| CARR, EMILY | 3307 | | | | | | | |
| CURD, STEVEN | 3992 | | | | | | | |
| HARO, ENRIQUE | 4097 | | | | | | | |
| KUDRNA, MATTHEW | 3518 | | | | | | | |
| NANEZ, TERESA | 3592 | | | | | | | |
| PATINO, BRYAN | 3466 | | | | | | | |
| ROBINSON, MATTHEW | 3699 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER

Attachment K -6

*Tulsa County Sheriff's Office*

| INMATE ACCOUNTING / COMMISSARY | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| BENNETT, DAWN | 4118 | | | | | | | |
| ENNETT, JOSEFINA | 4293 | | | | | | | |
| BRITT III, JOSEPH | 1404 | | | | | | | |
| BUGGS, GWENDOLYN | 1741 | | | | | | | |
| CAYWOOD, APRIL | 4202 | | | | | | | |
| DONADIO, BARBARA | 4117 | | | | | | | |
| HALL, CHRIS | 4453 | | | | | | | |
| HILLHOUSE, JORDAN | 3809 | | | | | | | |
| HUNTER, VERLISA | 4290 | | | | | | | |

| INFORMATION TECHNOLOGY | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | Date: | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| ESMEYER, PAYTON | 4444 | | | | | | | |
| LUTZ, DANIEL | 3131 | | | | | | | |
| PRITCHARD, CHRISTOPHER | 4520 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER
*Tulsa County Sheriff's Office*

Attachment K -7

| JAIL CRIMINAL INVESTIGATIONS UNIT (JCIU) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| **Employee Name:** | **Date:** SOMS: | | | | | | | |
| BECK, ERIC | 1546 | | | | | | | |
| COATNEY, DAVID | 1465 | | | | | | | |
| COLLETT, VIRGIL | 0106 | | | | | | | |
| ELDRIDGE, MARSHALL | 1559 | | | | | | | |
| MUNSON, MIRANDA | 2070 | | | | | | | |
| STAGGS, RICKY | 2511 | | | | | | | |
| TIRELLO, NICHOLAS | 3228 | | | | | | | |

| MAINTENANCE (DLM) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| **Employee Name:** | **Date:** SOMS: | | | | | | | |
| ALBERTSON, MICHAEL | 3516 | | | | | | | |
| BORTS, TROY | 1847 | | | | | | | |
| BRATCHEL, TIMOTHY | 4445 | | | | | | | |
| BROWN, JEFFREY | 1848 | | | | | | | |
| DICKEY, TOSHI | 3893 | | | | | | | |
| GOODMAN, RACHEAL | 3940 | | | | | | | |
| IVIE, JAMES | 3685 | | | | | | | |
| KIRKWOOD, DAVID | 2994 | | | | | | | |
| MABRY, DERRIN | 2739 | | | | | | | |
| MILLER, STEVEN | 1850 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER

Attachment K -8

*Tulsa County Sheriff's Office*

| PROGRAMS | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| BROEKER, CHRISTOPHER | 4183 | | | | | | | |
| HASTINGS, JENNIFER | 4459 | | | | | | | |
| HERMAN, ROY | 3058 | | | | | | | |
| MASTERS, JERRY | 3625 | | | | | | | |
| PALOMARES, BRENDA | 3788 | | | | | | | |

| PROPERTY (DLM) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| CHEVALIER, RHONDA | 4462 | | | | | | | |
| FORD, CRYSTAL | 4148 | | | | | | | |
| HALLIGAN, MIRELA | 4463 | | | | | | | |
| MCAFEE, KRISTINE | 4507 | | | | | | | |

| RECORDS (DLM) | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| DAULTON, GINGER | 1748 | | | | | | | |
| JORDAN, VALERIE | 2902 | | | | | | | |

# STAFF TEMPERATURE CHECK ROSTER

Attachment K -9

*Tulsa County Sheriff's Office*

| TRAINING UNIT | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| MEAD, ADAM | 2688 | | | | | | | |
| MENDENHALL, ERNEST | 1690 | | | | | | | |
| SANCHEZ, MARIANA | 3692 | | | | | | | |
| WHITTAKER, DARIAN | 1561 | | | | | | | |
| WILKENS, TIMOTHY | 0506 | | | | | | | |

| VIDEO COURT | | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| | **Date:** | | | | | | | |
| **Employee Name:** | SOMS: | | | | | | | |
| HARRIS, DERRICK | 2861 | | | | | | | |
| JONES, CHANCE | 4359 | | | | | | | |
| MAYES, ALANNAH | 3303 | | | | | | | |
| WORKMAN, CHASITY | 4109 | | | | | | | |
| WRIGHT, ANITA | 1734 | | | | | | | |