

Exhibit "D"

**DATE**: _____   **DLM #:** _____

**INMATE NAME**: _____   **DOB #:** _____

### TESTING & CONTACT HISTORY

1. HAVE YOU BEEN TESTED FOR THE CORONAVIRUS/ COVID-19?   YES   ☐   NO   ☐
   IF YES:   WHEN: _____   WHERE: _____
2. HAVE YOU BEEN QUARANTINED IN THE LAST MONTH?   YES   ☐   NO   ☐
3. HAVE YOU BEEN IN CLOSE CONTACT WITH ANYONE SUSPECTED OF HAVING OR HAS BEEN TESTED FOR COVID-19?   YES   ☐   NO   ☐

### TRAVEL HISTORY

1. HAVE YOU TRAVELED OUTSIDE OF THE COUNTRY IN THE LAST 2 WEEKS? YES ☐   NO ☐
   a. IF SO:   WHEN: _____   WHERE: _____
2. HAVE YOU TRAVELED BY PLANE IN THE LAST MONTH?
   a. IF SO:   WHEN: _____   WHERE: _____
3. HAVE YOU BEEN IN A GROUP OF 10 OR MORE PEOPLE IN THE LAST 2 WEEKS?   YES ☐ NO ☐
4. HAVE YOU BEEN OUTSIDE OF THE STATE OF OKLAHOMA IN THE LAST 2 WEEKS? YES ☐ NO ☐
   a. IF SO: WHEN: _____   WHERE: _____

### HEALTH HISTORY

1. DO YOU HAVE ANY CHRONIC MEDICAL CONDITIONS?   YES   ☐   NO   ☐
   a. IF SO:   WHAT? _____
   _____
2. IN THE LAST 14 DAYS HAVE YOU HAD ANY OF THE FOLLOWING:
   a. FEVER                            YES   ☐      NO   ☐
   b. COLD OR FLU LIKE SYMPTOMS        YES   ☐      NO   ☐
   c. COUGH                            YES   ☐      NO   ☐
   d. SHORTNESS OF BREATH              YES   ☐      NO   ☐

_____         _____
DETENTION STAFF SIGNATURE                MEDICAL STAFF SIGNATURE

TO BE FILLED OUT BY MEDICAL STAFF:

TEMP: _____                Respirations: _____

BP: _____                Shortness of Breath: ____ Y ____ N

02Sat: _____              Cough: ____ Y ____ N         If yes, productive cough: ___ Y ___ N

RECOMMENDATION:

NOT FIT FOR JAIL (REQUIRES PROVIDER VERBAL ORDER ☐    CLEARED FOR INTAKE POD ☐

NEGATIVE PRESSURE CELL (REQUIRES PROVIDER ORDER) ☐    QUARANTINE POD (IF AVAILABLE) ☐