

**SHERIFF VIC REGALADO**  **UNDERSHERIFF GEORGE W. BROWN**

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

Exhibit "E"

**To:** All DLM Staff

**From:** Trey O'Neal, Jail Operations

**Date:** April 8th, 2020

**Subject:** Distribution of Masks

I wanted to make everyone aware that Jail Administration will be distributing face masks to the inmate population. These masks will be accompanied with an instruction sheet for extending the life of the mask. Please remind inmates to take care of these masks, as they are very difficult to obtain, and we are not guaranteed more due to the high demand.

Masks and instruction sheets have been provided to the intake nurse in prebooking. Inmates will be assigned a mask by the intake nurse, and the inmate will be requested to wear the mask when moving throughout the facility.

Furthermore, masks will be distributed to staff by their unit supervisor (ex. Lieutenants, Court Transport Sergeant, Extraditions Sergeant, Maintenance Supervisor, Inmate Accounting Supervisor, etc.).

Thank you all for your attention to this matter. If you have any questions, feel free to reach out.

cc: David Parker, Jail Administrator

George Roberts, Assistant Jail Administrator

Stacie Holloway, Lieutenant

Rhea Tatum, Lieutenant

Gary Kaiser, Lieutenant

Tracy McCall, Sergeant

Marcus Berry, Sergeant

Steven Miller, Maintenance Supervisor

Joseph Britt, Inmate Accounting Supervisor

File/ COVID-19



**SHERIFF VIC REGALADO**  **UNDERSHERIFF GEORGE W. BROWN**

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

**To:** George Roberts, Assistant Jail Administrator

**From:** David Parker, Jail Administrator

**Date:** April 8th, 2020

**Subject:** Distribution of Masks to the Inmate Population

I respectfully request that the masks ordered for inmates are distributed throughout the facility with the attached instructions on extending the life of the masks. Every inmate housed in the facility needs to receive a mask and instruction sheet.

The remaining masks should be distributed as the table below details:

| Masks Distributed To: | # of Masks: |
|---|---|
| A-Card Lieutenant | 100 |
| B-Card Lieutenant | 100 |
| C-Card Lieutenant | 100 |
| Extraditions Sergeant | 50 |
| Court Transport Sergeant | 50 |
| Inmate Accounting | 50 |
| Back Dock | 50 |
| Inmate Population | 1,000 |
| Intake Nurse | 350 |
| Reserve… | 150 |
| **Total Masks to be Distributed:** | **2,000** |

cc: File/ COVID-19

PHONE 918.596.5601    www.tcso.org    FAX 918.596.4681