SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

STATE OF OKLAHOMA

OKLAHOMA DEPARTMENT OF CORRECTIONS
OFFICE OF THE DIRECTOR

Exhibit "F"

March 17, 2020

Ray McNair, Executive Director
Oklahoma Sheriff's Association
1615 S. State Street
Edmond, OK 73013

Dear Director McNair:

Effective Wednesday, March 18, 2020, the Oklahoma Department of Corrections (ODOC) requests your help in taking an unprecedented step with inmates awaiting transfer into ODOC reception. In response to Governor Stitt's declaration of a State of Emergency, we need to temporarily suspend all county jail receptions into the Assessment and Reception Centers located at Lexington Correctional Center and Mabel Bassett Correctional Center. We believe this drastic measure is necessary to ensure the safety of jail staff, ODOC staff, and those in our custody.

This will include receptions from all seventy-seven counties. Emergency exceptions will be considered as needed. These suspension efforts will assist the agency in responding to COVID-19 and to prevent infection and spread of this pandemic. It is our hope that these circumstances will not be long-term. We will continue to update you as circumstances allow us all to return to normal receiving operations.

We thank the Oklahoma Sheriffs' Association and all seventy-seven sheriffs and County Jail Administrators for their support and cooperation as we work in collaboration to protect the public health of Oklahomans.

Please feel free to reach out to my office with any questions or concerns that may arise.

Sincerely,

Scott Crow
CC ODOC Senior Staff
    Jason Bryant