Exhibit "G"

**George Brown**

**From:** George Brown
**Sent:** Tuesday, March 24, 2020 10:26 AM
**To:** David Parker; Eric Kitch; Rob Lillard; Christina Morrison; Kristi Arnzen
**Cc:** Tim Harris; Vic Regalado (vregalado@tcso.org)
**Subject:** Updated info

All,

It is incumbent upon supervisors to monitor their employees during this time. If an employee advises a supervisor of a "possible exposure", the supervisor should ask the following:

- Have you been directly exposed? If you believe you have a direct exposure, then what are the circumstances?
- Did you practice social distance with the person you believe has been exposed?
- Has there been a doctor visit by you or the person you believe exposed you?
- Is there any evidence of a doctor visit by anyone possibly exposed?
- Is there a positive test for COVID-19 by anyone who may have been exposed?
- Are you or anyone in the residing household systematic, (fever, cough, body aches, chills, shortness of breath)?

Simply saying, "I've been around someone who may have been exposed" is not grounds for initiating a quarantine. Supervisors must ask questions before making any assumptions about placing an employee off for quarantine purposes. If you have any questions or need guidance, please call me immediate.

Communicate these items to your supervisors asap.

Thanks,
Undersheriff Brown
TCSO

1

# DAVID L. MOSS CRIMINAL JUSTICE CENTER

SUPERVISORS QUESTIONNAIRE: Possible Exposure to COVID-19

DATE: _____

EMPLOYEE NAME: _____

SUPERVISOR NAME: _____

Questions to ask employees that may have exposure prior to sending them home for quarantine purposes.

1. Have you been directly exposed? _____

   If yes, what are the circumstances? _____
   _____
   _____
   _____

2. Did you practice social distancing with the person you believe has been exposed? _____

3. Has there been a doctor visit by you or by the person you believe may have exposed you? _____

4. Is there evidence of a doctor visit by anyone possibly exposed? _____

5. Is there a positive test for COVID-19 by anyone who may have been exposed? _____

6. Are you or anyone in the residing household systematic? (i.e. fever, cough, body aches, chills, shortness of breath) _____

_____          _____
Employee Signature                                         Supervisor Signature