

**SHERIFF VIC REGALADO**  **UNDERSHERIFF GEORGE W. BROWN**

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

Exhibit "H"

**To:** Shirley Hadden, Health Services Administrator

**From:** Trey O'Neal, Jail Operations

**Through:** David Parker, Jail Administrator

**Date:** March 23rd, 2020

**Subject:** Staff Temperature Checks Documentation

In our combined efforts to better document temperature checks of all staff, I have attached a staff temperature check roster containing all staff not assigned to specific jail shifts. Staff listed on this log will be responsible for seeking their own temperature check in pre-booking; however, I respectfully request that your staff marks off the name of the person after having their temperature checked. This log spans over a seven-day timeframe.

The shift supervisors will also have a roster at squad meeting of staff reporting for duty that day. A copy of this roster will be provided for the nurse taking temperatures during squad meeting. I ask that the person taking staff temperatures at this time uses the roster to mark off or check next to each name that has their temperature checked. At close of business on each Friday, I ask that you send a copy of the log and all shift rosters to the following email addresses:

| | |
|---|---|
| David Parker | dparker@tcso.org |
| George Roberts | groberts@tcso.org |
| Trey O'Neal | toneal@tcso.org |

Should any employee have a minimum temperature of 100° F, they need to be sent home and immediate notification to Jail Administrator David Parker will be made.

Thank you for your attention to this matter and your dedication to keeping those we serve safe.

**Cc:** File / COVID-19 Response Plan



**SHERIFF VIC REGALADO**    **UNDERSHERIFF GEORGE W. BROWN**

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

**To:** Stacie Holloway, Lieutenant

Rhea Tatum, Lieutenant

Gary Kaiser, Lieutenant

**From:** Trey O'Neal, Jail Operations

**Through:** David Parker, Jail Administrator

**Date:** March 23rd, 2020

**Subject:** Staff Temperature Check Documentation

In our combined efforts to better document temperature checks for staff, I respectfully request that your make an additional copy of your staff roster before each squad meeting and provide it to the nurse conducting temperature checks for your shift. She will use it to log / check staff that has their temperature checked.

Any staff member with a minimum temperature of 100° F will be sent home and you should immediately notify Jail Administrator David Parker of the situation.

Thank you all.

**Cc:** George Roberts, Assistant Jail Administrator

File / COVID-19 Response Plan

PHONE 918.596.5601    www.tcso.org    FAX 918.596.4681