**David Parker**

| | |
|---|---|
| **From:** | TCSO SOMS |
| **Sent:** | Tuesday, March 24, 2020 09:51 |
| **To:** | David Parker |
| **Subject:** | Auto Email Event - From WinSOMS (outlook) |

Exhibit "I"

From User: PARKER, DAVID (4032)

Today's update finds use moving forward with our plan to begin bringing the intake Pods we discussed yesterday on line. We will be relocating J1 and J3 and converting them into men and woman's intake Pods. Those Pods should be open today 03-24-20. Again our temperature checks showed no arrestees with a temperature. As you are aware your patients and help is a HUGH factor in keeping everyone safe.

Let me discuss out temperature checks and the importance in then. We have established our 1000 plus arrestees are not symptomatic. We are opening a intake Pod to insure no one who is arrested can spread any illness beyond those Pods. With those in place we become the most likely method of introduction. I know the checks can be a pain but with everything we have in place they may be one of the most critical components. Because the checks are such a pain we have seen a few people skip their checks first thing in the morning. Missing that check places us all in danger. To help regulate and monitor those checks we have provided Turn Key with a complete list of names, positions and units. Turn Key will check off whether you participated in the morning check. If you don't agree with the checks I full understand but look at it from the stand point were actually paying you to report every morning to get that check done. It always helps me when there is something I don't like too or want too do, to look at it from that perspective.

I and your coworkers appreciate your due diligences in helping keep our work place as safe as possible. The temperature check is so simple and vital please don't make it an issue that could result in someone being subject to corrective action. It's way to easy for that and your supervisors are accountable right along with you. But in reality why would we not want to keep ourselves and co-workers safe. Since it has now been explained over the last week I could not see any of us not wanting to get a free temperature check.

As always my door is open for questions or concerns. Thank you for what you done everyday. We recieved a small bulk shipment of Purell hand sanitizer and Trey O'Neal will be advising everyone how to get a refile on their pocket size bottle. That information will be posted today as well.

1