

**Tulsa County Sheriff's Office (TCSO)**
Posted by Casey Roebuck
March 16 at 12:51 PM

Exhibit "M"

During today's City/County update on the COVID-19 situation, the Sheriff announced that out of concern for the health and safety of our staff, inmates and the public, TCSO is suspending outside visitation to the Tulsa County Jail until further notice.

However, the bonds and release department of the jail remains open to the public.

For information on how to sign up for video visitation with an inmate, or to put money on an inmate's commissary account, go to www.tcso.org.

The weekly Sheriffs Sale of foreclosed properties has also been suspended until further notice.



