Exhibit "N"

**From:** Tim Harris
**Sent:** Wednesday, March 18, 2020 12:43 PM
**To:** Williams, John <JohnW@okbar.org>
**Cc:** Manning, Carol <carolm@okbar.org>; Laura Stone <LauraS@okbar.org>; Laura E. Wolf <lauraew@okbar.org>; Calloway, Jim <jimc@okbar.org>
**Subject:** RE: Covid-19 procedures for Attorney video access to clients who are in custody of the Tulsa County jail

Dear recipients:

Due to the COVID-19 health pandemic, visitation at the Tulsa County jail has been suspended. In a good faith effort to maintain due process of law concerns of jail inmates having communication with their attorneys, we have provided licensed attorneys access to jail inmates via video transmission.

Attached to this email is the step by step procedure allowing attorneys to have confidential video communications with their clients located at the Tulsa County jail, the David L Moss Criminal Justice Center. This service is free for licensed attorneys. The video communications will not be recorded on the jail video system to maintain confidential attorney/client privileged communications.

Please review the attached procedure. I am asking that you assist the Tulsa County Sheriff in helping us distribute this to the Tulsa and OK Bar Association members who may have need to contact a client located at the Tulsa County jail.

Should you have further concerns, and procedural questions not addressed by this accommodation of communication, please feel free to contact me directly and I will do my best to assist you.

Respectfully submitted,


Tim Harris, General Legal Counsel, Tulsa County Sheriff, Tulsa, OK
tharris@tcso.org; 918-596-8704; cell # 918-500-0454

1

From: Tim Harris
Sent: Wednesday, March 18, 2020 12:35 PM
To: christyb@tulsabar.com
Cc: Brewster, Corbin <corbin.brewster@oscn.net>; Steve Kunzweiler <stevekunzweiler@tulsacounty.org>; Erik Grayless <egrayless@tulsacounty.org>; William.lafortune@oscn.net; David Parker <dparker@tcso.org>; Vic Regalado <vregalado@tcso.org>; George Brown <gbrown@tcso.org>; stephen_greubel@fd.org; wlaspinwall@techfriends.com; aisham@stillsherises.org; Josh Turley <jturley@tcso.org>; Kristi Arnzen (karnzen@tcso.org) <karnzen@tcso.org>; allen.j.litchfield@usdoj.gov; Tim Harris <tharris@tcso.org>; cliff.smith@oscn.net; william.Musseman@oscn.net
Subject: COVID-19 Tulsa County Sheriff's office procedure allowing attorneys to have confidential, free video access to clients who are inmates at the Tulsa County jail, David L Moss Criminal Justice Center

Dear recipients:

Due to the COVID-19 health pandemic, visitation at the Tulsa County jail has been suspended. In a good faith effort to maintain due process of law concerns of jail inmates having communication with their attorneys, we have provided licensed attorneys access to jail inmates via video transmission.

Attached to this email is the step by step procedure allowing attorneys to have confidential video communications with their clients located at the Tulsa County jail, the David L Moss Criminal Justice Center. This service is free for licensed attorneys. The video communications will not be recorded on the jail video system to maintain confidential attorney/client privileged communications.

Please review the attached procedure. I am asking that you assist the Tulsa County Sheriff in helping us distribute this to the Tulsa and OK Bar Association members who may have need to contact a client located at the Tulsa County jail.

Should you have further concerns, and procedural questions not addressed by this accommodation of communication, please feel free to contact me directly and I do my best to assist you.

Respectfully submitted,


Tim Harris


Tim Harris
General Legal Counsel
Tulsa County Sheriff's Office
303 W 1st Street

1