Exhibit "O"

# Wash YOUR hands

1. Wet and apply soap
2. Lather for 20 seconds
3. Rinse
4. Dry with paper towel

Provided by the Consumer Protection Division, Tulsa Health Department.   www.tulsa-health.org



# STOP THE SPREAD OF GERMS

## Help prevent the spread of respiratory diseases like COVID-19.

**Avoid close contact with people who are sick.**

**Cover your cough or sneeze with a tissue, then throw the tissue in the trash.**

**Avoid touching your eyes, nose, and mouth.**

**Clean and disinfect frequently touched objects and surfaces.**

**Stay in your cell when you are sick, except to get medical care.**

**Wash your hands often with soap and water for at least 20 seconds.**



CS314915-A

Attachment C

# Lávese LAS manos

1. Mójese y appliqué jabón
2. Enjabonar por 20 segundos
3. Enjuagar
4. Secarse con toalla de papel

Provided by the Consumer Protection Division, Tulsa Health Department.    www.tulsa-health.org

# DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

### Ayude a prevenir la propagación de enfermedades respiratorias como el COVID-19

Evite el contacto cercano con las personas enfermas.



Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.

Evite tocarse los ojos, la nariz y la boca.



Limpie y desinfecte los objetos y las superficies que se tocan frecuentemente.

Quédese en casa si está enfermo, excepto para buscar atención médica.





Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.

CDC

cdc.gov/COVID19-es

314915-B

# LAUNDRY WORKERS:

**Please follow these instructions when handling dirty clothing, towels, linens and other items that go in the laundry:**

- Wear disposable gloves when handling dirty laundry from any person and then discard after each use. Do not use these gloves for anything other than handling dirty laundry. Clean hands immediately after gloves are removed.

- If no gloves are used when handling dirty laundry, be sure to wash hands afterwards.

- If possible, do not shake dirty laundry. This will minimize the possibility of dispersing germs through the air.

- If possible, launder items using the warmest appropriate water setting for the items and dry items completely. Dirty laundry from an ill person can be washed with other people's items.

- Clean and disinfect clothing bins and surfaces that dirty clothes have come in contact with. If possible, consider placing a bag liner that is either disposable (can be thrown away) or can be laundered.

This information has been provided by the Center for Disease Control (CDC).

# COVID-19 COMPARISON

## CORONAVIRUS vs. COLD vs. FLU vs. ALLERGIES

| SYMPTOMS | COVID-19* | COLD | FLU | ALLERGIES |
|---|---|---|---|---|
| Fever | Common (100F or higher) | Rare | High (100-102F, can last 3-4 days) | No |
| Headache | Sometimes | Rare | Intense | Sometimes |
| General aches, pains | Sometimes | Slight | Common (often severe) | No |
| Fatigue, weakness | Sometimes | Slight | Common (often severe) | Sometimes |
| Extreme exhaustion | Sometimes (progresses slowly) | Never | Common (starts early) | No |
| Stuffy nose | Rare | Common | Sometimes | Common |
| Sneezing | Rare | Common | Sometimes | Common |
| Sore throat | Rare | Common | Common | No |
| Cough | Common | Mild to moderate | Common (can become severe) | Sometimes |
| Shortness of breath | In more serious infections | Rare | Rare | Common |
| Runny nose | Rare | Common | Sometimes | Common |
| Diarrhea | Sometimes | No | Sometimes** | No |

* Information is still evolving    ** Sometimes for children





OKLAHOMA State Department of Health

INFORMATION + UPDATES
CORONAVIRUS.HEALTH.OK.GOV
CALL CENTER: 877-215-8336 OR 2-1-1



# OKLAHOMA COVID-19 RESOURCES

**A place for Oklahomans to find services and information related to the COVID-19 virus**

http://covidresources.ok.gov/

- Oklahoma's Health Response to COVID-19
- Center for Disease Control Update
- Aid for Small Businesses for Actual or Projected Economic Injury
- Unemployment Aid

- SNAP, SoonerCare or Child Care assistance
- Child Support Assistance
- Oklahoma Tax Commission
- Birth or Death Certificates
- Vehicle Tag Renewal

  

**INFORMATION + UPDATES**
**CORONAVIRUS.HEALTH.OK.GOV**
**CALL CENTER: 877-215-8336**

Attachment G



Attachment H