**David Parker**

|  |  |
|---|---|
| **From:** | TCSO SOMS |
| **Sent:** | Friday, March 13, 2020 11:30 |
| **To:** | David Parker |
| **Subject:** | Auto Email Event - From WinSOMS (outlook) |
| **Attachments:** | 3058115-0.03-12-2020).PDF; 3058115-1.PDF |

Exhibit "Q"

From User: ONEAL, TREY (3884)
DLM Staff,

Attached you will find the COVID-19 Response Plan for the David L. Moss Criminal Justice Center. It is IMPERATIVE for you to know that this is a PRECAUTIONARY plan and that this plan is a working copy (meaning it will constantly change as new information is provided). I will ensure that all of you are kept up to date as important changes are made.

As of this date, we have taken several precautionary measures to enhance our sanitation and lower the threat OF ANY virus or illness from spreading throughout the facility. Beginning yesterday, the Jail Services Unit started conducting routine (daily) germicidal disinfectant sprays of the entire building. These sprays will be done on A-Card, as this timeframe will allow cleaning to be thorough. The cleaning disinfectant being used is diluted according to manufacturers recommendations and is the same disinfectant used regularly in several medical facilities.

Each of us has a responsibility to maintain a sanitary work environment, so let's take some time to understand the true sanitary needs for this type of building. The best way to prevent any virus or illness from spreading is to keep your work area clean and to keep up on your personal hygiene. In doing so, you become the line of defense against spreading illnesses.

Finally, I ask that you all educate yourselves with legitimate facts about this coronavirus (COVID-19). Make sure that you are obtaining your news from reputable sources rather than social media. I personally recommend that you obtain your information on COVID-19 from the sources in the second attachment.

Thank you all for your time and attention to this matter. As stated (and I can't repeat his enough), the best way to stay ahead is by education and sanitation. I will keep you all updated.

-Trey