**Jessi Phillips**

Exhibit "R"

| | |
|---|---|
| **From:** | Trey O'Neal |
| **Sent:** | Monday, April 6, 2020 4:30 PM |
| **To:** | Tracy McCall; Marcus Berry |
| **Cc:** | David Parker; Jessi Phillips |
| **Subject:** | Transportation Vehicle Sanitation |
| **Attachments:** | Transportation Vehicle Sanitation Form.pdf |

Please see the attached log for cleaning the transportation vehicles after each transport.

At the end of the day on Friday, please forward these logs to Mr. Parker's secretary, Jessi Phillips.

Thank you and feel free to contact me if you have any questions.

The information in this e-mail message (including any information contained in attachments hereto) is intended only for use of the addressee. This e-mail message may contain confidential or privileged information. If you receive this e-mail message unintentionally, please notify the sender promptly and then delete this message. E-mail transmission is not guaranteed to be secured or error free. The sender is in no way liable for any errors or omissions in the content of this e-mail message, which may arise as a result of e-mail transmission. E-mails, text messages, and other electronic communications made or received in connection with the conducting of public business, the expenditure of public funds, or the administration of public property are subject to the Oklahoma Open Records Act and the Records Management Act.