

Exhibit "S"

# COVID-19 RESPONSE SUMMARY

Johnny R. Stephens, Pharm.D.

Senior Vice President and Chief Operating Officer

# MISSION

**Oklahoma State University**

Building on its **land-grant** heritage, Oklahoma State University promotes learning, advances knowledge, enriches lives, and stimulates economic development through teaching, research, extension, outreach and creative activities.



**OSU Medicine**

Oklahoma State University Medicine educates and trains osteopathic physicians, research scientists, and other health care professionals with an emphasis on serving **rural and underserved Oklahoma**.

2

# OSU MEDICINE: OVERVIEW



### Education Provider

- Over 1,000 medical and professional students
- Osteopathic medicine, master's, doctorate and certificate academic programs

### Residency Programs

- 9 residency training sites across the state
- 340+ residents training under OSU Medicine's purview

### Health Care Delivery System

- OSU Medical Center
- 28 outpatient clinics
- Telemedicine network

### Research Enterprise

- Clinical research
- Biomedical research
- Public health research

# OSU MEDICINE RESPONDS TO COVID-19

- **Statewide Leadership**. Dr. Kayse Shrum, President of OSU Center for Health Sciences, joins Governor Stitt's COVID-19 Solutions Task Force.

- **Testing Capacity**. OSU Medicine expands the state's COVID-19 testing capacity on March 30th, by 45x (350 to 16,000 tests).

- **Knowledge Sharing**. OSU Medicine launches COVID-19 ECHO service line on March 20th. Sessions are held 3 times each week at no cost to the participant.

- **Primary Care Capacity**. OSU Medicine launches telemedicine network to support providers overwhelmed by COVID-19 patients.

- **Treatment Expertise**. OSU Medicine proposes that OSU Medical Center be designated as a COVID-19 hospital.

# LEADING IN TIMES OF CRISIS



**DR. KAYSE SHRUM**
Statewide testing, PPE procurement, provider readiness, modeling, surge planning, crisis care standards documentation, etc.

# COVID-19 TESTING CHALLENGES

1. **Imposed Testing Limitations**. From January – mid March, CDC was the only entity that initially could confirm COVID-19 infections.

2. **Faulty Testing Kits**. Publicly available test kits had faulty reagents, creating a nationwide shortage of test kits.

3. **Shortage of Lab Testing Materials**. In early March, the Food and Drug Administration issues Emergency Use Authorization to allow certified laboratories to develop diagnostic tests for COVID-19, resulting in an avalanche of commercial and university laboratories launching COVID-19 testing labs. National and global demand creates supply chain pressure on testing kits and reagents.

# TIMELINE TO DEVELOP OSU'S TESTING CAPABILITY

OSU Medicine reaches out to OSU's Oklahoma Animal Disease Diagnostic Laboratory (OADDL) to solicit OADDL's support and collaboration

## March 22

Test kits and reagents arrive in Stillwater. OSU receives Clinical Laboratory Improvement Amendments (CLIA) certification

## March 27

Sample test results are validated with 100% accuracy

## March 30







## March 20

OSU Medicine and OADDL orders 3 extra Thermo Fisher Scientific Polymerase Chain Reaction (PCR) Systems to supplement their inventory of 5 machines. Also orders 10,000 test kits and reagents

## March 26

OSU Medicine and OADDL begin running validation tests with samples to confirm accuracy of test results

## March 29

OSU Medicine and OADDL begin accepting COVID-19 pathogen samples from Oklahoma State Department of Health and private providers




7

# HOW COVID-19 TESTING WORKS

## 1



Samples are collected by a provider from the nose or throat of patient using a swab. Provider calls OSU Diagnostic Laboratory to schedule pick up.

## 2



Medical courier picks up sample and delivers samples to OSU Diagnostic Laboratory in Stillwater.

## 3



Sample is mixed with chemical reagents to isolate the RNA and put in a PCR machine to duplicate the genetic material of the virus.

## 4



If the virus exist, the copies made by the machine will amplify its presence.

# IMPACT OF OSU'S TESTING CAPACITY



**3** **Significant ways OSU Medicine has helped address the COVID-19 testing shortage in Oklahoma**

Expanded scope of testing criteria

Increased testing locales statewide

Quicker turnaround time for results

# EXPANDING CARE CAPACITY & EXPERTISE





**COVID-19**



# OSUMC: POTENTIAL SPECIAL DESIGNATION



Proposed COVID-19 Designated Hospital
- Operational efficiency and scalability
- Centralize resources
- Develop medical expertise
- Mitigate cross-contamination and infection control