

Exhibit "T"

# TURN KEY HEALTH CLINICS EMERGENCY PREPAREDNESS PLAN FOR MASS QUARANTINE REQUIRING RESPIRATORY ISOLATION

1. Exposure Risk assessment will be completed on any person who may have had person to person exposure transfer from the community (local or foreign), as well as identifying if they are symptomatic or asymptomatic.

2. Those patients identified as possibly being exposed to respiratory virus will be quarantined in a negative pressure cell for respiratory isolation for a 14-day period, or according to the current CDC guidelines.
   a. Report potential exposure cases to local health department so that they can perform further evaluations if needed.
   b. Negative pressure rooms are checked weekly by medical staff when not being used for respiratory isolation and daily when they are used for respiratory isolation.
   c. Jail safety officer checks negative pressure rooms monthly.

3. In the event that there is a mass exposure and the negative pressure cells are not adequate space to house all those exposed, pods with connected air handlers will be designated as a quarantine area.
   a. One pod will be used for      symptomatic patients and one for asymptomatic patients if symptomatic patients exceed the capacity of the negative pressure cells.
   b. The State Department of Health will be asked to lend the facility the equipment to convert these designated pods into negative pressure pods with HEPA filters

4. The medical unit will maintain a supply of PPE (gowns, gloves, masks (including N95 masks), sanitizing wipes, and hand sanitizer at an increased PAR level in the event we have a mass quarantine event.

5. The jail and medical will coordinate with governmental bodies such as the health department and CDC and follow their recommendations.