# Exhibit "U"



TURN KEY HEALTH CLINICS – DAVID L. MOSS CORRECTIONAL CENTER

EMERGENCY PREPAREDNESS PLAN FOR MASS QUARANTINE: Requiring Respiratory Isolation

***Tentative Plan***

- Exposure Risk Assessment will be completed on any person who may have had person to person exposure transfer from the community (local or foreign), as well as identify if they are symptomatic or asymptomatic.

- Jail and medical staff will coordinate with governmental bodies such as the Health Department and CDC.

- Patrol and Courthouse employees would be utilized for manpower issues.

- All movement on the compound would stop as well as programs/chaplain. They will be allowed to move around in their pods.

- The SHU would be used to house employees that are kept over.

- Patients identified as possibly being exposed to a respiratory virus will be quarantined in the medical unit in a negative pressure cell for respiratory isolation for a 14 day period (or the current CDC guideline).

  o Report potential exposure cases to local health department so they can come in to perform further evaluations.
  o Negative pressure rooms are checked daily by medical staff when being used for respiratory isolation.
  o Negative pressure rooms are checked weekly by medical staff when not being used for respiratory isolation.
  o Negative pressure rooms are checked monthly by the Jail Safety Officer.

- In the event of a mass exposure and the eight negative pressure cells are not adequate space to house all those exposed, two pods with connected air handlers will house the overflow.

  o Pods F17/F19 and F18/F20 have been identified as potential pods for mass quarantine.
    ▪ One pod will be used for symptomatic patients and one for asymptomatic.
  o Pods J14/16 have been successfully tested of the ability to turn into negative pressure rooms. J4 and J12 are approximately 75% complete.

- o Multipurpose rooms will be used for showers if needed.
- o Potentially the State Department of Health could lend the facility the equipment to convert these designated pods into negative pressure pods with HEPA filters (currently awaiting a response from the Health Dept.)

- The medical unit will maintain a supply of PPE such as gowns, gloves, masks (including N95 masks), sanitizing wipes and hand sanitizer at an increased PAR level.
  - o Currently have 100 masks on hand with more on back order.
  - o Disinfectant cleaner will be issued.

- Staff Contingency – Staffing will be supplemented by administrative team (HAS, DON, CQI and UM), Tulsa float nurses and Turnkey corporate float nurses.

  - o During a mass quarantine event, the following medical services will be suspended:
    - Sick call (all emergent medical care needs will be addressed by nursing staff)
    - History and Physical
    - Chronic Care
    - Medical Records
    - Dental
    - Booking (in the event the jail stopped taking in new inmates
  - o Nursing staff will cover pill pass if needed, due to the lack of CMA's.
  - o Medical Director will continue to come in and coordinate attendance for other medical providers.
  - o Dr. Irvin will continue to come in and will coordinate attendance of all mental health staff.

- Currently there is a 4.5 week supply of food inventory on hand at any given time as a contingency plan.
  - o Styrofoam containers will be used in the quarantine pods.
    - Currently we have a total of 3200 three-compartment trays with more arriving in case the need arises for contagious pods.