Tulsa County- COVID-19 Exposure Protocol              Exhibit "V"

Facts and Symptoms

Symptoms may appear in as few as two days or as long as fourteen days after exposure. Symptoms include fever, cough, difficulty in breathing, and shortness of breath. It is thought to spread mainly from person-to-person via respiratory droplets among close contacts. Respiratory droplets are produced when an infected person coughs or sneezes and the droplets can land in the mouth or noses, or possibly be inhaled into the lungs of nearby people.

Close contact may include:

- Being within approximately six feet of an individual with COVID-19 for a prolonged period of time.
- Having direct contact with bodily fluids such as blood, phlegm, and respiratory droplets.

Protection

- Maintain a distance of at least six feet.
- Wash hands frequently with soap and water for at least twenty seconds. Also use an alcohol-based hand sanitizer with at least sixty percent alcohol.
- Do not touch your face and eyes with unwashed hands.

Preparations

Employees should maintain a "Go-bag" to sustain an employee for twenty-four hours in the event a quarantine becomes necessary. Some recommended items include:

- Change of clothes (uniform and street clothes)
- Personal hygiene
- Medications for 24 hours
- Non-perishable food items
- Chargers for electronics

It is also recommended that employees develop a plan with their family for potential exposures. This includes the ability of the employee to quarantine themselves at home for up to fourteen days while limiting exposure of family members.

Exposure: Employee

TCSO employees should continue to treat all contacts as unknown risk contacts. Exercise good space management and try to avoid personal contact. In the event that contact becomes necessary take note of the subject's state, including signs of illness. If an employee believes they have been exposed to COVID-19 follow this protocol:

- Don PPE and gloves if available
- Limit exposure to vehicles and personnel as much as possible
- Complete an Employee Exposure report with as much detail as possible
- Notify your supervisor and fill out Work-Med paperwork
- If possible decontaminate clothing and equipment
- Be prepared to self-quarantine for up to fourteen days
- If you become symptomatic, contact the Tulsa County Health Department at 918-595-4459
- Contact the Work-Med Clinic to schedule an appointment, the phone number is on the paperwork
- Once the quarantine period has passed with no symptoms schedule an appointment with the Work-Med clinic to be cleared for work

Exposure: Supervisors

TCSO employees that believe they have been exposed to COVID-19 have been instructed to immediately notify their direct supervisor. Supervisors will then:

- Notify the watch commander
- Fill out the proper Work-Med paperwork
- If exposure occurs during normal business hours, make contact with the Work-Med location and follow their instructions, because of infectious disease protocols do not send the employee without first calling
- If exposure occurs after hours supervisors may instruct the employee to self-quarantine, or direct them to go to a city/county triage/quarantine area if one has been established, and then contact the Work-Med location the next business day
- Notify the Tulsa Health Department at 918-595-4459 or 918-261-6702

Risk Assessment

As of 03/12/2020 the Tulsa Health Department has stated that the risk of a county employee encountering someone with COVID-19 is low. Supervisors are tasked with assessing reports of exposure to aid in determining if employees should be relieved of duty and placed into quarantine. The Tulsa Health Department will assist supervisors making determinations if requested. Not for public release Health Department numbers 918-595-4459 or 918-261-6702.

Supervisor Quick Reference:

- Be alert for dispatch details and MDT Notes
- If person is "Sick" or has a "Fever"
- They have "Breathing Problems"
- If PPE is advised during the dispatch of the call

Assess from the six foot distance:

- Symptoms (fever, cough, shortness of breath)
- Recent contact with confirmed cases?
- Recent travel to affected areas?

If COVID-19 is suspected based on assessment and established guidelines:

- Minimize number of personnel treating the patient
- Protect from droplet and airborne pathogens- Don PPE (if available)
- Decon equipment with cleaning agents
- Use hand sanitizer, until you can wash hands with soap and water for twenty seconds.