**David Parker**

| | |
|---|---|
| **From:** | David Parker |
| **Sent:** | Friday, March 13, 2020 09:33 |
| **To:** | Vic Regalado; George Roberts |
| **Cc:** | George Roberts; Ernest Mendenhall |
| **Subject:** | Emergency training |
| **Attachments:** | Emergency Training.docx |

Exhibit "W"

Trained employees as you are aware is a key component in our agencies success. In the event COVID-19 is detected in the jail it is my anticipation that staff shortages may become a reality. It is my recommendation that as an added layer of preparedness we should train as many Sherriff's office staff as possible on basic jail operations. In coordination with our training unit I have attached a basic 8 hour curriculum we feel every potential employee who could be assigned to the jail should be trained on, in the event their service are need.

Please review the curriculum and advise if you would like to initiate the training and if there are specific personnel who should attend. By identifying a potential pool of employees as a relief factor would strengthen our contingency planning.