**David Parker**

| | |
|---|---|
| **From:** | TCSO SOMS |
| **Sent:** | Thursday, March 26, 2020 14:18 |
| **To:** | David Parker |
| **Subject:** | Auto Email Event - From WinSOMS (outlook) |

Exhibit "X"

From User: PARKER, DAVID (4032)
I wanted to provide you a new update on where we are at with our newest attempts to keep everyone who works here safe. There is no playbook or preexisting protocols or policy for COVID-19. We will continue to learn and adapt everyday. On a bright note the Sheriff was able to lay his hands on enough N-95 mask for everyone. Your Lt. will have them for you. You were also sent a CDC document on how to care for and extend the life of that mask.

I want to address the way I have seen some people wear their mask. A big part of my job is to keep people safe. Here is a perfect example of what I am attempting to express and share to keep you safe. (If you put the mask on and god forbid a corona virus collects on your mask and you choose to pull it down below your nose because your hot, what do you think will happen next? What I have witnessed is that mask eventually rides up your chin resting on your bottom lip or your nose. When it hit's your lip or nose you have just turned your PPE into a contamination devise). I choose not to wear one, opting rather for universal precautions. If you choose to wear one please wear it correctly so it doesn't become a vessel of contamination.

Turn Key provided us pizza today. They are and have been a vital member of our jails success. If you get a chance thank them. On the topic of food Marty Roberts and I will be serving jail flap jacks March 31, 2020 from 0700- 0900.

Effective today we will discontinue squad meeting. The necessary information will be disbursed via the radio by your Lt. or Sgt. when acting as the watch commander. Confidential information will be shared via telephone or in person by the supervisor. Shakedowns will continue weekly.

J-1 and J-3 have been opened as "Intake units". To briefly define those Pods role, every new intake will spend 14 days in their cell, within those Pod. No one being place in those Pods will be in QUARANTINE because their not sick, it's precautionary. If an inmate becomes sick the will be housed in a medical negative air cell or in F-17 and 19. Please don't call J1 and 3 Isolation Pods because that would be incorrect.

The cells will remained locked with the inmate inside as medical evaluates their health,
The Pod will ran using the Restrictive Housing Post Order,
Thirty minute Checks will be recorded and logged, along with all other recording required in the restrictive housing Post Orders.

Courts will be held in those units rather than the inmate exiting the Pod and going to court. Leaving the Pod would defeat their designated purpose,

Tablets are available anytime, Kiosk and Video Visitation will be offered during the out of cell time,
Commissary will be allowed,
Showers will be consistent with RHU policy,
The inmate will not leave the Pod prior to medical clearing them or if medical declares an emergency.

Again great job everyone.

1