

SHERIFF VIC REGALADO                                          UNDERSHERIFF GEORGE W. BROWN

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

To:         All DLM Staff

From:       David Parker, Jail Administrator

Date:       April 8, 2020

Subject:    Sanitizing of Restraints and Duty Belts

> Exhibit "Y"

This memorandum is to provide written follow-up to my prior verbal directive on sanitizing restraints.

As we continue with our protocols for preventing COVID-19 from spreading within the jail, I ask that restraints of all types are thoroughly sanitized (using the sanitizer provided in various locations throughout the jail). This includes, but is not limited to hand cuffs and leg cuffs.

I appreciate your attention to this matter and for the diligent work being done to ensure that the overall health of this facility is maintained.


cc:     George Roberts, Assistant Jail Administrator

        Stacie Holloway, Lieutenant

        Rhea Tatum, Lieutenant

        Gary Kaiser, Lieutenant

        File/ COVID-19 Response Plan



**SHERIFF VIC REGALADO**

**UNDERSHERIFF GEORGE W. BROWN**

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

To:         Lieutenants, SGT Berry and SGT McCall

From:      David Parker, Jail Administrator

Date:      April 8, 2020

Subject:   Sanitizing of Inmate Transportation Vehicles

This memorandum is to follow up on my directive to clean every vehicle any time an individual is transported.

As we continue with our measures for preventing COVID-19 from entering and spreading within the jail, all inmate transportation vehicles will be thoroughly sanitized after each transport. This will ensure that there is no potential spread of illness.

Please use the Transportation Vehicle Sanitation Log (provided earlier) to document each cleaning. At the end of shift each Friday, I ask that these logs are submitted to the jail's Administrative Secretary, Jessi Phillips.

cc:      Jessi Phillips, Administrative Secretary

         George Roberts, Assistant Jail Administrator

         File/ COVID-19 Response Plan

# Transportation Vehicle Sanitation
*David L. Moss Criminal Justice Center*

After each inmate transportation run, either for court transport or extraditions, the transportation vehicle will be cleaned thoroughly using sanitizer. Use the log below to document each cleaning between transports. This form should be returned to the jail's administrative secretary no later than the call of business each Friday.

Vehicle Number: _____

| Date: | Time: | Name of Officer that Ensures Vehicle was Cleaned: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature of Supervisor: _____ Date: _____

Please return to the jail's Administrative Secretary by the call of business each Friday.



SHERIFF VIC REGALADO

UNDERSHERIFF GEORGE W. BROWN

# TULSA COUNTY SHERIFF'S OFFICE
## INTEROFFICE MEMORANDUM

To:       Bryan McDaniel, Corporal

From:     David Parker, Jail Administrator

Date:     April 8, 2020

Subject:  Facility Sanitizing and Germicidal Disinfectant Refills

This is to provide written follow-up to my prior directive.

Effective immediately, I ask that your unit conducts a daily, thorough cleaning of the entire facility using the germicidal disinfectant (Virex) that has been purchased. Areas to be sprayed include housing units, hallways, booking, pre-booking, programs, medical, kitchen, training areas, locker rooms, stairwells, etc. These cleanings should be documented in detail by listing all areas that have been cleaned each day and who completed the cleaning.

I also ask that all officer posts be assigned a spray bottle of the germicidal disinfectant (Virex). These will need to be refilled at least daily as needed. Areas to be assigned with spray bottles of the germicidal disinfectant include housing unit (officer station only), operations, booking and medical.

If you have any questions, don't hesitate to reach out.

cc:   George Roberts, Assistant Jail Administrator

      File/ COVID-19 Response Plan