Exhibit "Z"

## Southerland, Stuart

| | |
|---|---|
| From: | Southerland, Stuart |
| Sent: | Monday, July 29, 2019 2:38 PM |
| To: | Erik Grayless |
| Cc: | Guten, David; Maxey, Morgan; Brewster, Corbin; Woltz, Barbara |
| Subject: | Investigators on Bond Docket |

Erik:

Judge Guten has excluded Rusty Roberts from participation on the bond docket, presumably because he is not an attorney representing anyone. As a "replacement," you now have investigators providing a background records check through OSBI reports and possibly other sources. They sit at counsel table and provide the judge with background information on inmates during the bond docket. After giving it some thought, I am not sure that the "the investigators are not attorneys" objection is really the problem. The problem is that your investigators are saying things to the judge (that we cannot hear on the jail side) and reading from documents that we cannot read from the jail side.

The easy solution would be to have the investigators on the jail side, but perhaps the *best* solution is to provide us with the OSBI reports (and whatever else that the investigators are relying on) so that we can refer to it just like we refer to the pc affidavits during the docket.

I am copying Corbin to see if he has any additional input.

Stuart