IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD FELTZ, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18-CV-0298-CVE-JFJ |
| v. | ) ) ) | |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' joint motion seeking a discovery schedule. The Court finds that the motion should be and is hereby **granted**.

**IT IS THEREFORE ORDERED** that:

- Fact discovery is to be completed by October 1, 2020;

- Plaintiffs' expert reports and disclosures are to be filed by November 2, 2020;

- Defendants' expert reports and disclosures are to be filed by December 1, 2020;

- All discovery is to be completed by January 7, 2021;

- Dispositive and *Daubert* motions are to be filed by February 15, 2021.

**DATED** this 1st day of June, 2020.

JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT