# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ, et al.

　　　　　　　　　　　Plaintiff(s)

vs.  　　　　　　　　　　　　　　　　　　　　　　Case Number:   18-cv-0298-CVE-JFJ

BOARD OF COUNTY COMMISSIONERS C

　　　　　　　　　　　Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

　Ashton Dennis

---

December 20, 2020
Date

Type of Appointment:　☐ Retained　　☐ CJA

　　　　　　　　　　　☐ FPD　　☑ Pro Bono　　☐ Pro Se

33544
Oklahoma State Bar Number (If Applicable)

phoebek@stillsherises.org
e-mail address

/s/ Phoebe Kasdin
Signature

Phoebe Kasdin
Print Name

Still She Rises, Inc.
Firm Name

567 East 36th Street North
Mailing Address

Tulsa　　　　　　　　　　　OK　　74106
City　　　　　　　　　　　　State　　Zip Code

(918) 392-0867　　　　　(918) 917-8081
Phone Number　　　　　　Fax Number

## Certificate of Service

I hereby certify that on  12/20/2020   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

all counsel of record

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Phoebe Kasdin
Signature