**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

RICHARD FELTZ, on behalf of himself and
others similarly situated,

            Plaintiffs,

   v.                                 Case No. 18-cv-0298-CVE-JFJ

BOARD OF COUNTY COMMISSIONERS
OF TULSA COUNTY, et al.,

            Defendants.

## MOTION TO AMEND

NOW COMES Plaintiff Richard Feltz, by and through undersigned counsel, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves this Court upon the Memorandum of Law filed herewith, for an order granting leave to file a Second Amended Complaint.

Dated: December 20, 2020

                           Respectfully Submitted,

                           /s/ Hayley Horowitz
                           Hayley Horowitz
                           Phoebe Kasdin
                           Still She Rises, Tulsa
                           567 E. 36th Street
                           North Tulsa, OK 74106
                           hayleyh@stillsherises.org
                           phoebek@stillsherises.org
                           918-392-0867

                           Civil Rights Corps
                           Charles Gerstein*
                           Alexandria Twinem*
                           Ryan Downer*
                           D.C. Bar No. 1033346
                           Civil Rights Corps

1601 Connecticut Avenue NW
Suite 800
Washington, DC 20009
202-844-4975
charlie@civilrightscorps.org
ryan@civilrightscorps.org
Alexandria@civilrightscorps.org

Hogan Lovells US LLP
Allison Holt Ryan*
Michelle Kisloff*
555 13th Street NW
Washington, DC 20004
202-637-5600
allison.holt-ryan@hoganlovells.com
michelle.kisloff@hoganlovells.com

Vassi Iliadis*
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4600
Vassi.iliadis@hoganlovells.com


*Admitted to practice pro hac vice



Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on the 20th day of December, 2020, I caused a copy of the foregoing document to be served on all parties by the Electronic Case Filing System for the United States District Court for the Northern District of Oklahoma.

/s/ Hayley Horowitz
Hayley Horowitz