## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 18-cv-00298-CVE-JFJ<br>) |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA; VIC REGALADO, Tulsa County Sheriff, in his official capacity; TERRY H. BITTING, TAMMY BRUCE, MARTHA RUPP CARTER, STEPHEN R. CLARK, THERESA DREILING, OWEN EVENS, JAMES W. KEELEY, DEBORAH LUDI-LEITCH, J. ANTHONY MILLER, DAWN MOODY, MILLIE OTEY, KIRSTEN PACE, APRIL SEIBERT, CLIFFORD SMITH and SARAH SMITH, in their capacity as Tulsa County Special Judges; WILLIAM MUSSEMAN, in his capacity as Tulsa County District Court Judge, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANT STATE JUDGES' NOTICE OF
## SUPPLEMENTAL OF AUTHORITY

Defendant State Judges William LaFortune,[1] in his official capacity as Presiding Judge, and Terry H. Bitting, Tammy Bruce, Martha Rupp Carter, Stephen R. Clark, Theresa Dreiling, Owen Evens, James W. Keeley, Deborah Ludi-Leitch, J. Anthony Miller, Dawn Moody, Millie Otey, Kirsten Pace, April Seibert, Clifford Smith and Sarah Smith, in their capacity as Special Judges, by and through the undersigned counsel, respectfully provide notice to the Court of

---

[1] Judge LaFortune became presiding judge on January 1, 2020 and was automatically substituted for Judge Musseman pursuant to Fed. R. Civ. P. 25(d); however, all references will be to Judge Musseman when discussing events that happened between January 1, 2018 and December 31, 2019 as Judge Musseman was the presiding judge during that time period and the allegations in the Amended Complaint refer to his personal actions.

supplemental authority.  On December 28, 2020, the Fifth Circuit Court of Appeals issued an opinion in *Shannon Daves, et al. v. Dallas County, Texas, et al.*, Case No. 18-11368, which is attached as Exhibit 1 to this Notice.  This opinion involves similar claims and issues as those raised by Plaintiff and Defendant State Judges in this case such that the opinion while not binding precedent may be informative for the Court in relation to Doc. Nos. 104 and 173.

        Respectfully submitted,

         s/ Stefanie E. Lawson
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:    (405) 521-3921
Facsimile:    (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
      erin.moore@oag.ok.gov
      devan.pederson@oag.ok.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of January, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served on following who are ECF registrants:

Kristina Saleh
Hayley Horowitz
Still She Rises, Tulsa
567 E. 36th Street North
Tulsa, OK 74106
kristinas@stillsherises.org
hayleyh@stillsherises.org
*Attorneys for Plaintiff*

Charles Gerstein
Ryan Downer
Alexandria Twinem
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
charlie@civilrightscorps.org
ryan@civilrightscorps.org
alexandria@civilrightscorps.org
*Attorneys for Plaintiff*

Allison Holt Ryan
Michelle Kisloff
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
allison.holt-ryan@hoganlovells.com
michelle.kisloff@hoganlovells.com
*Attorneys for Plaintiff*

Vassi Iliadis
Hogan Lovells US LLP
1999 Avenue or the Arts, Suite 1400
Los Angeles, CA 90067
vassi.iliadis@hoganlovells.com
*Attorney for Plaintiff*

Douglas Allen Wilson
DA Office Tulsa-900
500 S Denver Ave Ste 900
Tulsa, OK 74103-3832
*Attorney for Defendant Regaldo and
Board of County Comm of County of Tulsa*

Jeb Joseph
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Jeb.Joseph@oag.ok.gov
*Attorney for Non-party Jari Askins*

              s/ Stefanie E. Lawson