AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| RICHARD FELTZ, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-CV-0298-CVE-JFJ |
| BOCC OF THE COUNTY OF TULSA, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Feltz, Ashton Dennis.

Date: 1/21/2021

/s/ Stevie DeGroff
*Attorney's signature*

Stevie DeGroff
*Printed name and bar number*
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004

*Address*

stevie.degroff@hoganlovells.com
*E-mail address*

(202) 804-7893
*Telephone number*

(202) 637-5910
*FAX number*