AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of Oklahoma ▾

| | |
|---|---|
| RICHARD FELTZ, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| BOCC OF THE COUNTY OF TULSA, ET AL. | ) |
| *Defendant* | ) |

Case No.   18-CV-0298-CVE-JFJ

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Feltz, Ashton Dennis                                                                          .

Date: 1/21/2021

/s/ Gary L. Yeung
*Attorney's signature*

Gary L. Yeung, NY Bar No.  5465133
*Printed name and bar number*
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

*Address*

gary.yeung@hoganlovells.com
*E-mail address*

(212) 918-3735
*Telephone number*

(212) 918-3100
*FAX number*