IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, et al.,

    Defendants.

Case No. 18-cv-0298-CVE-JFJ

## ORDER EXTENDING DEADLINES

Plaintiff moves for a status conference or, in the alternative, an extension of the scheduling order, ECF No. 247. The motion for an extension of the scheduling order is granted.

It is therefore **ORDERED** that:

- The deadline for Plaintiff's expert reports is extended to April 27, 2021.

- The deadline for Defendants' expert reports and disclosures are extended to May 28, 2021.

- The deadline for all discovery is extended to July 2, 2021.

- The deadline for dispositive and *Daubert* motions is extended to August 10, 2021.

**SO ORDERED** this 3rd day of February, 2021.

JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT