## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD FELTZ, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 18-cv-00298-CVE-JFJ |
| TULSA COUNTY, *et al.* | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT STATE JUDGES' MOTION TO WITHDRAW DEFENDANT STATE JUDGES' MOTION FOR PROTECTIVE ORDER [DOC. 235]**

Defendant State Judges William LaFortune,[1] in his official capacity as Presiding Judge, and Terry H. Bitting, Tammy Bruce, Martha Rupp Carter, Stephen R. Clark, Theresa Dreiling, Owen Evens, James W. Keeley, Deborah Ludi-Leitch, J. Anthony Miller, Dawn Moody, Millie Otey, Kirsten Pace, April Siebert, Clifford Smith and Sarah Smith, in their capacity as Special Judges, by and through the undersigned counsel, respectfully submit their Motion to Withdraw their Motion for Protective Order [Doc. 235] and advise the Court of the following:

On January 11, 2021, Defendant State Judges filed their Motion for Protective Order [Doc. 235] as Defendant State Judges objected to the fact discovery issued to them that would be due past the then fact discovery deadline of January 25, 2021. On February 1, 2021, Plaintiff filed his Response to the Motion. On February 3, 2021, Plaintiff filed a motion to extend deadlines [Doc. 247] including the deadline at issue in Motion for Protective Order. On February 3, 2021, the Court

---

[1] Judge LaFortune became presiding judge on January 1, 2020 and was automatically substituted for Judge Musseman pursuant to Fed. R. Civ. P. 25(d); however, all references will be to Judge Musseman when discussing events that happened between January 1, 2018 and December 31, 2019 as Judge Musseman was the presiding judge during that time period and the allegations in the Amended Complaint refer to his personal actions.

granted the motion to extend deadlines [Doc. 250] and extended "the deadline for all discovery" to July 2, 2021. A specific fact discovery deadline was not set in this new order; however, based upon Defendant State Judges' reading of this Order, the Motion for Protective Order is now moot since the deadline for all discovery is now July 2, 2021.

For the reasons set forth above, the Court should withdraw the Motion for Protective Order [Doc. 235].

Respectfully submitted,

 s/ Stefanie E. Lawson
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:    (405) 521-3921
Facsimile:    (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
           erin.moore@oag.ok.gov
           devan.pederson@oag.ok.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served on following who are ECF registrants:

| | |
|---|---|
| Kristina Saleh<br>Hayley Horowitz<br>Still She Rises, Tulsa<br>567 E. 36th Street North<br>Tulsa, OK 74106<br>kristinas@stillsherises.org<br>hayleyh@stillsherises.org<br>*Attorneys for Plaintiff* | Charles Gerstein<br>Ryan Downer<br>Alexandria Twinem<br>Civil Rights Corps<br>1601 Connecticut Ave. NW, Suite 800<br>Washington, DC 20009<br>charlie@civilrightscorps.org<br>ryan@civilrightscorps.org<br>alexandria@civilrightscorps.org<br>*Attorneys for Plaintiff* |
| Allison Holt Ryan<br>Michelle Kisloff<br>Hogan Lovells US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>allison.holt-ryan@hoganlovells.com<br>michelle.kisloff@hoganlovells.com<br>*Attorneys for Plaintiff* | Vassi Iliadis<br>Hogan Lovells US LLP<br>1999 Avenue or the Arts, Suite 1400<br>Los Angeles, CA 90067<br>vassi.iliadis@hoganlovells.com<br>*Attorney for Plaintiff* |
| Douglas Allen Wilson<br>DA Office Tulsa-900<br>500 S Denver Ave Ste 900<br>Tulsa, OK 74103-3832<br>*Attorney for Defendant Regaldo and Board of County Comm of County of Tulsa* | Jeb Joseph<br>Oklahoma Attorney General's Office<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Jeb.Joseph@oag.ok.gov<br>*Attorney for Non-party Jari Askins* |

  s/ Stefanie E. Lawson
**Stefanie E. Lawson**