IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ, et al., on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA, et al.,<br><br>Defendants. | Case No. 18-CV-0298-CVE-JFJ |

## ORDER

Based on statements in State Court Judges' Motion to Withdraw (ECF No. 252), the Court realized a need for clarification and amendment of the scheduling order entered February 3, 2021 (ECF No. 250).

The Court clarifies its ruling as follows. The fact discovery deadline expired on January 25, 2021. On February 3, 2021, Plaintiff sought extension of the remaining scheduling order deadlines to allow time for the Court to rule on pending motions to compel documents intended for use by Plaintiff's expert. The Court found good cause for extension of the remaining deadlines to permit time for ruling on discovery disputes. The Court did not interpret Plaintiff's motion as requesting an extension of the fact discovery deadline. *See* ECF No. 247 (requesting "60-day extension of the expert discovery and motions schedule"). The word "all" in Plaintiff's proposed order came from a prior agreed scheduling order (ECF No. 196), which included a fact discovery deadline and a second deadline for "all" discovery, *i.e.*, the remaining expert discovery. For clarification, the Court will enter an Amended Scheduling Order.

The Court will consider whether further modifications of the Amended Scheduling Order or additional deadlines are necessary following rulings on motions pending before the undersigned (ECF Nos. 210, 224, 225, 235). Absent agreement, leave of court, or further scheduling order modifications, the parties may not issue additional fact discovery requests.

The State Court Judges' Motion to Withdraw (ECF No. 252) is denied as moot. The Court has not issued a ruling on whether the discovery requests at issue in State Court Judges' Motion for Protective Order (ECF No. 235) were timely issued in relation to the January 25, 2021, fact discovery deadline.

**SO ORDERED** this 19th day of February, 2021.

*[signature]*
**JODI F. JAYNE, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**