# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD FELTZ**, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, et al.,**<br><br>Defendants. | Case No. 18-cv-0298-CVE-JFJ |

## AMENDED SCHEDULING ORDER

Plaintiff's Motion to Extend Discovery (ECF No. 247) is granted, as clarified and explained by separate Order entered this date. This Order amends and supersedes the Court's prior Order (ECF No. 250).

It is **ORDERED** that:

- The deadline for fact discovery has expired.

- The deadline for Plaintiff's expert reports is extended to April 27, 2021.

- The deadline for Defendants' expert reports and disclosures are extended to May 28, 2021.

- The deadline for expert discovery is extended to July 2, 2021.

- The deadline for dispositive and *Daubert* motions is extended to August 10, 2021.

**SO ORDERED** this 19th day of February, 2021.

_____
**JODI F. JAYNE, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**