IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, et al.,<br><br>Defendants. | Case No. 18-cv-0298-CVE-JFJ |

### MOTION OF CHARLES GERSTEIN FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Undersigned counsel, Charles Gerstein, hereby respectfully requests leave to withdraw as counsel for the Plaintiffs because he is leaving Civil Rights Corps to open a private practice. Both named plaintiffs, and opposing counsel, have been notified of Gerstein's withdrawal. Plaintiffs will continue to be represented by all counsel of record, including Ryan Downer and Alexandria Twinem, of Civil Rights Corps.

Dated: March 1, 2021

                                       Respectfully submitted,

                                       /s/ Charles Gerstein

                                       Charles Gerstein*
                                       CIVIL RIGHTS CORPS
                                       1601 Connecticut Avenue NW
                                       Suite 800
                                       Washington, DC 20009
                                       charlie@civilrightscorps.org
                                       (202) 844-4975
                                       *Admitted to practice pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

/s/ Charles Gerstein
Charles Gerstein