# United States District Court
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Richard Feltz and Ashton Lee Dennis, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br>vs.<br><br>Board of County Commissioners of the County of Tulsa; Vic Regalado, Tulsa County Sheriff, in his official capacity; Tammy Bruce, Stephen Clark, Julie Doss, Theresa Dreiling, Owen Evans, Mary Ann Godsby, David Guten, Bill Hiddle, Ann Keele, James Keeley, Deborah Ludi Leitch, Anthony J. Miller, Kevin C. Morrison, Kirsten Pace, Wilma Palmer, April Seibert, Rodney B. Sparkman, and Tanya Wilson, in their capacities as Tulsa County Special Judges; and William LaFortune, in his capacity as Presiding Tulsa County District Court Judge,<br><br>　　　Defendants. | Case No. 18-cv-00298-CVE-JFJ |

UNOPPOSED APPLICATION FOR EXTENSION OF TIME BY DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA AND <u>VIC REGALADO, TULSA COUNTY SHERIFF, IN HIS OFFICIAL CAPACITY</u>

Defendants Board of County Commissioners of the County of Tulsa and Vic Regalado, Tulsa County Sheriff, in his official capacity ("Defendants"), hereby apply for an additional two weeks in which to file their responsive pleadings to Plaintiffs' Second Amended Complaint [Doc. #259]. In support of this application, Defendants would show the Court as follows:

　　　1.　　Defendants Response to Plaintiffs' Second Amended Complaint is currently due on March 17, 2021.

　　　2.　　The Civil Division of the District Attorney's Office (where undersigned counsel is employed) has recently relocated and Counsel for Defendants needs additional time to properly respond to Plaintiffs' allegations.

3. This is Defendants' first request for an extension of time. Such extension will not affect any deadlines or any Scheduling Order entered in this case.

4. Counsel for Plaintiffs and counsel for the State Judges have no objection to a two-week extension, or until March 31, 2021, for Defendants to file their responsive pleading.

WHEREFORE, Defendants Board of County Commissioners of the County of Tulsa and Vic Regalado, Tulsa County Sheriff, in his official capacity, respectfully request an additional two weeks or until March 31, 2021, for Defendants to file their respective Answers or other responsive pleadings to Plaintiffs' Second Amended Complaint.

Respectfully submitted,

s/ Douglas A. Wilson
Douglas A. Wilson
OK Bar Number 13128
Assistant District Attorney
Tulsa County District Attorney's Office
218 West Sixth Street, Suite 933
Tulsa, OK  74119
douglas.wilson@tulsacounty.org
(918) 596-8795
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF MAILING & ELECTRONIC NOTICE

I hereby certify that on March 5, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Alexander Karakatsanis | Kristina Michelle Saleh |
| Alexandria Twinem | Laura Gaztambide Arandes |
| Allison Holt | Michelle Anne Kisloff |
| Devan A Pederson | Phoebe Anne Kasdin |
| Erin Morgan Moore | Ryan Downer |
| Gary Yeung | Stefanie Erin Lawson |
| Hayley Elizabeth Horowitz | Stevie DeGroff |
| Jeb Emmet Joseph | Vassi Iliadis |

s/ Douglas A. Wilson
Douglas A. Wilson