# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Richard Feltz, et al.,

                Plaintiff(s),

vs.

Vic Regalado, et al.,

                Defendant(s).

Case Number: 18-cv-00298-CVE-JFJ
Proceeding: Motion Hearing
Date: 3-10-2021
Court Time: 10:00 a.m.

### MINUTE SHEET

| Jodi F. Jayne, U.S. Magistrate Judge | S. Cope, Deputy Clerk | C1, Reporter |

Counsel for Plaintiff: Hayley Horowitz, Phoebe Kasdin

Counsel for Defendants Vic Regalado, Board of Co. Commissioners: Douglas Wilson

Counsel for Special Judges: Erin Morgan Moore, Devan A. Pederson

Counsel for Jari Adkins: Jeb Joseph

Minutes: Telephone conference held regarding Plaintiff's Motion to Compel Compliance with a Subpoena (ECF No. 210) and Defendants State Judges' Motion for Protective Order (ECF No. 235). Arguments heard. Motions taken under advisement.

Court Time: 10:04 a.m. - 11:53 a.m.