# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Richard Feltz, et al.,

                Plaintiff(s),

vs.

Vic Regalado, et al.,

                Defendant(s).

Case Number: 18-cv-00298-CVE-JFJ
Proceeding: Motion Hearing
Date: 3-26-2021
Court Time: 11:00 a.m.

## MINUTE SHEET

Jodi F. Jayne, U.S. Magistrate Judge     S. Cope, Deputy Clerk     C1, Reporter

Counsel for Plaintiff: Hayley Horowitz, Phoebe Kasdin

Counsel for Defendants Vic Regalado, Board of Co. Commissioners: Douglas Wilson

Counsel for Special Judges: Erin Morgan Moore, Devan A. Pederson, Stefanie Lawson

Counsel for Jari Adkins: Jeb Joseph, Debra Charles

Minutes: Telephone conference held for the purpose of issuing oral ruling on Plaintiff's Motion to Compel Compliance with a Subpoena (ECF No. 210) and Defendants State Judges' Motion for Protective Order (ECF No. 235). Motion to Compel (ECF No. 210) is granted in part and denied in part and Motion for Protective Order (ECF No. 235) is granted in part and denied in part as set forth in the hearing. Parties are directed to submit proposed scheduling orders by April 7, 2021.

Court Time: 11:08 a.m. - 11:47 a.m.