# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 18-cv-00298-CVE-JFJ |
| BOARD OF COUNTY COMISSIONERS OF THE COUNTY OF TULSA, et al., | ) |
| Defendants. | ) |

**Appearance**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

DEFENDANT VIC REGALADO, Tulsa County Sheriff, in his official capacity
DEFENDANT BOARD OF COUNTY COMISSIONERS OF THE COUNTY OF TULSA

March 31, 2021
Date

/s/ Mike Shouse
Mike Shouse

Type of Appointment: ■ Retained   ☐ CJA
                     ☐ FPD   ☐ Pro Bono   ☐ Pro Se

Mike Shouse
Print Name

Tulsa County District Attorney's Office
Firm Name

218 W. 6th St., Suite 935
Mailing Address

33610
Oklahoma State Bar Number (If Applicable)

Tulsa,        Oklahoma        74119
City             State         Zip Code

mshouse@tulsacounty.org
e-mail address

(918) 596-4825        (918) 596-4804
Phone Number          Fax Number

CERTIFICATE OF MAILING & ELECTRONIC NOTICE

I hereby certify that on March 31, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Alexander Karakatsanis
    Alexandria Twinem
    Allison Holt
    Devan A Pederson
    Erin Morgan Moore
    Gary Yeung
    Hayley Elizabeth Horowitz
    Jeb Emmet Joseph
    Kristina Michelle Saleh
    Laura Gaztambide Arandes
    Michelle Anne Kisloff
    Phoebe Anne Kasdin
    Ryan Downer
    Stefanie Erin Lawson
    Stevie DeGroff
    Vassi Iliadis

                                                s/Mike Shouse
                                                Mike Shouse