# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD FELTZ, et al.**, on behalf of himself and all other similarly situated, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | )    Case No. 18-CV-0298-CVE-JFJ ) |
| **BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA, et al.**, | ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

The Court corrects its oral ruling as follows. The end date for data to be provided pursuant to the subpoena is October 15, 2020, rather than October 15, 2021, as mistakenly stated by the Court during the hearing.

**SO ORDERED** this 1st day of April, 2021.

_____
JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT