### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 18-cv-00298-CVE-JFJ |
| TULSA COUNTY, *et al.* | ) ) ) |
| Defendants. | ) |

## ERRATA/CORRECTION TO DOCUMENT 270

Defendant Presiding Judge and District Judge William LaFortune submits this Errata/Correction to his Motion to Dismiss [Doc. 270]. When the Motion to Dismiss was filed, Exhibit 5 was inadvertently omitted. Exhibit 5 to Defendant Judge William LaFurtune's Motion to Dismiss [Doc. 270] is attached hereto.

Respectfully submitted,

 s/ Stefanie E. Lawson
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   (405) 521-3921
Facsimile:    (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
           erin.moore@oag.ok.gov
           devan.pederson@oag.ok.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of April, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served on following who are ECF registrants:

Kristina Saleh
Hayley Horowitz
Phoebe Kasdin
Still She Rises, Tulsa
567 E. 36th Street North
Tulsa, OK 74106
kristinas@stillsherises.org
hayleyh@stillsherises.org
phoebek@stillsherises.org
*Attorneys for Plaintiff*

Alexandria Twinem
Ryan Downer
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
alexandria@civilrightscorps.org
ryan@civilrightscorps.org
alexandria@civilrightscorps.org
*Attorneys for Plaintiff*

Allison Holt Ryan
Michelle Kisloff
Gary Yeung
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
allison.holt-ryan@hoganlovells.com
michelle.kisloff@hoganlovells.com
gary.yeung@hoganlovells.com
*Attorneys for Plaintiff*

Vassi Iliadis
Hogan Lovells US LLP
1999 Avenue or the Arts, Suite 1400
Los Angeles, CA 90067
vassi.iliadis@hoganlovells.com
*Attorney for Plaintiff*

Douglas Allen Wilson
DA Office Tulsa-900
500 S Denver Ave Ste 900
Tulsa, OK 74103-3832
*Attorney for Defendant Regaldo and*
*Board of County Comm of County of Tulsa*

Jeb Joseph
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Jeb.Joseph@oag.ok.gov
*Attorney for Non-party Jari Askins*

Mike Shouse
Tulsa County District Attorney's Office
218 W. 6th Street., Suite 935
Tulsa, OK 74119
mshouse@tulsacounty.org
*Attorney for Defendants Regalado and BOCC*

                                                s/ Stefanie E. Lawson
                                                **Stefanie E. Lawson**