# United States District Court
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Richard Feltz and Ashton Lee Dennis, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>Board of County Commissioners of the County of Tulsa; Vic Regalado, Tulsa County Sheriff, in his official capacity; Tammy Bruce, Stephen Clark, Julie Doss, Theresa Dreiling, Owen Evans, Mary Ann Godsby, David Guten, Bill Hiddle, Ann Keele, James Keeley, Deborah Ludi Leitch, Anthony J. Miller, Kevin C. Morrison, Kirsten Pace, Wilma Palmer, April Seibert, Rodney B. Sparkman, and Tanya Wilson, in their capacities as Tulsa County Special Judges; and William LaFortune, in his capacity as Presiding Tulsa County District Court Judge,<br><br>    Defendants. | Case No. 18-cv-00298-CVE-JFJ |

### ADOPTION OF STATE JUDGES' NOTICE REGARDING SCHEDULING ORDER (DOC. #279) BY BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA AND VIC REGALADO, TULSA COUNTY SHERIFF, IN HIS OFFICIAL CAPACITY

Defendants Board of County Commissioners of the County of Tulsa and Vic Regalado, Tulsa County Sheriff, in his official capacity ("Defendants"), adopt and incorporate the State Judges' Notice Regarding Scheduling Order filed this date (Doc. #279). Said Defendants would note, however, that at this point, they do not see any need for expert witnesses for any reason. "There is no more certain test for determining when experts may be used than the common sense inquiry whether the untrained layman would be qualified to determine intelligently and to the best possible degree the particular issue without enlightenment from those having a specialized understanding of the subject involved in the dispute." Ladd, Expert Testimony, 5 Vand.L.Rev.

1

414, 418 (1952).  Expert opinions should be excluded in this case as unhelpful, superfluous and a waste of time.  *See* 7 Wigmore on Evidence §1918.

        Respectfully submitted,

        s/ Douglas A. Wilson
        Douglas A. Wilson, OK Bar Number 13128
        Mike Shouse, OK Bar Number 33610
        Assistant District Attorney
        Tulsa County District Attorney's Office
        218 West Sixth Street, Suite 933
        Tulsa, OK  74119
        douglas.wilson@tulsacounty.org
        mshouse@tulsacounty.org
        (918) 596-8795
        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF MAILING & ELECTRONIC NOTICE

I hereby certify that on April 15, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Alexander Karakatsanis
    Alexandria Twinem
    Allison Holt
    Devan A Pederson
    Erin Morgan Moore
    Gary Yeung
    Hayley Elizabeth Horowitz
    Jeb Emmet Joseph
    Kristina Michelle Saleh
    Laura Gaztambide Arandes
    Michelle Anne Kisloff
    Phoebe Anne Kasdin
    Ryan Downer
    Stefanie Erin Lawson
    Stevie DeGroff
    Vassi Iliadis

        s/ Douglas A. Wilson
        Douglas A. Wilson