UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ, ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA, *et al.*,<br><br>*Defendants*. | Case No. 18-CV-0298-CVE-JFJ |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 7.2(g), Plaintiff moves for a two-week extension of the time to respond to Defendants' four motions to dismiss the Second Amended Complaint that were filed by Defendants on March 31, 2021. This is the first request for an extension. Defendants do not object on condition that they be given an extension to file their reply briefs. In support of this motion, Plaintiff states the following:

1. On March 31, 2021, Defendants filed four motions to dismiss Plaintiffs' Second Amended Complaint, ECF Nos. 269, 270, 272, 273, 275, 277. Plaintiffs' deadline to respond to is currently April 21, 2021.

2. Plaintiffs request a two-week extension until May 5, 2021. The additional time to respond will allow Plaintiffs time to respond to all four briefs.

3. Defendants have indicated that they do not object to the extension but request that their deadline to reply be extended by three weeks, from May 5, 2021 until May 26, 2021.

4.	No scheduling order is presently in place for the remainder of the case. Therefore, extending the briefing scheduling will not affect any other outstanding deadlines in the case.

5.	On April 14, 2021, the parties submitted proposed scheduling orders to the Court by email for all outstanding deadlines; notices reflecting the parties' submissions were filed on the docket on April 15 and 16, respectively. ECF Nos. 279, 283.  A request for an extension of briefing deadlines was reflected in both Plaintiffs' and Judicial Defendants' submissions.  However, given the impending schedule for opposition briefs, Plaintiff reiterates the request by motion.

6.	Plaintiff respectfully requests that the Court enter the attached order, imposing the deadlines set forth above.

Date April 20, 2021

/s/ Hayley Horowitz
Hayley Horowitz
STILL SHE RISES, INC.
567 E. 36th Street North
Tulsa, OK 74106
Telephone: (918) 392-0867
hayleyh@stillsherises.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

/s/ Hayley Horowitz
Hayley Horowitz