### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ, ASHTON DENNIS, on
behalf of themselves and all other similarly
situated,

        *Plaintiffs*,

v.

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF TULSA, *et al.*,

        *Defendants*.

Case No. 18-CV-0298-CVE-JFJ

---

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    All parties who have appeared in this action, by and through undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed as against Defendant Board of County Commissioners of the County of Tulsa ("BOCC").

Dated:  May 5, 2021

By: _____
    Hayley Horowitz
    STILL SHE RISES, TULSA
    567 E. 36th Street North
    Tulsa, OK 74106
    hayleyh@stillsherises.org
    (918) 392-0867

*Attorney for Plaintiffs*

By: _____
    Douglas Wilson
    Assistant District Attorney
    218 W. 6th St. Suite 933

Tulsa, OK 74119
Douglas.wilson@tulsacounty.org
(918) 596-8795

*Attorney for Defendant BOCC*
*Attorney for Defendant Sherriff Regalado*

By: /s/ Stefanie E. Lawson
        Stefanie E. Lawson OBA #22422
        Assistant Attorney General
        313 NE 21st St.
        Oklahoma City, OK 73105
        Stefanie.lawson@oag.ok.gov
        (405) 521-4518

*Attorney for Judicial Defendants*

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that on this 6th day of May 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the Court's ECF System to all registered parties.

<ins>/s/ Hayley Horowitz</ins>
Hayley Horowitz