# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Richard Feltz, | Plaintiff, | Case No.: 18-cv-00298-CVE-JFJ |
| vs. | | |
| Vic Regalado, et. al., | Defendant. | **NOTICE OF CHANGE OF ADDRESS** |

To the Clerk of this Court and all parties of record:

Please note my change of address in the above styled case as:

[ ] Pro Se: _____

[ ] Attorney for Plaintiff(s): _____

[X] Attorney for Defendant(s): Vic Regalado

[ ] Attorney for other: _____

Signature: /s/ Douglas A. Wilson    Date: 5-14-21

Print Name: _____

Firm: Tulsa County District Attorney's Office

New Address: 218 W. 6th St., Suite 933

City, State, Zip Code: Tulsa, OK 74119

Phone Number: _____

Fax Number: _____

Email Address: _____

## CERTIFICATE OF SERVICE

I hereby certify that on 5-14-21 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):
  [Look at previous filings in the pleading folder and see who was sent notice and who registered and if any new persons have filed an entry of appearance]

I hereby certify that on _____ (Date), I served the same document by
☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service       ☐ E-Mail

on the following, who are not registered participants of the ECF system:
Name(s) and Address(es):

- Alexander Karakatsanis
- Alexandria Twinem
- Hayley Horowitz
- Kristina Saleh
- Laura Arandes
- Ryan Downer
- Allison Holt
- Gary Yeung
- Michelle Kisloff
- Phoebe Kasdin
- Stevie DeGroff
- Vassi Iliadis

Signature s/
Douglas A. Wilson