IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>TULSA COUNTY, *et al.,*<br><br>  Defendants. | Case No.: 18-cv-298-SPF-JFJ |

**DEFENDANT JUDGES' RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND EXPERT REPORT DEADLINE**

For their Response to Plaintiffs' Motion to Extend Expert Report Deadline (doc. 301), the Judicial Defendants, by and through their counsel of record, state the following:

1. The Judicial Defendants' experts were planning to conduct the bulk of their work on this matter this summer after reviewing Plaintiffs' experts' report(s).

2. The Judicial Defendants' experts are not full-time litigation consultants and they have many additional obligations in the fall that they do not have in the summer. One of the Judicial Defendants' experts in particular has an extremely busy fall schedule.

3. Until reviewing Plaintiffs' experts' report(s), the Judicial Defendants' experts are uncertain how much of their time will be required to respond to those reports.

For these reasons, the Judicial Defendants do not object to Plaintiffs' request to extend their expert-report deadline to September, so long as the Judicial Defendants' experts have until January 15, 2022 to submit their report(s) and disclosures, and so long as the other case deadlines are extended as outlined in Plaintiffs' Motion.

Respectfully submitted,

 s/ Devan A. Pederson
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:	(405) 521-3921
Facsimile:	(405) 521-4518
Email: stefanie.lawson@oag.ok.gov
            erin.moore@oag.ok.gov
            devan.pederson@oag.ok.gov
*Attorneys for Judicial Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served on following who are ECF registrants:

Kristina Saleh
Hayley Horowitz
Phoebe Kasdin
Still She Rises, Tulsa
567 E. 36th Street North
Tulsa, OK 74106
kristinas@stillsherises.org
hayleyh@stillsherises.org
phoebek@stillsherises.org
*Attorneys for Plaintiff*

Allison Holt Ryan
Michelle Kisloff
Gary Yeung
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
allison.holt-ryan@hoganlovells.com
michelle.kisloff@hoganlovells.com
gary.yeung@hoganlovells.com
*Attorneys for Plaintiff*

Douglas Allen Wilson
Mike Shouse
Tulsa County District Attorney's Office
218 W. 6th Street., Suite 933
Tulsa, OK 74119
Douglas.wilson@tulsacounty.org
mshouse@tulsacounty.org
*Attorney for Defendants Regalado and BOCC*

Alexandria Twinem
Ryan Downer
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
alexandria@civilrightscorps.org
ryan@civilrightscorps.org
alexandria@civilrightscorps.org
*Attorneys for Plaintiff*

Vassi Iliadis
Hogan Lovells US LLP
1999 Avenue or the Arts, Suite 1400
Los Angeles, CA 90067
vassi.iliadis@hoganlovells.com
*Attorney for Plaintiff*

Jeb Joseph
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Jeb.Joseph@oag.ok.gov
*Attorney for Non-party Jari Askins*

 s/ Devan A. Pederson
**Devan A. Pederson**