UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,

    Plaintiff,

v.

VIC REGALADO, *et al.*,

    Defendants.

Case No. 18-CV-0298-SPF-JFJ

## ORDER

Before the Court is Plaintiffs' motion for an extension of time to complete discovery (ECF No. 301) and the Defendant Judges' Response to said motion (ECF No. 302). The Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED THAT:**

    Plaintiffs' expert reports and disclosures to be completed by September 14, 2021

    Defendants' expert reports and disclosures to be completed by January 14, 2022.

    Expert discovery to close on February 14, 2022.

    Class certification motion, and Daubert motions (if any), to be filed by March 9, 2022.

    Class certification oppositions to be filed by March 30, 2022.

    Class certification replies to be filed by April 14, 2022.

    Summary judgment motions to be filed by April 22, 2022.

    Summary judgment oppositions to be filed by May 23, 2022.

    Summary judgment replies to be filed by June 13, 2022.

**SO ORDERED** this 13th day of July, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p001.PO.docx