UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>Defendants. | Case No. 18-CV-0298-SPF-JFJ |

## ORDER

Before the Court is Plaintiffs' motion to allow Laura Arandes and Alexandria Twinem to withdraw as counsel of record in this action (ECF No. 309). The Court finds that the motion should be and is hereby **granted.**

**SO ORDERED** this 16th day of December, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p005.PO.docx