UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,

*Plaintiffs*,

v.

BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, et al.,

*Defendants*.

Case No. 18-CV-00298-SPF-JFJ

## ORDER

Before the Court is Plaintiffs' Motion to Extend Expert Discovery Deadline (ECF No. 318). The Court finds that the motion should be and is hereby **granted.**

The litigation schedule is amended as follows:

- Plaintiff rebuttal reports to be produced by August 18, 2022
- Expert discovery to close on September 19, 2022
- Class certification motion and Daubert motions to be filed by October 12, 2022
- Class certification oppositions to be filed by November 3, 2022
- Class certification replies to be filed by November 17, 2022

Further scheduling will be accomplished after the court rules on class certification.

**SO ORDERED** this 27th day of June, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p009.PO.rev.docx