UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>   *Plaintiffs,*<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>   *Defendants.* | Case No. 18-CV-0298-SPF-JFJ |

## SCHEDULING ORDER

The schedule for all summary judgment motions is as follows:

- Motions to be filed on or before May 23, 2023, and briefs limited to 45 pages.
- Response briefs to be filed on or before June 22, 2023, and limited to 35 pages.
- Reply briefs to be filed on or before July 6, 2023, and limited to ten pages.

The scheduling conference previously set for 1:30 p.m. on March 30, 2023, is **STRICKEN.**

**SO ORDERED** this 24th day of March, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p020.PO.docx