**Exhibit 29**

**Exhibit 29**

Exhibit 29

CV-2002-34



# Tulsa County Division of Court Services
## Pretrial Release Report
### 7/1/2020 Through 9/30/2020



**Number of Persons Interviewed for Release**

| Court | Interviewed |
|---|---|
| District | 459 |
| Municipal | |
| **TOTALS** | **459** |

**Number of Persons Released**

| Court | Released |
|---|---|
| District | 235 |
| Municipal | |
| **TOTALS** | **235** |

**Number of Persons Failed To Appear**

| Court | Failed To Appear |
|---|---|
| District | 64 |
| Municipal | |
| **TOTALS** | **64** |

**Failed To Appear and Returned to Custody**

| Court | Recommitted |
|---|---|
| District | 9 |
| Municipal | |
| **TOTALS** | **9** |

This Pretrial Release Report submitted to the Presiding Judge of the 14th Judicial District this 12th day of October, 2020.

Respectfully Submitted,

*[signature]*

Sherri Carrier, Director
Tulsa County Court Services

RECEIVED
OCT 1 3 2020
DON NEWBERRY
COURT CLERK

**Exhibit 29**





# Tulsa County Division of Court Services
## Pretrial Release Report
### 10/1/2020 Through 12/31/2020

CV-2002-34
RECEIVED
MAR 3 0 2021
DON NEWBERRY
COURT CLERK

### Number of Persons Interviewed for Release

| Court | Interviewed |
|---|---|
| District | 474 |
| Municipal | |
| **TOTALS:** | **474** |

### Number of Persons Released

| Court | Released |
|---|---|
| District | 243 |
| Municipal | |
| **TOTALS:** | **243** |

### Number of Persons Failed To Appear

| Court | Failed To Appear |
|---|---|
| District | 86 |
| Municipal | |
| **TOTALS:** | **86** |

### Failed To Appear and Returned to Custody

| Court | Recommitted |
|---|---|
| District | 40 |
| Municipal | |
| **TOTALS:** | **40** |

This Pretrial Release Report submitted to the Presiding Judge of the 14th Judicial District this 30th day of March, 2021.

Respectfully Submitted,

Sherri Carrier, Director
Tulsa County Court Services

**Exhibit 29**







## Tulsa County Division of Court Services
## Pretrial Release Report
### 1/1/2021 Through 3/31/2021

CV-2002-34

**RECEIVED**
JUN 29 2021
DON NEWBERRY
COURT CLERK

### Number of Persons Interviewed for Release

| Court | Interviewed |
|---|---|
| District | 634 |
| Municipal | |
| **TOTALS:** | **634** |

### Number of Persons Released

| Court | Released |
|---|---|
| District | 226 |
| Municipal | |
| **TOTALS:** | **226** |

### Number of Persons Failed To Appear

| Court | Failed To Appear |
|---|---|
| District | 123 |
| Municipal | |
| **TOTALS:** | **123** |

### Failed To Appear and Returned to Custody

| Court | Recommitted |
|---|---|
| District | 66 |
| Municipal | |
| **TOTALS:** | **66** |

This Pretrial Release Report submitted to the Presiding Judge of the 14th Judicial District this 28th day of June, 2021.

Respectfully Submitted,

*[signature]*

Sherri Carrier, Director
Tulsa County Court Services

**Exhibit 29**



# Tulsa County Division of Court Services
## Pretrial Release Report
### 4/1/2021 Through 6/30/2021



CV-02-34

**FILED**
DEC 21 2021
DON NEWBERRY, Court Clerk
STATE OF OKLA, TULSA COUNTY
DISTRICT COURT

### Number of Persons Interviewed for Release

| Court | Interviewed |
|---|---|
| District | 822 |
| Municipal | |
| **TOTALS:** | 822 |

### Number of Persons Released

| Court | Released |
|---|---|
| District | 247 |
| Municipal | |
| **TOTALS:** | 247 |

### Number of Persons Failed To Appear

| Court | Failed To Appear |
|---|---|
| District | 110 |
| Municipal | |
| **TOTALS:** | 110 |

### Failed To Appear and Returned to Custody

| Court | Recommitted |
|---|---|
| District | 68 |
| Municipal | |
| **TOTALS:** | 68 |

This Pretrial Release Report submitted to the Presiding Judge of the 14th Judicial District this 21st day of December, 2021.

Respectfully Submitted,

Sherri Carrier, Director
Tulsa County Court Services

**Exhibit 29**




CV-02-34

# Tulsa County Division of Court Services
## Pretrial Release Report
### 7/1/2021 Through 9/30/2021

### Number of Persons Interviewed for Release

| Court | Interviewed |
|---|---|
| District | 1411 |
| **TOTALS:** | 1411 |

### Number of Persons Released

| Court | Released |
|---|---|
| District | 281 |
| Municipal | |
| **TOTALS:** | 281 |

### Number of Persons Failed To Appear

| Court | Failed To Appear |
|---|---|
| District | 113 |
| Municipal | |
| **TOTALS:** | 113 |

### Failed To Appear and Returned to Custody

| Court | Recommitted |
|---|---|
| District | 82 |
| Municipal | |
| **TOTALS:** | 82 |

This Pretrial Release Report submitted to the Presiding Judge of the 14th Judicial District this 21st day of December, 2021.

Respectfully Submitted,

*Sherri Carrier*
Sherri Carrier, Director
Tulsa County Court Services

**Exhibit 29**

FILED DISTRICT COURT DEC 21 2021 DON NEWBERRY, Court Clerk STATE OF OKLA. TULSA COUNTY