# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>        Defendants. | **Case No. 18-cv-298-SPF-JFJ** |

## DEFENDANT STATE JUDGES' NOTICE TO THE COURT OF EXPECTED CHANGE TO TULSA COUNTY BOND DOCKET

Defendant State Judges hereby notify the Court of an expected permanent change to the Tulsa County bond docket.

1. The bond docket has previously been held every day, 365 days per year. On June 26, 2023, the Tulsa County Public Defender's Office and the Tulsa County District Attorney's Office inquired of Tulsa County District Judge David Guten, Chief Judge of the Criminal Division, whether the court would be willing to eliminate the bond docket on Saturdays and on holidays when the courthouse is closed, so long as those closings do not result in a delay of more than 48 hours from the previous bond docket. Both the District Attorney's Office and the Public Defender's Office agreed that holding bond hearings within 48 hours of detention meets constitutional requirements. See Memorandum, attached hereto as Exhibit 1.

2. Earlier this month, the court began a pilot test on bond docket scheduling that reduces the bond docket to six days a week instead of seven except when holidays occur in accordance with the suggestion of the Offices of the District Attorney and Public Defender. See Exhibit 1.

3. The bond docket calendar for the remainder of the year is attached as Exhibit 2.

4. The pilot test is expected to continue through October. Defendant State Court Judges anticipate that the change from every-day bond dockets to this new scheduling will become permanent in November after consultation with the District Attorney and Public Defender's Offices.

Respectfully submitted,

s/ Devan Pederson
**STEFANIE E. LAWSON, OBA#22422**
**ERIN M. MOORE, OBA#20787**
**DEVAN A. PEDERSON, OBA#16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
erin.moore@oag.ok.gov
devan.pederaon@oag.ok.gov
*Attorneys for Defendants State Judges*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served via the ECF System to all counsel who are ECF registrants:

                                      s/ Devan Pederson
                                      Devan Pederson