Memorandum

June 26, 2023

To: Judge David Guten

From: Lora Howard, First Assistant, Tulsa County Public Defender's Office & Erik Grayless, First Assistant, Tulsa County District Attorney's Office

RE: Weekend and Holiday bond docket

Judge,

As the respective First Assistants of our offices, we have discussed the possibility of curtailing weekend and holiday bond docket settings. The Tulsa County Public Defender's Office is sustaining a budget cut this year, which will affect staffing levels. Currently, the bond docket is running every day, 365 days per year. We are writing to you to suggest the possibility of eliminating bond docket settings on Sundays and holidays during which the courthouse is closed, as long as those holidays do not result in a delay of more than 48 hours from the previous bond docket. We are in agreement that holding a bond hearing within 48 hours of detention meets the constitutional requirements. Please let us know if you would like any additional information from either or both of our offices.

Respectfully submitted,

_____
Lora Howard, First Assistant Public Defender
Tulsa County Public Defender's Office

_____
Erik Grayless, First Assistant District Attorney
Tulsa County District Attorney's Office

EXHIBIT 1