# September

## 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 **No Bond Docket** |
| 3 | 4 **Holiday No Bond Docket** | 5 | 6 | 7 | 8 | 9 **No Bond Docket** |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 **No Bond Docket** |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 **No Bond Docket** |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 **No Bond Docket** |

**EXHIBIT 2**

# October

## 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 **No Bond Docket** |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 **No Bond Docket** |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 **No Bond Docket** |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 **No Bond Docket** |
| 29 | 30 | 31 | | | | |
| | | | | | | |

# November

## 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4<br>**No Bond Docket** |
| 5 | 6 | 7 | 8 | 9 | 10<br>**Holiday<br>No Bond Docket** | 11<br>**Bond Docket<br>Will Be Held** |
| 12<br>**No Bond Docket** | 13 | 14 | 15 | 16 | 17 | 18<br>**No Bond Docket** |
| 19 | 20 | 21 | 22 | 23<br>**Holiday<br>No Bond Docket** | 24<br>**Holiday<br>Bond Docket<br>Will Be Held** | 25<br>**No Bond Docket** |
| 26 | 27 | 28 | 29 | 30 |  |  |

# December 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 **No Bond Docket** |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 **No Bond Docket** |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 **No Bond Docket** |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 **No Bond Docket** |
| 24 **Bond Docket Will Be Held** | 25 **Holiday No Bond Docket** | 26 **Holiday Bond Docket Will Be Held** | 27 | 28 | 29 | 30 **No Bond Docket** |
| 31 | January 1 **Holiday No Bond Docket** | 2 | 3 | 4 | 5 | 6 **No Bond Docket** |