IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>-vs-<br><br>VIC REGALADO, Tulsa County Sheriff, in his Official Capacity, et al.,<br><br>   Defendants. | Case No. 18-cv-0298-SPF-JFJ |

## ORDER

Concurrently with the entry of this order, the court has entered an order on the parties' motions for summary judgment. As set forth in that order, the court desires to receive submissions and to hold a hearing to facilitate the court's determination of the precise relief to be granted.

Accordingly, it is **ORDERED** that:

1. Plaintiffs shall file a memorandum addressing the scope of injunctive and declaratory relief they would propose in light of the court's determinations on summary judgment. Plaintiffs' proposed form of judgment (including injunctive and declaratory relief) shall be appended to the memorandum. Plaintiffs' memorandum shall not exceed 20 pages in length. The plaintiffs' memorandum shall be filed no later than April 15, 2024.

2. Defendants shall file their response to plaintiffs' submission not later than April 29, 2024. Defendants are encouraged to file a single, joint response. If the Judicial Defendants and the Sheriff file separate responses, the responses shall not exceed 20 pages in length. If they file a joint response, it shall not

    exceed 30 pages in length.  Defendants may, but are not required to, append an alternative proposed form of judgment.

3. Plaintiffs may file a reply memorandum only with leave of court, which (in light of the fact that oral arguments will be held) will be granted only on a showing of special need.

4. The parties' filings shall be in the same format as their summary judgment briefs.  Plaintiffs' proposed form of judgment (and that of the defendants, if submitted) shall also be sent as an MS Word document to the orders inbox of the undersigned.

5. Oral arguments as to the form and scope of the relief to be granted in the final judgment are set for May 2, 2024, at 10:00 a.m. in courtroom no. 2 in the Page Belcher Federal Building (fourth floor).

DATED this 3rd day of April, 2024.

 

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p032.docx