# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>    *Defendants*. | Case No. 18-CV-0298-SPF-JFJ |

## ORDER GRANTING EXTENSION

It is hereby **ORDERED** that Plaintiffs' Motion for Extension is granted. Plaintiffs' memorandum addressing the scope of injunctive and declaratory relief and proposed form of judgment is due April 17, 2024 at 9:00 AM. The deadline for Defendants' response and the date of oral arguments on the form and scope of relief shall remain as previous ordered.

DATED this 15th day of April, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p033.PO.docx