# Pretrial Interview Questions

Name: _____   DLM# _____

1. Are you currently employed   Y or N        Part-time or full-time _____
   Where? _____
   How long? _____
   If employed, how much do you make monthly? _____

2. Are you on any form of disability?   Y or N
   If yes, how much do you receive monthly? _____

3. Do you live in Tulsa County? _____ If not, where? _____
   How long have you lived there? _____

4. What is your current phone number? _____

5. Do you feel that you will harm yourself?   Y or N

6. Do you have a history of mental health issues?   Y or N

7. Do you have financial resources to post bond?   Y or N

8. History of drug use?   Y or N

9. Currently on probation?   Y or N

10. Have you served or are you currently serving in any branch of the armed services (military)?   Y or N

11. Reference 1: _____   Phone Number _____

    Reference 2: _____   Phone Number _____

---

☐ **Defendant Refused Pretrial Interview**

   Reason: _____

☐ **JUDGE PRETRIAL REFERRED**
☐ **JUDGE PRETRIAL NOT REFERRED**

**Exhibit 2**