

## Bond Docket

You do not have to purchase Microsoft Teams in order to participate - attendance in the video conferences through the online link is free of charge. You do, however, need to have either a smart phone or access to the internet to be able to appear virtually on the docket. Click here for links to download the MS Teams app or click one of the links below and follow instructions to join the meeting.

Docket-specific instructions **here**

Weekday Bond Docket (Monday-Friday): 09:30 a.m. - 12:00 p.m.

Weekend & Holiday Bond Docket (Saturday, Sunday, Holidays): 09:00 a.m. - 12:00 p.m.



Problems with this website? Contact webmaster@tulsacountydistrictcourt.org.
Copyright 2021 Tulsa County District Court. All rights reserved.

**Exhibit 3**