IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                          )      Case No(s): _____
          Plaintiff,                        )
                                            )             _____
v.                                          )             _____
          ████████████████                  )             _____
                                            )             _____
          Defendant.                        )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this <u>23</u> day of <u>April</u>, 20<u>24</u>, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☑ Serious offense (violent offense, serious drug offense)          ☑ Threat to self or others

☑ Apparent likelihood of conviction                                 ☐ Mental Health history

☑ Currently employed FT or PT  *1 year*                             ☑ Financial resources available to post bond

☐ Resident of Tulsa County  *20 year* (length)                      ☑ Ties to the community  *Cousine*

☑ Currently on probation or has cases pending  *40-14-0006*         ☐ Risk of Failure to Appear

☐ Likely to reoffend (criminal/bail history)                        ☐ History of Drug Use

☑ Other:
    *Gang membership*            *very serious offenses*
         *App to Revoke —*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☑ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest

☐ SCRAM        ☑ No Contact Order      ☐ Suspend driving privileges

☐ Other: _____

         *no contact with*   ████████████████████████

☑ BOND (list per count or as an aggregate): <u>100,000°°</u>

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )     Case No(s): _____
        Plaintiff,                    )
                                      )            _____
v.                                    )
                                      )            _____
        [redacted]                    )
                                      )            _____
        Defendant.                    )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __April__, 20 __24__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☐ represented by the Tulsa County Public Defender's Office / ☑ represented by private counsel _Samantha Manuel_ ). The Defendant ( ☐ waived / ☐ did not waive ) his/her rights to hearing.

_Eisenhower_
_OBA_
_34978_

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)        ☐ Threat to self or others
☑ Apparent likelihood of conviction                             ☐ Mental Health history
☑ Currently employed (FT)/or PT _3 months Full Time_            ☑ Financial resources available to post bond _possibly_
☑ Resident of Tulsa County _10 years_ (length) _Time_           ☐ Ties to the community
☐ Currently on probation or has cases pending                   ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)                    ☐ History of Drug Use
☐ Other: _____

_____

_no history_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS        ☐ Random UA's        ☐ Surrender of Firearms        ☐ House Arrest
☐ SCRAM      ☐ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____

☑ BOND (list per count or as an aggregate): $ _2000.00_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )      Case No(s): _____
           Plaintiff,                 )
                                      )             _____
v.                                    )             _____
                                      )             _____
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                        )             _____
           Defendant.                 )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **23** day of **April**, 20 **24**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☑ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☑ waived / ☐ did not waive ) his/her rights to hearing.

The Court makes the following findings and Orders:            *49 yo*

☑ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others

☑ Apparent likelihood of conviction                            ☐ Mental Health history

☐ Currently employed FT or PT          *Waived*                ☐ Financial resources available to post bond

☐ Resident of Tulsa County _____ (length)                    ☐ Ties to the community

☐ Currently on probation or has cases pending                  ☑ Risk of Failure to Appear  *2019*

☐ Likely to reoffend (criminal/bail history)                   ☐ History of Drug Use

☐ Other: _____
_____ *limited criminal history* _____
_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's      ☐ Surrender of Firearms      ☐ House Arrest

☐ SCRAM        ☑ No Contact Order  ☐ Suspend driving privileges

☐ Other: _____

_____ *no contact with* ▉▉▉▉▉▉▉▉▉▉ *mom*

☑ BOND (list per count or as an aggregate): $2000.00   CF-24-1072
                                             5000

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,       )      Case No(s): _____
          Plaintiff,     )              _____
                         )              _____
v.                       )              _____
                         )              _____
██████████████████████   )              _____
          Defendant.     )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_ , 20 _24_ , the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)        ☐ Threat to self or others
☑ Apparent likelihood of conviction                              ☐ Mental Health history
☐ Currently employed FT or PT           _20+_                    ☐ Financial resources available to post bond _NU_
☐ Resident of Tulsa County _4 years_ (length)                    ☑ Ties to the community
☐ Currently on probation or has cases pending                    ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)                     ☐ History of Drug Use
☐ Other: _____FTP_____

_____Wagoner   CM-21-280_____
_____Limited  history_____  _PT_
                                              _referred_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest
☐ SCRAM        ☐ No Contact Order      ☐ Suspend driving privileges
☐ Other: _____

_____
_____
☑ BOND (list per count or as an aggregate): $1000⁰⁰

☐ BAIL DENIED: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): _____
     Plaintiff,                       )           _____
                                      )           _____
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    )           _____
     Defendant.                       )           _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _13_ day of ___April___, 20 _24_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR 2. The Defendant ( ☐ appears / ☑ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☑ waived / ☐ did not waive ) his/her rights to hearing.

_Waived on watch_

The Court makes the following findings and Orders:

☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others   _Specialty_
☑ Apparent likelihood of conviction    _Waived_   ☑ Mental Health history  _program_
☐ Currently employed FT or PT    ☐ Financial resources available to post bond
☑ Resident of Tulsa County _4 mos_ (length)    ☑ Ties to the community
☐ Currently on probation or has cases pending    ☑ Risk of Failure to Appear
☑ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Other: _Extensive history_    _Domestic A&B_
    _History_
_Payne - Hold requested_

☑ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. _PO 24 1065 served_
    _Not to be within 100 yds_

**Additional Conditions of bond:**

☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest
☐ SCRAM    ☑ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____
    _no contact with_ ▓▓▓▓▓▓▓▓▓▓

☑ BOND (list per count or as an aggregate): _4000 °°_

☐ BAIL DENIED: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Shannon _____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): _____
    Plaintiff,                          )
                                        )    _____
v.                                    )
                                        )    _____
                                        )
                                        )    _____
    Defendant.                          )
                                             _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_, 20 _24_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☐ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)           ☐ Threat to self or others

☑ Apparent likelihood of conviction                                 ☐ Mental Health history

☑ Currently employed FT or PT _le months_ _45years_   ☐ Financial resources available to post bond _NO_

☐ Resident of Tulsa County _3 years_ (length)               ☑ Ties to the community

☑ Currently on probation or has cases pending _on Supervision_   ☑ Risk of Failure to Appear _FTA on Traffic_

☐ Likely to reoffend (criminal/bail history)                        ☐ History of Drug Use

☑ Other:
_____Convictions -old_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest

☐ SCRAM        ☐ No Contact Order      ☐ Suspend driving privileges

☐ Other: _____

☑ BOND (list per count or as an aggregate): $ _700000_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment and the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,          )     Case No(s): _____
    Plaintiff,              )                   _____
                            )                   _____
v.                          )                   _____
                            )                   _____
    ██████████████          )                   _____
    Defendant.              )

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_, 20 _24_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others    *Possibly*
☑ Apparent likelihood of conviction      ☐ Mental Health history    *Specialty*
☑ Currently employed FT or PT      ☐ Financial resources available to post bond   *program NO*
☑ Resident of Tulsa County (_length_)      ☑ Ties to the community   *In laws*
☐ Currently on probation or has cases pending      ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)      ☐ History of Drug Use
☐ Other: _Norman_      _Same victim_

_Pending  CM-22-372_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. _Some Violent Offenses. Arrested for Dom. Assault._

**Additional Conditions of bond:**

☑ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest
☐ SCRAM    ☑ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____

_no contact with_ ████████ ! _no contact with_ ████████
                                          _(wife)_

☑ BOND (list per count or as an aggregate): $ _10,000.00_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                          )   Case No(s): _____
            Plaintiff,                      )              _____
                                            )              _____
v.                                          )              _____
█████████████████████                       )              _____
            Defendant.                      )              _____

<u>COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101</u>

NOW, on this _23_ day of _April_, 20_24_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☑ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☑ waived / ☐ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☑ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others

☑ Apparent likelihood of conviction                            ☐ Mental Health history

☐ Currently employed FT or PT          _Waived_                ☐ Financial resources available to post bond _NO_

☑ Resident of Tulsa County  _75yr_(length)                     ☐ Ties to the community

☐ Currently on probation or has cases pending                  ☑ Risk of Failure to Appear

☐ Likely to reoffend (criminal/bail history)                   ☑ History of Drug Use

☐ Other: _____

_Some  Criminal Convictions  On  mis._

_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's       ☐ Surrender of Firearms       ☐ House Arrest

☐ SCRAM        ☐ No Contact Order   ☐ Suspend driving privileges

☐ Other: _____

_No  Contact  victim_

☑ BOND (list per count or as an aggregate): _$25,000ª  Sparkman_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): _____
    Plaintiff,                        )
                                      )              _____
v.                                    )
    ███████████████████               )              _____
                                      )
    Defendant.                        )              _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_, 20 _24_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)
☑ Apparent likelihood of conviction  *kind care*
☐ Currently employed FT or PT  _kind care_
☐ Resident of Tulsa County ___ _57_ (length)
☐ Currently on probation or has cases pending
☐ Likely to reoffend (criminal/bail history)
☐ Other: _____

☐ Threat to self or others
☑ Mental Health history
☐ Financial resources available to post bond
☑ Ties to the community
☐ Risk of Failure to Appear
☑ History of Drug Use

_no history whatsoever_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's        ☐ Surrender of Firearms        ☐ House Arrest  _PT_
☐ SCRAM        ☐ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____

☑ BOND (list per count or as an aggregate): _$ 1200 00_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Shannon Joer_
**JUDGE OF THE DISTRICT COURT**

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                      )     Case No(s): _____
            Plaintiff,                  )
                                        )            _____
                                        )
v.                                      )            _____
████████████████████████               )
                                        )            _____
            Defendant.                  )

COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __April__, 20 _24_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

The Court makes the following findings and Orders:

☑ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others
☑ Apparent likelihood of conviction                           ☐ Mental Health history
☐ Currently employed FT or PT              Did              ☐ Financial resources available to post bond
☐ Resident of Tulsa County _____ (length) not            ☐ Ties to the community
☐ Currently on probation or has cases pending  fill out     ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)                ☐ History of Drug Use
☐ Other: _____

    _Currently being held w/out Bond_
                        _Murder 1st_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

Additional Conditions of bond:

☐ GPS         ☐ Random UA's        ☐ Surrender of Firearms        ☐ House Arrest
☐ SCRAM       ☑ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____

            _no contact with victim_

☑ BOND (list per count or as an aggregate): $50,000

☐ BAIL DENIED:  The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment and the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

                                        _____
                                        JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,     )  Case No(s): _____
   Plaintiff,      )
           )     _____
v.          )
           )     _____
           )
   Defendant.     )     _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __April__, 20 __24__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☑ Serious offense (violent offense, serious drug offense)   ☑ Threat to self or others
☑ Apparent likelihood of conviction _Firearm_   ☐ Mental Health history
☑ Currently employed FT or PT       ☐ Financial resources available to post bond
☐ Resident of Tulsa County _24 years_ (length)  ☑ Ties to the community
☐ Currently on probation or has cases pending   ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☑ Other:

_no history  Cm-09-1569  App to Acc._
_* well over 10 years  Completed_ _deferred_
_____ _sentence_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS  ☐ Random UA's  ☐ Surrender of Firearms  ☐ House Arrest
☐ SCRAM ☐ No Contact Order ☐ Suspend driving privileges
☐ Other: _____

☑ BOND (list per count or as an aggregate): $ __15000__

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )      Case No(s): _____
    Plaintiff,                        )
                                      )      _____
v.                                    )      _____
                                      )      _____
    [REDACTED]                        )      _____
    Defendant.                        )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_, 20 _24_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☑ Serious offense (violent offense, serious drug offense)

☐ Apparent likelihood of conviction

☐ Currently employed FT or PT _4/years_ (length)

☐ Resident of Tulsa County _(length)_

☐ Currently on probation or has cases pending

☐ Likely to reoffend (criminal/bail history)

☑ Other:

☑ Threat to self or others

☐ Mental Health history

☑ Financial resources available to post bond _NO_

☑ Ties to the community _Listed Ref._

☐ Risk of Failure to Appear

☑ History of Drug Use

_No hold on Wagoner_
_or Carter_ _Criminal history_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. _Violent History_

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest

☐ SCRAM       ☐ No Contact Order     ☐ Suspend driving privileges

☐ Other:

_no contact with [REDACTED]_ _ex-girlfriend_

☑ BOND (list per count or as an aggregate): $ _70,000⁰⁰_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment and the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )      Case No(s): _____
    Plaintiff,                          )             _____
                                     )
v.                                   )             _____
█████████████████████████           )             _____
    Defendant.                          )             _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_, 20 _24_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☐ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)
☑ Apparent likelihood of conviction    *3 years*
☑ Currently employed FT or PT    *44 years*
☐ Resident of Tulsa County _____ (length)
☐ Currently on probation or has cases pending
☐ Likely to reoffend (criminal/bail history)
☐ Other: _____

☐ Threat to self or others    *Specialty courts*
☑ Mental Health history
☐ Financial resources available to post bond    *NO*
☑ Ties to the community
☑ Risk of Failure to Appear    *FTX in 2020*
☑ History of Drug Use

_History is misdemeanors_
_extensive history been arrested for Arson_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's       ☐ Surrender of Firearms       ☐ House Arrest
☐ SCRAM        ☐ No Contact Order   ☐ Suspend driving privileges
☐ Other: _____

☑ BOND (list per count or as an aggregate): _$10,000ºº_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                        )      Case No(s): _____
    Plaintiff,                        )
                                      )      _____
V.                                        )      _____
                                      )      _____
    Defendant.                        )      _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **23** day of **April**, 20 **24**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☑ does not appear ) and is ( ☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☑ waived / ☐ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)
☑ Apparent likelihood of conviction
☐ Currently employed FT or PT    *Waived*
☑ Resident of Tulsa County   *30 years* (length)
☐ Currently on probation or has cases pending
☐ Likely to reoffend (criminal/bail history)
☐ Other: _Serious Assault →_

☐ Threat to self or others    *Military*
☑ Mental Health history
☐ Financial resources available to post bond
☐ Ties to the community
☐ Risk of Failure to Appear
☐ History of Drug Use

_A & B by Strangulation_
_No history_     _witness_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest
☐ SCRAM    ☑ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____

_no contact with_ ▮▮▮▮▮▮▮▮

☑ BOND (list per count or as an aggregate): $ _10,000_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment and the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                                )     Case No(s): _____
        Plaintiff,                                )              _____
                                                  )              _____
v.                                                )              _____
▬▬▬▬▬▬▬▬▬▬▬▬▬                                      )              _____
        Defendant.                                )              _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __April__, 20 __24__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

The Court makes the following findings and Orders:

☑ Serious offense  (violent offense, serious drug offense)          ☐ Threat to self or others
☑ Apparent likelihood of conviction                                 ☐ Mental Health history
☐ Currently employed FT or PT       53years                         ☐ Financial resources available to post bond  *NO*
☑ Resident of Tulsa County  _____ (length)                         ☑ Ties to the community
☑ Currently on probation or has cases pending                       ☐ Risk of Failure to Appear
☑ Likely to reoffend (criminal/bail history)                        ☐ History of Drug Use

☐ Other: _____
            _____ Significant criminal history _____
            _____ Same victim _____

☑ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.   Several issues w/ Domestic Assault & Batt

Additional Conditions of bond:

☑ GPS            ☐ Random UA's         ☐ Surrender of Firearms          ☐ House Arrest
☐ SCRAM          ☑ No Contact Order    ☐ Suspend driving privileges

☐ Other: _____
            _____ no contact with victim ▬▬▬▬▬▬▬ girlfriend
☑ BOND (list per count or as an aggregate): $ 30,000⁰⁰

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )   Case No(s): _____
    Plaintiff,                )
                    )        _____
    v.                )        _____
██████████████████████  )        _____
    Defendant.                )        _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _23_ day of _April_, 20 _24_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☑ Serious offense (violent offense, serious drug offense)            ☐ Threat to self or others

☑ Apparent likelihood of conviction            ☐ Mental Health history

☑ Currently employed (FT / PT)  _5 years_            ☑ Financial resources available to post bond

☐ Resident of Tulsa County _55_ (length)            ☑ Ties to the community

☐ Currently on probation or has cases pending            ☐ Risk of Failure to Appear

☐ Likely to reoffend (criminal/bail history)            ☐ History of Drug Use

☐ Other: _Limited Criminal history   cm cases_
_FO 23 1738_
_6/5/23 Served_

☑ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. _Some previous Issues Admission_

**Additional Conditions of bond:**

☐ GPS            ☐ Random UA's            ☐ Surrender of Firearms            ☐ House Arrest

☐ SCRAM            ☑ No Contact Order            ☐ Suspend driving privileges

☐ Other: _____
_no contact with_ ██████████████

☑ BOND (list per count or as an aggregate): $ _3000.00_

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment and the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )        Case No(s): _____
    Plaintiff,                          )        _____
                                        )        _____
v.                                    )        _____
                                        )        _____
    Defendant.                          )        _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __April__, 20 __24__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☑ Serious offense (violent offense, serious drug offense)         ☐ Threat to self or others         *military 5 years*
☑ Apparent likelihood of conviction                              ☐ Mental Health history            *grandparents*
☐ Currently employed FT or PT                                    ☑ Financial resources available to post bond
☑ Resident of Tulsa County __38 y(9?)s (length)__                ☑ Ties to the community
☐ Currently on probation or has cases pending                    ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)                     ☐ History of Drug Use
☐ Other: _____2013 - PO - 13 - 781  Dismissed_____

_____ *no history — only* _____ *Arguement over Alcohol*

☑ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest
☐ SCRAM        ☑ No Contact Order      ☐ Suspend driving privileges
☐ Other: _____

_____ *no contact with mother* ▮▮▮▮▮

☑ BOND (list per count or as an aggregate): __$10,000.00__

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )      Case No(s): _____
        Plaintiff,           )                  _____
                             )      _____
███████████████              )      _____
███████████████              )      _____
                             )      _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __April__, 20__24__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☑ appears / ☐ does not appear ) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). The Defendant ( ☐ waived / ☑ did not waive ) his/her rights to hearing.

**The Court makes the following findings and Orders:**

☐ Serious offense (violent offense, serious drug offense)          ☐ Threat to self or others       *Military*
☑ Apparent likelihood of conviction                                ☐ Mental Health history          *5 years*
☑ Currently employed (FT or PT  *1 year*  *7+ years*)              ☐ Financial resources available to post bond
☑ Resident of Tulsa County  *20 years* (length)  *years*          ☐ Ties to the community
☐ Currently on probation or has cases pending                      ☐ Risk of Failure to Appear
☐ Likely to reoffend (criminal/bail history)                       ☐ History of Drug Use

☐ Other: _____

*Very limited history*
*→ No PC on CD* *won't* *AFCF*
*prescription*

*PC on All*
*Other*
*Matters*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**

☐ GPS          ☐ Random UA's        ☐ Surrender of Firearms         ☐ House Arrest
☐ SCRAM        ☑ No Contact Order    ☐ Suspend driving privileges
☐ Other: _____

*no contact with* ███████████ *- daughter*

☑ BOND (list per count or as an aggregate): $ *15,000* 00

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**

Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

Docket for Judge: **BOND DOCKET**          Court Date: **Tuesday, April 23, 2024**

| | DLM Number: 1223070 | 6 DEUCE BLOOD, BT/BB SEIZURES |
|---|---|---|

Keep Apart From ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J5-A-2 | CF-2024-1306 | DOMESTIC A&B BY STRANGULATION | $100000  Agg Bond | 4/22/2024 |
| 10:30 | A - Arraignment | J5-A-2 | CF-2024-1306 | DOMESTIC ASSAULT OR ASSAULT AND BATTERY WITH A DANGEROUS WEAPON | $0  Agg Bond | 4/22/2024 |
| 10:30 | A - Arraignment | J5-A-2 | CF-2024-1306 | CRUELTY TO ANIMALS | $0  Agg Bond | 4/22/2024 |
| 10:30 | A - Arraignment | J5-A-2 | CF-2024-1306 | ROBBERY | $0  Agg Bond | 4/22/2024 |

| | DLM Number: 9802252 | |
|---|---|---|

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | DLM- | | DOMESTIC A&B 1ST OFFENSE | $0  Hold W/O Bond | 4/22/2024 |
| 10:30 | A - Arraignment | DLM- | CF-2024-1072 | ASSAULT AND/OR BATTERY ON A MEDICAL TECHNICIAN OR CARE PROVIDER | $5000  Preset | 4/22/2024 |

| | DLM Number: 1235510 | |
|---|---|---|

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | F20-X-1 | | GRAND LARCENY | $1000  Preset | 4/22/2024 |

4/23/2024 5:25:48 AM                                                                 Page: 1 of 10

**Exhibit 5**

DM02002

### David L. Moss Criminal Justice Center
#### Court Docket Report - State Charges Only
#### Beginning 4/23/2024 Ending 4/23/2024

Docket for Judge: **BOND DOCKET**            Court Date: **Tuesday, April 23, 2024**

---

| | DLM Number: 1260346 | | | SW PER BOOKING NURSE | | |
|---|---|---|---|---|---|---|
| **Keep Apart From:** | | | | | | |

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J10-II-2 | | VIOLATION OF PROTECTIVE ORDER 1ST OFFENSE | $0 Hold W/O Bond | 4/22/2024 |

---

| | DLM Number: 1279096 | | | | | |
|---|---|---|---|---|---|---|
| **Keep Apart From:** | | | | | | |

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J12-DD-2 | CM-2023-1634 | FTA/LARCENY OF MERCHANDISE FROM RETAILER | $9000 | 4/22/2024 |
| 10:30 | A - Arraignment | J12-DD-2 | CM-2023-1634 | FTA/UNLAWFUL POSSESION OF CONTROLLED DRUG | $900 | 4/22/2024 |

---

| | DLM Number: 0085934 | | | BT/BB RECENT BACK SURGERY | | |
|---|---|---|---|---|---|---|
| **Keep Apart From:** | | | | | | |

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J12-L-2 | | FUGITIVE FROM JUSTICE | $0 Hold W/O Bond | 4/22/2024 |

---

| | DLM Number: 9701542 | | | | | |
|---|---|---|---|---|---|---|
| **Keep Apart From:** | | | | | | |

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | DLM- | | POSS FIREARM BY FELON | $4000 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | | STOLEN PROPERTY (KCSP) AFCF | $3000 Preset | 4/23/2024 |

---

**Exhibit 5**

DM02002

## David L. Moss Criminal Justice Center
### Court Docket Report - State Charges Only
### Beginning 4/23/2024 Ending 4/23/2024

**Docket for Judge: BOND DOCKET**                          **Court Date: Tuesday, April 23, 2024**

---

**DLM Number: 9701542**

**Keep Apart From: EL OUCHAMI, KARIM , GONZALEZ, RAFAEL , ROBINSON, RUSSELL SCOTT**

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | DLM- | | DRIVE UNDER SUSPENSION/DUS | $500 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | | INSURANCE/SECURITY VERIFICATION | $300 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | TR-2024-2677 | FTA/FAILURE TO COMPLY WITH COMPULSORY INSURANCE LAW OR FAILURE TO PRODUCE SECURITY VERIFICATION FORM | $354 | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | TR-2024-2676 | FTA/DRIVING UNDER SUSPENSION/DUS | $429 | 4/23/2024 |

---

**DLM Number: 9605841**

**Keep Apart From:**

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | DLM- | | DUI 3RD OR MORE OFFENSE | $10000 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | | DRIVE ON WRONG SIDE OF ROAD | $100 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | | RECKLESS DRIVING | $500 Preset | 4/23/2024 |

**Exhibit 5**

DM02002

## David L. Moss Criminal Justice Center
### Court Docket Report - State Charges Only
#### Beginning 4/23/2024 Ending 4/23/2024

Docket for Judge: **BOND DOCKET**   |Court Date: **Tuesday, April 23, 2024**

---

**DLM Number: 1273412**

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J9-AA-1 | | ASSAULT | $500 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J9-AA-1 | | DOMESTIC A&B 1ST OFFENSE | $0 Hold W/O Bond | 4/22/2024 |
| 10:30 | A - Arraignment | J9-AA-1 | | PUBLIC INTOXICATION | $100 Preset | 4/22/2024 |

---

**DLM Number: 1276470**

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | | | PUBLIC INTOXICATION | $100 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | | | A&B CN POLICE OFFICER | $5000 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | | | OBSTRUCTING JUSTICE | $500 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | | | RESISTING ARREST | $500 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | | | ASSAULT ON POLICE OFFICER | $1000 Preset | 4/23/2024 |

---

**DLM Number: 1273940**   **Sex Offender *SEE NOTES***

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J3-PP-1 | TR-2023-10557 | FTA/INSURANCE/SECURITY VERIFICATION | $1000 | 4/22/2024 |

---

4/23/2024 5:25:48 AM

Page: 4 of 10

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**
Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

**Docket for Judge:** BOND DOCKET                 **Court Date:** Tuesday, April 23, 2024

---

██████████████     **DLM Number:** 1245177          **HOOVER**
                    **Keep Apart From:**

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | DLM- | CF-2023-3341 | CONJOINT ROBBERY | $25000 Preset | 4/23/2024 |

---

█████████████     **DLM Number:** 1283473
                  **Keep Apart From:**

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J10-T-1 | | DUI DRUGS 1ST OFFENSE | $1000 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J10-T-1 | | F/T KEEP IN PROPER LANE | $100 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J10-T-1 | | OBSTRUCT/INTERFERE W/POLICE OFFICER | $500 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J10-T-1 | | F/T SURRENDER DL/REGIST/TITLE | $300 Preset | 4/22/2024 |

---

████████████████     **DLM Number:** 0146470          **CLAIMS HE USE TO WORK FOR TULSA COUNTY IN 1991, Murder/Homicide, SW M1**
                     **Keep Apart From:** ███████████████

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J11-K-2 | | ARMED ROBBERY | $50000 Preset | 4/17/2024 |

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**
Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

Docket for Judge: **BOND DOCKET**            Court Date: **Tuesday, April 23, 2024**

---

**DLM Number: 0121804**

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J12-CC-2 | TR-2019-8004 | DRIVE UNDER SUSPENSION/DUS | $429 | 4/22/2024 |
| 10:30 | A - Arraignment | J12-CC-2 | TR-2018-8378 | DRIVE UNDER SUSPENSION/DUS | $429 | 4/22/2024 |
| 10:30 | A - Arraignment | J12-CC-2 | TR-2018-686 | DRIVE UNDER SUSPENSION/DUS( 3RD OFFENSE) | $629 | 4/22/2024 |
| 10:30 | A - Arraignment | J12-CC-2 | TR-2018-8379 | FAILURE TO COMPLY WITH COMPULSORY INSURANCE LAW TO PRODUCE SECURITY VERIFICATION FORM | $354 | 4/22/2024 |
| 10:30 | A - Arraignment | J12-CC-2 | TR-2019-8005 | SPEEDING 11-14 MPH | $349 | 4/22/2024 |
| 10:30 | A - Arraignment | J12-CC-2 | TR-2018-8377 | SPEEDING 31-35 MPH OVER | $484 | 4/22/2024 |

---

**DLM Number: 1162359**       **BT/BB DETOX PREC**

p Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J16-DD-2 | | POSS/DEL MJ W/INTENT | $5000 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J16-DD-2 | | POSS FIREARM COMMISSION FELONY 1ST OFFENSE | $10000 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J16-DD-2 | | NO DL | $200 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J16-DD-2 | | INSURANCE/SECURITY VERIFICATION | $300 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J16-DD-2 | | SPEEDING 1-10 MPH | $100 Preset | 4/22/2024 |

---

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**
Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

Docket for Judge: **BOND DOCKET**          Court Date: **Tuesday, April 23, 2024**

---

DLM Number: 1116840          Assaultive, IRISH MOB

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J6-K-2 | | ROBBERY BY FORCE 1ST DEGREE AFCF | $100000 | 4/22/2024 |

---

DLM Number: 1283474

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J12-E-1 | | POSS STOLEN VEHICLE | $2000 Preset | 4/22/2024 |

---

DLM Number: 1207217

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | MS-SOUTH-20 | | THREATEN VIOLENT ACT AFCF | $50000 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | POSS CD W/OUT PRESCRIPTION AFCF | $10000 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | POSS CD W/OUT PRESCRIPTION AFCF | $10000 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | POSS CD W/OUT PRESCRIPTION AFCF | $10000 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | POSS CD W/OUT PRESCRIPTION AFCF | $10000 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | POSS CD W/OUT PRESCRIPTION AFCF | $10000 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | DOMESTIC A&B 1ST OFFENSE | $0 Hold W/O Bond | 4/21/2024 |

---

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**
Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

**Docket for Judge: BOND DOCKET**                    **Court Date:  Tuesday, April 23, 2024**

---

| | DLM Number: 1207217 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Keep Apart From:** | | | | | |
| **Court Time** | **Next Proceeding** | **Cell Location** | **Case Number** | **Charge** | **Bond** | **Book Date** |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | OBSTRUCT/INTERFERE W/POLICE OFFICER | $500 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | | POSS DRUG PARAPHERNALIA | $250 Preset | 4/21/2024 |
| 10:30 | A - Arraignment | MS-SOUTH-20 | TR-22-10627 | FTA/DRIVE UNDER SUSPENSION/DUS | $419 | 4/21/2024 |

---

| | DLM Number: 1283468 | | 2ND DLM- 1191068 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Keep Apart From:** | | | | | |
| **Court Time** | **Next Proceeding** | **Cell Location** | **Case Number** | **Charge** | **Bond** | **Book Date** |
| 10:30 | A - Arraignment | MN-NORTH-14 | | TRAFFICKING IN ILLEGAL DRUGS FENTANYL | $50000 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | MN-NORTH-14 | | POSS DRUG PARAPHERNALIA | $250 Preset | 4/22/2024 |
| 10:30 | A - Arraignment | MN-NORTH-14 | | CARRY DRUGS/ALCOHOL INTO JAIL | $5000 Preset | 4/22/2024 |

---

| | DLM Number: 1283476 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Keep Apart From:** | | | | | |
| **Court Time** | **Next Proceeding** | **Cell Location** | **Case Number** | **Charge** | **Bond** | **Book Date** |
| 10:30 | A - Arraignment | DLM- | | INTERFERE WITH, MOLEST, ASSAULT OR IMPEDE THE PROGRESS OF FOREST RANGER OR FIREFIGHTER | $5000 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | | OBSTRUCTING JUSTICE | $500 Preset | 4/23/2024 |
| 10:30 | A - Arraignment | DLM- | | RESISTING ARREST | $500 Preset | 4/23/2024 |

---

4/23/2024 5:25:48 AM                                                                                          Page: 8 of 10

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**
Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

Docket for Judge: **BOND DOCKET**                    Court Date: **Tuesday, April 23, 2024**

---

DLM Number: 9704749          Mental Health Watch - S/W

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J9-QQ-2 | | ARSON 4TH DEGREE AFCF | $20000  Preset | 4/22/2024 |
| 10:30 | A - Arraignment | J9-QQ-2 | | PUBLIC INTOXICATION | $100  Preset | 4/22/2024 |

---

DLM Number: 1283470

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J4-XX-2 | | DOMESTIC A&B BY STRANGULATION | $0  Hold W/O Bond | 4/22/2024 |

---

DLM Number: 0148866

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J6-CC-2 | CF-2024-0244 | DOMESTIC A&B BY STRANGULATION | $30000 | 4/22/2024 |

---

DLM Number: 1275997

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | MN-NORTH-7 | TR-2022-11065 | FTA/DRIVE UNDER SUSPENSION/DUS | $429 | 4/22/2024 |
| 10:30 | A - Arraignment | MN-NORTH-7 | TR-2022-3714 | FTA/OPERATING MV W/O CURRENT LIC PLATE/TAXES DUE STATE/ IMPROPER TAG | $334 | 4/22/2024 |

---

**Exhibit 5**

DM02002

**David L. Moss Criminal Justice Center**
Court Docket Report - State Charges Only
Beginning 4/23/2024 Ending 4/23/2024

**Docket for Judge:** BOND DOCKET                    **Court Date:** Tuesday, April 23, 2024

**DLM Number: 1275997**

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | MN-NORTH-7 | | OPERATE MV W/O REQUIRED DRIVERS LICENSE | $200  Preset | 4/22/2024 |
| 10:30 | A - Arraignment | MN-NORTH-7 | | RESISTING ARREST | $500  Preset | 4/22/2024 |

**DLM Number: 1108570      BB RESTRICTION *SEE NOTES***

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J9-KK-1 | | VIOLATION OF PROTECTIVE ORDER 1ST OFFENSE | $0  Hold W/O Bond | 4/22/2024 |

**DLM Number: 1206775**

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | DLM- | | DOMESTIC A&B BY STRANGULATION | $0  Hold W/O Bond | 4/22/2024 |

**DLM Number: 1283472**

Keep Apart From:

| Court Time | Next Proceeding | Cell Location | Case Number | Charge | Bond | Book Date |
|---|---|---|---|---|---|---|
| 10:30 | A - Arraignment | J9-S-1 | | FUGITIVE FROM JUSTICE | $0  Hold W/O Bond | 4/22/2024 |

| | Total Inmated on Docket: | **28** | | | | |

4/23/2024 5:25:48 AM                                                  Page: 10 of 10

**Exhibit 5**

# Exhibit 5 – Audio Recordings

## The Audio Recordings to this Exhibit are being filed conventionally, pursuant to the Notice of Conventional Filing [Doc. 402]

**Exhibit 5**