IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )  Case No(s): _____
    Plaintiff,  )
  )
v.  )   _____
  )
  )   _____
_____  )
    Defendant.  )   _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _____ day of _____, 20_____, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ( ☐ appears / ☐ does not appear ) and is ( ☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). The Defendant ( ☐ waived / ☐ did not waive ) his/her rights to hearing.

**The Court considered the following factors:**

☐ Serious offense (violent offense, serious drug offense)
☐ Apparent likelihood of conviction
☐ Currently employed FT or PT
☐ Resident of Tulsa County _____ (length)
☐ Currently on probation or has cases pending
☐ Likely to reoffend (criminal/bail history)
☐ Other: _____

☐ Threat to self or others
☐ Mental Health history
☐ Financial resources available to post bond
☐ Ties to the community
☐ Risk of Failure to Appear
☐ History of Drug Use

_____
_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571.

**Additional Conditions of bond:**
☐ GPS      ☐ Random UA's      ☐ Surrender of Firearms      ☐ House Arrest
☐ SCRAM   ☐ No Contact Order   ☐ Suspend driving privileges
☐ Other: _____

_____

☐ **BOND** (list per count or as an aggregate): _____

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

Exhibit 6