| All Case Ty | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|
|  | 78065 | 79238 | 80362 | 24713 | 262378 |
| AI | 90 | 56 | 57 | 6 | 209 |
| AM | 1 | 1 | 1 | 1 | 4 |
| AO | 15 | 12 | 15 | 9 | 51 |
| BI | 1 | 1 | 1 | 1 | 4 |
| BL | 1 | 1 | 1 | 1 | 4 |
| BV | 1 | 1 | 1 | 1 | 4 |
| CA | 3 | 2 | 3 | 4 | 12 |
| CCA | 12 | 13 | 13 | 5 | 43 |
| CF | 5051 | 4879 | 4638 | 1380 | 15948 |
| CJ | 3708 | 3944 | 4573 | 1375 | 13600 |
| CJX | 1 | 1 | 1 | 1 | 4 |
| CM | 4184 | 4365 | 3918 | 1354 | 13821 |
| CO | 1 | 2 | 2 | 1 | 6 |
| CP | 115 | 100 | 72 | 28 | 315 |
| CPC | 1 | 1 | 1 | 1 | 4 |
| CS | 6989 | 5272 | 7247 | 2612 | 22120 |
| CV | 2135 | 2652 | 2740 | 876 | 8403 |
| DC | 1 | 1 | 1 | 1 | 4 |
| DTR | 40 | 91 | 163 | 29 | 323 |
| FA | 289 | 330 | 317 | 92 | 1028 |
| FB | 2 | 1 | 4 | 1 | 8 |
| FD | 2975 | 2635 | 2511 | 782 | 8903 |
| FI | 1 | 1 | 1 | 1 | 4 |
| FMI | 308 | 394 | 459 | 169 | 1330 |
| FP | 472 | 418 | 436 | 148 | 1474 |
| FR | 1 | 1 | 1 | 1 | 4 |
| FS | 1 | 1 | 1 | 1 | 4 |
| GJ | 1 | 1 | 1 | 1 | 4 |
| JD | 308 | 353 | 398 | 121 | 1180 |
| JDH | 1 | 3 | 1 | 1 | 6 |
| JDHT | 1 | 1 | 1 | 1 | 4 |
| JDL | 728 | 836 | 1123 | 332 | 3019 |
| JDLH | 1 | 1 | 1 | 1 | 4 |
| JMI | 89 | 108 | 137 | 42 | 376 |
| JNF | 1 | 1 | 1 | 1 | 4 |
| JS | 49 | 63 | 68 | 11 | 191 |
| JT | 109 | 119 | 133 | 36 | 397 |
| JU | 1 | 1 | 1 | 1 | 4 |
| MC | 914 | 788 | 1 | 1 | 1704 |
| MH | 952 | 932 | 1026 | 297 | 3207 |
| MI | 484 | 458 | 414 | 148 | 1504 |
| ML | 4196 | 4404 | 4394 | 1045 | 14039 |

Exhibit 8

| | | | | | |
|---|---:|---:|---:|---:|---:|
| MR | 1 | 1 | 1 | 1 | 4 |
| MRC | 203 | 174 | 188 | 56 | 621 |
| MRCV | 5 | 4 | 6 | 5 | 20 |
| MRFD | 18 | 26 | 27 | 27 | 98 |
| MRPB | 3 | 2 | 2 | 2 | 9 |
| MRSC | 2 | 2 | 3 | 2 | 9 |
| NF | 8990 | 8207 | 7789 | 2433 | 27419 |
| NP | 1 | 1 | 1 | 1 | 4 |
| PA | 1 | 1 | 1 | 1 | 4 |
| PB | 1250 | 1318 | 1261 | 370 | 4199 |
| PC | 3 | 1 | 1 | 1 | 6 |
| PG | 983 | 999 | 1008 | 308 | 3298 |
| PH | 1 | 2 | 3 | 1 | 7 |
| PM | 1 | 1 | 1 | 1 | 4 |
| PMI | 5 | 9 | 13 | 7 | 34 |
| PO | 4306 | 4491 | 4368 | 1075 | 14240 |
| PP | 1 | 1 | 1 | 1 | 4 |
| PS | 1 | 1 | 1 | 1 | 4 |
| PSE | 1 | 1 | 1 | 1 | 4 |
| PSS | 40 | 37 | 44 | 21 | 142 |
| PT | 96 | 94 | 93 | 21 | 304 |
| SB | 1 | 1 | 1 | 1 | 4 |
| SC | 13028 | 17255 | 17494 | 4936 | 52713 |
| SD | 1 | 1 | 1 | 1 | 4 |
| SW | 1003 | 1229 | 1334 | 443 | 4009 |
| TC | 1 | 1 | 1 | 1 | 4 |
| TL | 1 | 1 | 1 | 1 | 4 |
| TM | 1 | 3 | 1 | 1 | 6 |
| TR | 13816 | 12048 | 11765 | 4052 | 41681 |
| TRI | 1 | 1 | 1 | 1 | 4 |
| WH | 1 | 2 | 2 | 1 | 6 |
| WIL | 1 | 1 | 1 | 1 | 4 |
| WL | 26 | 29 | 16 | 6 | 77 |
| YO | 38 | 48 | 53 | 12 | 151 |

Exhibit 8