# February

## 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1<br>Peggy Haddock | 2<br>Peggy Haddock | 3<br>NO BOND DOCKET |
| 4<br>Peggy Haddock | 5<br>Peggy Haddock | 6<br>Lindsey Atchley | 7<br>Lindsey Atchley | 8<br>Peggy Haddock | 9<br>Peggy Haddock | 10<br>NO BOND DOCKET |
| 11<br>Peggy Haddock | 12<br>Peggy Haddock | 13<br>Lindsey Atchley | 14<br>Lindsey Atchley | 15<br>Peggy Haddock | 16<br>Peggy Haddock | 17<br>NO BOND DOCKET |
| 18<br>Peggy Haddock | 19<br>NO BOND DOCKET | 20<br>Lindsey Atchley | 21<br>Lindsey Atchley | 22<br>Peggy Haddock | 23<br>Peggy Haddock | 24<br>NO BOND DOCKET |
| 25<br>Peggy Haddock | 26<br>Peggy Haddock | 27<br>Lindsey Atchley | 28<br>Lindsey Atchley | 29<br>Peggy Haddock |  |  |

Exhibit 9

# March

## 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1<br>Peggy Haddock | 2<br>NO BOND DOCKET |
| 3<br>Peggy Haddock | 4<br>Peggy Haddock | 5<br>Lindsey Atchley | 6<br>Lindsey Atchley | 7<br>Peggy Haddock | 8<br>Peggy Haddock | 9<br>NO BOND DOCKET |
| 10<br>Peggy Haddock | 11<br>Peggy Haddock | 12<br>Lindsey Atchley | 13<br>Lindsey Atchley | 14<br>Peggy Haddock | 15<br>Peggy Haddock | 16<br>NO BOND DOCKET |
| 17<br>Peggy Haddock | 18<br>Peggy Haddock | 19<br>Lindsey Atchley | 20<br>Lindsey Atchley | 21<br>Peggy Haddock | 22<br>Peggy Haddock | 23<br>NO BOND DOCKET |
| 24<br>Peggy Haddock | 25<br>Peggy Haddock | 26<br>Lindsey Atchley | 27<br>Lindsey Atchley | 28<br>Peggy Haddock | 29<br>NO BOND DOCKET | 30<br>Peggy Haddock |
| 31<br>NO BOND DOCKET | | | | | | |

Exhibit 9

# April

## 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1<br>Peggy Haddock | 2<br>Lindsey Atchley | 3<br>Lindsey Atchley | 4<br>Peggy Haddock | 5<br>Peggy Haddock | 6<br>NO BOND DOCKET |
| 7<br>Peggy Haddock | 8<br>Peggy Haddock | 9<br>Lindsey Atchley | 10<br>Lindsey Atchley | 11<br>Peggy Haddock | 12<br>Peggy Haddock | 13<br>NO BOND DOCKET |
| 14<br>Peggy Haddock | 15<br>Peggy Haddock | 16<br>Lindsey Atchley | 17<br>Lindsey Atchley | 18<br>Peggy Haddock | 19<br>Peggy Haddock | 20<br>NO BOND DOCKET |
| 21<br>Peggy Haddock | 22<br>Peggy Haddock | 23<br>Lindsey Atchley | 24<br>Lindsey Atchley | 25<br>Peggy Haddock | 26<br>Peggy Haddock | 27<br>NO BOND DOCKET |
| 28<br>Peggy Haddock | 29<br>Peggy Haddock | 30<br>Lindsey Atchley |  |  |  |  |

Exhibit 9

# May

## 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1<br>Lindsey Atchley | 2<br>Peggy Haddock | 3<br>Peggy Haddock | 4<br>NO BOND DOCKET |
| 5<br>Peggy Haddock | 6<br>Peggy Haddock | 7<br>Lindsey Atchley | 8<br>Lindsey Atchley | 9<br>Peggy Haddock | 10<br>Peggy Haddock | 11<br>NO BOND DOCKET |
| 12<br>Peggy Haddock | 13<br>Peggy Haddock | 14<br>Lindsey Atchley | 15<br>Lindsey Atchley | 16<br>Peggy Haddock | 17<br>Peggy Haddock | 18<br>NO BOND DOCKET |
| 19<br>Peggy Haddock | 20<br>Peggy Haddock | 21<br>Lindsey Atchley | 22<br>Lindsey Atchley | 23<br>Peggy Haddock | 24<br>Peggy Haddock | 25<br>NO BOND DOCKET |
| 26<br>Peggy Haddock | 27<br>NO BOND DOCKET | 28<br>Lindsey Atchley | 29<br>Lindsey Atchley | 30<br>Peggy Haddock | 31<br>Peggy Haddock | |

Exhibit 9