

# OKLAHOMA
State Courts Network

Title 22. Criminal Procedure

**Oklahoma Statutes Citationized**
　**Title 22. Criminal Procedure**
　　**Chapter 18**
　　　**Appendix. Rules of the Court of Criminal Appeals**
　　　　**Article Section XIII**
　　　　　**Section Form 13.3 - Pauper's Affidavit**
Cite as: O.S. §. ___ ___

---

Form 13.3 Pauper's Affidavit

IN THE DISTRICT COURT OF _____ COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, Plaintiff,

vs.                                                         Case No. _____

_____, Defendant.

PAUPER'S AFFIDAVIT

I, (Name) _____, (Last four digits of Soc.Sec.#) _____,

(Address) _____, upon oath, do depose and state:

**I. PERSONS IN HOUSEHOLD**

　　　　　Is Person a Dependent

| | | |
|---|---|---|
| Spouse: | _____ | Yes( ) No( ) |
| Children: | _____ | Yes( ) No( ) |
| | _____ | Yes( ) No( ) |
| | _____ | Yes( ) No( ) |
| Others: | _____ | Yes( ) No( ) |

Are you claimed as a dependent by parent or guardian?          Yes( ) No( )

If so, explain:
_____
_____

**II. FINANCIAL STATUS--ASSETS (Defendant or person(s) responsible for defendant's support):**

A.　1. Cash on Hand: $ _____
　　2. Bank Accounts:
　　Bank Name/Address　　Last four digits of Account #　　Checking/Savings　　$ Amount
　　_____

　　3. Bonds & Securities
　　Description　　　　　　　　　　　Value
　　_____

　　4. All Other Possessions of Value: (including tax refunds, notes, accts. receivable, etc.)
　　Description　　　　　　　　　　　Value
　　_____

**Exhibit 10**

B.  1. Current Employment: _____

    2. Earnings: _____

    3. If not currently employed, last employment:
    Place & Date: _____

    4. Supplemental Income: (V.A., Soc. Security, Disability, Child Support, etc.)
    _____

C.  Home and Other Real Estate:

| Real Property | Value | Balance Owed |
|---|---|---|
|  |  |  |

D.  Vehicle(s):

| Description | Value | Balance Owed |
|---|---|---|
|  |  |  |

E.  Personal Property: (furniture, appliances, tools, equipment, etc.)

| Items | Market Value | Balance Owed |
|---|---|---|
|  |  |  |
|  |  |  |

F.  Litigation you or your spouse have pending for recovery of money:

| Case No. | County |
|---|---|
|  |  |

III.  FINANCIAL STATUS--LIABILITIES

A.  Charge or Open Accounts:

| Description | Balance |
|---|---|
|  |  |
|  |  |

B.  Housepayment or Rent:

| Mortgage/Landlord | Monthly Payment |
|---|---|
|  |  |

    If own, balance: _____

C   Child Support Obligations
    Monthly Payment: _____

D   Other Debts:

| Creditor | Balance |
|---|---|
|  |  |
|  |  |

IV. OTHER

A.  Have you transferred or sold any assets since charges were filed in this case?   Yes( )
    No( )

    If so, describe the buyer and the amount received:
    _____
    _____

B.  Have you retained counsel in this case or in any other pending criminal case?   Yes( )
    No( )

    If so, state the case number, court, attorney and amount paid to attorney for services:
    _____
    _____

**Exhibit 10**

C.  If you have posted bond, who provided the funds for the bond?

_____

D.  Do you have any friends or relatives who are able and willing to assist you in hiring
counsel and paying for transcripts?
Yes( ) No( )

If so, have those persons been asked to help?                     Yes( )
No( )

E.  If a friend or relative has given previous financial assistance in this case, including the
posting of bond, but is no longer able or willing to do so, an affidavit to that effect from
that person shall be attached, stating why such help is no longer available.

I further swear and affirm that I am without funds or other sources of income to pay an attorney or to pay for transcripts and costs associated with this case. I understand I am under a continuing obligation to keep this Court informed of any changes in my financial status and this Court may conduct another hearing to determine my indigent status at any time.

_____
Applicant's Signature

Subscribed and sworn to before me this _____ day of _____ 20_____.

State of Oklahoma                          COURT CLERK
County of _____ OR
                                           By: _____
_____            Deputy
Notary Public

My Commission Expires_____

**Historical Data**

Updated in accordance with 2016 OK CR 20. *Citationizer® Summary of Documents Citing This Document*

| Cite Name | Level | |
|---|---|---|
| **Title 22. Criminal Procedure** | | |
| Cite | Name | Level |
| 22 O.S. Rule 1.14, | Qualification Rule for Determination of Indigency; Notification; Trial Counsel Responsibility | Cited |
| **Citationizer: Table of Authority** | | |
| **Cite Name** | **Level** | |
| **Oklahoma Court of Criminal Appeals Cases** | | |
| Cite | Name | Level |
| 2016 OK CR 20, 389 P.3d 326, | REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS | Cited |

**Exhibit 10**