**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Richard Feltz, et al<br><br>vs.<br><br>Vic Regalado, et al<br><br>                   Plaintiff,<br><br><br><br>                 Defendant(s). | Case No.: 18-CV-298-SPF-JFJ<br>Date: 5/2/24<br>Court Time: 10:00-12:20, 12:45-1:10<br><br>**MINUTES – ORAL ARGUMENT ON SUMMARY JUDGMENT RELIEF** |

Stephen P Friot, U.S. District Judge     P. Lynn, Deputy Clerk     Tracy Thompson, Reporter

Counsel for Plaintiff: Haley Horowitz, Alexander Karakatsanis, Phoebe Kasdin
Counsel for Defendant: Stefanie Lawson, Devan Pederson, Douglas Wilson, Michael Shouse

MINUTES: Case called for oral argument on summary judgment relief.

Settlement/mediation possibilities discussed. By 5/13/24, parties are directed to submit proposed mediator names by email.

Detailed arguments heard on summary judgment relief.