# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>VIC REGALADO, *et al*.,<br><br>      Defendants. | Case No. 18-cv-0298-CVE-JFJ |

**PLAINTIFFS' MOTION TO WITHDRAW MARCO LOPEZ AS COUNSEL**

Plaintiffs respectfully move to withdraw Marco Lopez as counsel of record in this matter. Mr. Lopez is leaving his employment with Civil Rights Corps and thus seeks this withdrawal. Plaintiffs will continue to be represented by all other counsel of record in this matter. Granting this motion will not prejudice the parties or result in any undue delay in these proceedings.

Dated: June 28, 2024

                */s/ Marco Lopez*
                Marco Lopez
                CIVIL RIGHTS CORPS
                1601 Connecticut Avenue NW, Suite 800
                Washington, DC 20009
                (202) 844-4975
                marco@civilrightscorps.org

                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion to Withdraw Marco Lopez as Counsel was served on June 28, 2024 via the Northern District of Oklahoma CM-ECF system upon all counsel of record.

*/s/ Marco Lopez*