# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VIC REGALADO, *et al.*, <br><br> Defendants. | **Case No. 18-cv-298-SPF-JFJ** |

### PLAINTIFFS' REMEDIAL DISCOVERY REQUESTS FOR DEFENDANT SHERIFF REGALADO

Document Requests

1. All versions of the bond docket notice form that have been distributed or made available to arrestees at the David L. Moss Criminal Justice Center ("DLM") at any time on or after March 15, 2025.

2. All documents containing directives or policies regarding distribution of the bond docket notice form in effect at any time on or after March 15, 2025.

3. All documents that you will present as evidence of rules and requirements, including training requirements and electronics agreement forms, that attorneys, judges and their staff must meet to attend bond docket in person at DLM.

4. All documents that you may use to support your remedial briefing or at a remedial hearing, including all documents you may use to support your responses to the Remedial Interrogatories.

Interrogatories

1. Describe when, between arrest and bond docket appearance, how and by whom the bond docket notice form(s) produced in response to Remedial Document Request 1 has been distributed or made available to arrestees at DLM, if at all, since March 15, 2025. When

    identifying who has distributed or made forms available, specify the person(s) name(s) and their employment title(s) or position(s).

2. Provide a specific computation of monetary expenditures that will be required for judges to attend bond docket in person at DLM that the you will present in remedial briefing or at a remedial hearing, and a statement of reasons that each cost is necessary.

3. Identify all witnesses you may present in support of your remedial briefing or at a remedial hearing, including all witnesses you may use to support each aspect of your responses to Remedial Interrogatories 1 and 2, and state the subjects on which each witness may testify.

<u>Request to Inspect</u>

1. Plaintiffs request entry to the DLM courtroom by an attorney and/or paralegal employed by Plaintiffs' counsel Still She Rises for the purposes of photographing the judges' bench and television screen from (a) the back of the courtroom, facing the judges' bench, and (b) the podium at which an arrestee stands during a bond docket proceeding, on a date agreed to by Plaintiffs' and the Sheriff's counsel.