# EXHIBIT B

# PLAINTIFFS' REMEDIAL DISCOVERY REQUESTS
# FOR DEFENDANT STATE JUDGES

Document Requests

1. Recordings of the bond docket for sixteen days, including ten weekdays and six weekend days. In the alternative, Plaintiffs request permission to record the bond docket.

2. All completed Bond Docket Order forms for dockets for which recordings are produced, except that Plaintiffs do not demand access to documents obtained from the NCIC database.

3. All documents that presiding judges receive in connection with bond docket appearances for the days on which recordings are produced.

4. Docket sheets showing who was scheduled to appear on bond docket on the days for which recordings are produced.

5. All bench cards, oral advisement transcripts, and any other written instructions, directives, and training materials for conducting bond docket hearings that have been provided or made available to bond docket judges since March 15, 2025.

6. All documents that you may use to support their remedial briefing or at a remedial hearing, including documents it may use to support its responses to the Remedial Interrogatories.

Interrogatories

1. For each of the following possible remedies, describe all technological and/or logistical measures needed for implementation, and a specific computation of monetary expenditures for each measure. You do not need to describe any measures or costs that you will not present in remedial briefing or at a remedial hearing.

    a. To create and store audio recordings of bond docket proceedings.

    b. To create transcripts of bond docket proceedings by employed or contracted court reporters, including remote court reporters.

    c. For bond docket judges to preside in-person at the David L. Moss Criminal Justice Center.

2. State whether NCIC documents and/or any other categories of documents were withheld from production in response to Remedial Document Request 3, and if so, the dates of the associated bond dockets.

3. State whether the documents produced in response to Remedial Document Request 3 and Remedial Interrogatory 4 were made available before and/or during the bond docket to (a) the public defender, (b) the related arrestees, and (b) the related arrestees' private bond docket attorneys, if any, and, if so, the mechanism(s) used to make them available. You may respond categorically with respect to each category of document (e.g., NCIC report; pretrial services report; arrest report) and recipient (public defender, arrestees, private defense attorneys), and need not respond with respect to each specific document or in relation to each arrestee.

4. Identify all witnesses you may present in support of your remedial briefing or at a remedial hearing, including all witnesses you may use to support each aspect of your responses to the Remedial Interrogatories, and state the subjects on which each witness may testify.