IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>Defendants. | Case No. 18-cv-298-SPF-JFJ |

## PLAINTIFFS' MOTION TO EXTEND THE DEADLINE TO FILE BRIEF ON REMEDIES

Plaintiffs respectfully request a one-week extension of their deadline to file their brief addressing relief and proposed remedial order, currently due on Thursday, June 12, 2025. *See* Doc. No. 413. The additional time will allow Plaintiffs to complete their review and analysis of discovery that has been delayed in its production. Defendants do not object to the request.

On April 25, the Court directed Defendants to produce certain discovery by May 23, including fourteen days' worth of bond docket recordings and associated files. Doc. No. 417. Judicial Defendants have been producing these records on a rolling basis. The most recent production was made yesterday, June 3, and several items have not yet been produced. Plaintiffs do not cite this delay to suggest that Defendants have acted in bad faith, but only to explain the need for more time.

Additionally, since the filing of Plaintiffs' remedial discovery motion, the Sheriff's counsel identified an additional set of records that might clarify one of the only remaining factual disputes, and which Plaintiffs anticipate the Sheriff might use in their responsive briefing. Counsel for Plaintiffs and the Sheriff are currently discussing production of a sample of those

1

documents. Plaintiffs hope that a one-week extension will enable them to receive and review any documents that the Sheriff produces and might, in turn, decrease the likelihood that the Court will need to engage in fact-finding.

Accordingly, Plaintiffs respectfully request a one-week extension of their June 12 deadline to file their motion for a remedial order. Because the Court is closed in honor of Juneteenth on June 19, the new deadline requested is June 20. The Court has not yet set a schedule for responsive briefing; the Court directed Defendants to request a date for response briefs within five business days after the filing of Plaintiffs' brief. *See* Doc. No. 413 at 2. No other deadlines have been set that would be affected by granting this request.

Dated: June 4, 2025

                                                Respectfully Submitted,

                                                /s/ Hayley Horowitz
                                                Hayley Horowitz
                                                Phoebe Kasdin
                                                Still She Rises, Inc.
                                                608 E. 46th Street North
                                                Tulsa, OK 74126
                                                hayleyh@stillsherises.org
                                                phoebek@stillsherises.org
                                                *Attorneys for Plaintiffs*