# Exhibit 3

# NOTICE

If you have been booked on <u>new charges</u>, **YOU HAVE THE FOLLOWING RIGHTS**:

### YOU HAVE THE RIGHT TO A BOND HEARING WITHIN 48 HOURS OF ARREST

- Jail staff will tell you the date and time of your bond hearing.
- At the hearing, a judge will decide whether you must stay in jail or if you can be released. If you have been assigned a bond amount that you cannot afford, the bond hearing is an opportunity for you to argue for different release conditions.

### YOU HAVE THE RIGHT TO AN ATTORNEY AT YOUR BOND HEARING

- If you don't have an attorney, you will be offered one free of charge at the hearing.
- You have the right to speak to the attorney privately before the judge considers your case, and at any time during the hearing. If you would like to speak to the attorney, tell the judge.

### YOU HAVE THE RIGHT TO BE CONSIDERED FOR BAIL ON THE CURRENT CHARGES.

- The judge will decide if you are likely to threaten the community's safety or fail to appear for court if released.
- If the judge finds you are likely to threaten community safety or fail to appear for court, the judge can require you to pay bail and/or impose non-monetary conditions, such as requiring you to stay away from certain people or places or by requiring you to wear an electronic monitor.
- The judge can order you held without bond or impose conditions for your release that may or may not have a financial component.
- The Court will issue a written order form following your hearing. If you would like a copy of that form, ask the judge or your attorney.

### YOU HAVE THE RIGHT TO PARTICIPATE AT YOUR BOND HEARING

- You have the right to see and hear the judge and everyone who speaks to the judge about your case during your hearing. You also have the right to see during your hearing any documents, information, or other evidence shown to the judge about your case, or criminal history. The Public Defenders have copies of the information given to the judge.
- You have the right to ask your attorney to make arguments for your release, present helpful information or evidence about your finances and your connections to the community, challenge any documents or other evidence considered by the judge, and question any witnesses who speak in court against you.

**Please direct any questions about the hearing or this notice to your attorney.**

JAIL STAFF IS UNABLE TO ANSWER QUESTIONS ABOUT THIS NOTICE



EXHIBIT B

Last Revised 4/2/2025