# Exhibit 4



SHERIFF VIC REGALADO

UNDERSHERIFF GEORGE W. BROWN

# TULSA COUNTY SHERIFF'S OFFICE
303 W. 1st ST. TULSA OK 74103

## INTEROFFICE MEMORANDUM

To: Classifications

From: Major Marcus T. Berry

Date: 04/15/2025

Subject: Notice of Rights (revised)

A revised notice of rights was handed out to classifications on April 2nd, 2025, by Lt. Michelle Ramsey.

Instructions on how to hand out the revised notice of rights are as follows:

- They are to be handed out to anyone eligible to bond out of jail.
- They are to list the name of the individual who receives it along with his DLM number. They are to sign at the bottom confirming they have received a copy. An extra copy will be placed into their folder for record keeping purposes.

People not eligible for bonds fall into the following categories:

- Muskogee Creek nation holds
- ICE holds
- USMS only holds
- Or anyone who has a hold with no open charges.



EXHIBIT C