# EXHIBIT 26
# Filed Conventionally
# Dkt. No. 420