# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>VIC REGALADO, *et al.*,<br><br>    Defendants. | **Case No. 18-cv-298-SPF-JFJ** |

## **PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL**

Plaintiffs seek leave to file under seal certain exhibits to their Motion for Injunctive Relief due today, June 20, 2025. In support of their motion, Plaintiffs state as follows:

1. The exhibits to Plaintiffs' Motion include sensitive third-party information, such as personal financial information, and information about arrests and proceedings in unfiled criminal matters that may never have resulted in public charges.

2. Plaintiffs are preparing redacted versions of the exhibits for filing on the public docket, but have not yet conferred with Defense counsel about the adequacy of the proposed redactions.

3. Accordingly, Plaintiffs seek leave to file the exhibits under seal, and to supplement the filing on the public record with redacted versions agreed to by all parties

Dated: June 20, 2025

Respectfully Submitted,

/s/ Hayley Horowitz
Hayley Horowitz
Still She Rises, Inc.
608 E. 46th Street North
Tulsa, OK 74126

1

hayleyh@stillsherises.org
*Attorneys for Plaintiffs*