## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>*Defendants*. | Case No. 18-CV-0298-SPF-JFJ |

### ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Exhibits Under Seal, Dkt. No. 422, is granted.

DATED this 23rd day of June, 2025.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p043.PO.docx