IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>Defendants. | Case No. 18-cv-0298-SPF-JFJ |

## MOTION TO SET BRIEFING DEADLINES

Defendants, by and through the undersigned counsel, respectfully seek 60 days to file their Responses to Plaintiffs Motion for Injunctive Relief. In support of this application, Defendants would show the Court of the following:

1. Plaintiffs filed their Motion for Injunctive Relief on June 20, 2025.

2. By Order of this Court, Defendants are to request a date for Responses to be filed. [Doc. 413, 419].

3. Defendants seek a 60-day Response deadline, or an Order requiring Responses to be filed by August 19, 2025. Plaintiffs sought, and the Court granted, Plaintiffs 60 days to file their Motion.

4. Counsel for Plaintiffs take no position on the requested deadline. Should the Court grant Defendants' requested Response deadline, Plaintiffs have asked undersigned counsel to inform the Court that Plaintiffs request a Reply deadline of September 16, 2025.

WHEREFORE, Defendants respectfully request 60 days to Respond to Plaintiffs' Motion for Injunctive Relief, or until August 19, 2025.

Respectfully submitted,

*s/Erin M. Moore*
ERIN M. MOORE, OBA#20787
STEFANIE E. LAWSON, OBA#22422
DEVAN A. PEDERSON, OBA#16576
Assistant Attorneys General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
erin.moore@oag.ok.gov
devan.pederaon@oag.ok.gov
*Attorneys for Defendants State Judges*

*s/Douglas A. Wilson*
Douglas A. Wilson
Tulsa County District Attorney's Office
218 W. Sixth St., Suite 933
Tulsa, OK 74119
Telephone: (918) 596-8795
douglas.wilson@tulsacounty.org
*Attorney for Defendant Vic Regaldo, Tulsa County Sheriff*

*signed with permission

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of June 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served via the ECF System to all counsel who are ECF registrants:

                                              *s/Erin M. Moore*
                                              Erin M. Moore