## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>      Defendants. | Case No. 18-cv-0298-SPF-JFJ |

## **ORDER**

Before the Court is Defendants' Motion to Set Briefing Deadlines [Doc. No. 425]. After being fully apprised and for good cause shown, the same is hereby **GRANTED**. The deadline to file the Defendants' Response to Plaintiffs' Motion for Injunctive Relief shall be extended to 60 days, or to August 19, 2025. If Plaintiffs choose to file a reply brief, it shall be filed not later than September 16, 2025.

**IT IS SO ORDERED** this 26th day of June, 2025.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p044.PO.docx