# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>*Defendants*. | Case No. 18-CV-0298-SPF-JFJ |

## NOTICE OF FILING OF REDACTED EXHIBITS

Plaintiffs hereby file redacted versions of documents, unredacted versions of which were previously filed under seal as Exhibits 6 through 23 in support of their June 20, 2025 Motion for Injunctive Relief, Dkt. No. 421. Defendants have consented to the redactions.

Dated: July 16, 2025

Respectfully Submitted,

/s/ Hayley Horowitz

Hayley Horowitz
Phoebe Kasdin
Still She Rises, Inc.
608 E. 46th Street North
Tulsa, OK 74126
hayleyh@stillsherises.org
phoebek@stillsherises.org
918-392-0867
*Attorneys for Plaintiffs*