4:18-cv-00298-SPF-JFJ
Exhibit 6
to Plaintiffs' Motion for Injunctive Relief, Dkt. 421
REDACTED

 Outlook

**RE: Feltz v. Regalado - bond docket notice receipts**

| | |
|---|---|
| From | Douglas Wilson <douglas.wilson@tulsacounty.org> |
| Date | Wed 6/4/2025 5:09 PM |
| To | Hayley Horowitz <hayleyh@stillsherises.org>; Michael Shouse <mshouse@tulsacounty.org> |
| Cc | Phoebe Kasdin <phoebek@stillsherises.org> |

📎 1 attachment (1 MB)
1961_001.pdf;

Hayley – have no answer why the following 3 inmates were not given a revised notice of rights: O▮▮ E▮▮ A▮▮, M▮ P▮ D▮ F▮, D▮▮ M▮▮ C▮▮. We are investigating.

D▮▮ J▮▮ was bonded before the classification process was started.
D▮ L▮ R▮▮ was a Domestic Assault and battery and was not eligible for bond until the following day after classification was completed.
A▮▮ V▮ taken into custody on an arrest warrant.  No new charges so no bond docket.
S▮ L▮ J▮▮ taken into custody on an arrest warrant.  No new charges so no bond docket.
Stevie Rae Alayna Maynard taken into custody on an arrest warrant.  No new charges so no bond docket.
B▮▮ L▮ T▮ taken into custody on an arrest warrant.  No new charges so no bond docket.
R▮ C▮▮ P▮ taken into custody on an arrest warrant.  No new charges so no bond docket.
J▮ A▮▮ P▮ taken into custody on an arrest warrant.  No new charges so no bond docket.

The attached .pdf file has the signed revised notice of rights for each of the remaining defendants:



T▮▮ S▮▮ B▮▮
S▮ N▮▮ B▮
B▮ A▮ M▮▮
T▮ C▮ H▮
I▮ H▮
L▮ H▮▮
M▮ E▮ M▮▮
K▮ B▮
A▮ D▮ D▮
G▮ L▮ F▮▮

- C▮▮▮ H▮▮ B▮▮
- Marqueze Laquinne Smith
- M▮▮▮ K▮▮ C▮▮▮

Thank you,

Doug Wilson

Douglas A. Wilson
Assistant District Attorney | Chief of the Civil Division
Tulsa County District Attorney's Office
218 West Sixth Street, Suite 933
Tulsa, OK  74119
(918) 596-8795
[douglas.wilson@tulsacounty.org](mailto:douglas.wilson@tulsacounty.org)

🌎 **Please consider the environment before printing this e-mail.**

The information in this e-mail message (including any information contained in attachments hereto) is intended only for use of the addressee. This e-mail message may contain confidential or privileged information. If you receive this e-mail message unintentionally, please notify the sender immediately and then delete this message. E-mail transmission is not guaranteed to be secured or error free. The sender is in no way liable for any errors or omissions in the content of this e-mail message, which may arise as a result of e-mail transmission. E-mails, text messages, and other electronic communications made or received in connection with the transaction of public business, the expenditure of public funds, or the administration of public property may be subject to the Oklahoma Open Records Act and the Records Management Act.

---

**From:** Hayley Horowitz <hayleyh@stillsherises.org>
**Sent:** Tuesday, June 3, 2025 12:35 PM
**To:** Douglas Wilson <douglas.wilson@tulsacounty.org>; Michael Shouse <mshouse@tulsacounty.org>
**Cc:** Phoebe Kasdin <phoebek@stillsherises.org>
**Subject:** Re: Feltz v. Regalado - bond docket notice receipts

Doug,

Doug, here are two dozen names, arranged by booking date, with booking numbers provided. We pulled the names and associated information from some of the files the judges produced and from the jail website. I haven't provided booking times, because I don't think we have access to that information; I haven't seen it in any place I can think to look.

Thank you.

**May 10**

- A▮▮▮ V▮▮▮, ▮▮▮▮▮▮

**May 11**

- O▮▮▮ E▮▮ A▮▮, ▮▮▮▮▮
- T▮▮▮▮ S▮▮ B▮▮, ▮▮▮▮▮▮

- S██ N████ B██, ████████
- B█ A█ M█████, Booking No. ████████
- D█ L███ R████, Booking No. ████████

## May 12

- T███ C███ H█████, ████████
- I████ H█, ████████
- L█████ H██████-████████
- S███ L██ J██████ - Booking No. ████████
- M████ E██████ M█████, ████████
- Stevie Rae Alayna Maynard - B-0525-03223

## May 13

- K██████ B█████, ████████
- A██████ D███ D██, ████████
- B██████ L██ T█████, ████████

## May 25

- G██████ L███ F██████, ████████
- D██████ J███, ████████

## May 26

- C████ H███ B████ - ████████
- D█████ M█████ C██████, ████████
- M████ K███ C█████, ████████
- M███ P███ D███ F█, ████████
- R███ C███████ P█████, ████████
- J█████ A██████ P█████, ████████
- Marqueze Laquinne Smith, B-0525-04142

---

**From:** Douglas Wilson <douglas.wilson@tulsacounty.org>
**Sent:** Sunday, June 1, 2025 2:54 PM
**To:** Hayley Horowitz <hayleyh@stillsherises.org>; Michael Shouse <mshouse@tulsacounty.org>
**Cc:** Phoebe Kasdin <phoebek@stillsherises.org>
**Subject:** RE: Feltz v. Regalado - bond docket notice receipts

Hayley – Please give me a list of the arrestees' names and each arrestee's corresponding booking date/time.

Thank you,

Doug Wilson

Douglas A. Wilson
Assistant District Attorney | Chief of the Civil Division
Tulsa County District Attorney's Office
218 West Sixth Street, Suite 933
Tulsa, OK  74119
(918) 596-8795
[douglas.wilson@tulsacounty.org](mailto:douglas.wilson@tulsacounty.org)

🌍 **Please consider the environment before printing this e-mail.**

The information in this e-mail message (including any information contained in attachments hereto) is intended only for use of the addressee. This e-mail message may contain confidential or privileged information. If you receive this e-mail message unintentionally, please notify the sender immediately and then delete this message. E-mail transmission is not guaranteed to be secured or error free. The sender is in no way liable for any errors or omissions in the content of this e-mail message, which may arise as a result of e-mail transmission. E-mails, text messages, and other electronic communications made or received in connection with the transaction of public business, the expenditure of public funds, or the administration of public property may be subject to the Oklahoma Open Records Act and the Records Management Act.

**From:** Hayley Horowitz <[hayleyh@stillsherises.org](mailto:hayleyh@stillsherises.org)>
**Sent:** Friday, May 30, 2025 4:41 PM
**To:** Michael Shouse <[mshouse@tulsacounty.org](mailto:mshouse@tulsacounty.org)>; Douglas Wilson <[douglas.wilson@tulsacounty.org](mailto:douglas.wilson@tulsacounty.org)>
**Cc:** Phoebe Kasdin <[phoebek@stillsherises.org](mailto:phoebek@stillsherises.org)>
**Subject:** Feltz v. Regalado - bond docket notice receipts

**CAUTION:** This email originated from outside of Tulsa County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Doug, Mike,

Doug had previously said he would be able to share records of people having received and signed for bond docket notices at booking to counter the accounts we continue to hear of recent arrestees who do not recall receiving the notice. If easily produced by date, can you share records of receipts for people booked on May 11 through 13 and May 25-27? If they're more easily located by arrestee, we can identify some people who were booked on those days and send you a list of names.

Doug - I hope you're doing well.

**Hayley Horowitz |** Impact Litigation Director

Main: 918.392.0867

Direct: 918.392.0883

608 E. 46th St. N., Tulsa, OK 74126