4:18-cv-00298-SPF-JFJ
Exhibit 15
to Plaintiffs' Motion for Injunctive Relief, Dkt. 421
REDACTED

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

| | |
|---|---|
| STATE OF OKLAHOMA,<br>Plaintiff, | ) Case No(s): _NF 25-_ ▮<br>)<br>) _____ |
| v. | )<br>) _____ |
| ~~B██ A██ M████~~<br>Defendant. | )<br>) _____<br>) _____ |

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _12_ day of _May_ 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20 ___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit   ☑ Criminal Information   ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)          ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                              ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County _2 7 years_ (length)                  ☑ Ties to the community
☐ Currently on probation or has cases pending                    ☑ Risk of Failure to Appear/Has FTAs _2_
☑ Likely to reoffend (criminal/bail history) _FTA_               ☐ History of Drug Use
☐ Currently out on bond                                          ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond       ☐ Defendant is unemployed.
☐ Defendant receives public benefits   _possible_                ☐ Defendant receives disability benefits
☑ Other_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ ~~does not~~ present a flight risk, or ☐ does present a flight risk AND
the Defendant ☐ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1200 ⁰⁰_, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ _1 700_ _____
_____ _TT 2000_ _____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS            ☐ Random UA's          ☐ Surrender of Firearms      ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order   ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                          (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____     ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_(signature)_
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): __NF 25·____ ▋
    Plaintiff,                          )
                                       )    _____
v.                                     )
_____ ▋ _____ ▋              )    _____
    Defendant.        ▋          ▋     )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __12__ day of __May__, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☐ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report      ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other _____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction      ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __10 years__ (length)    ☑ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)      ☑ History of Drug Use
☐ Currently out on bond      ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits      ☐ Defendant receives disability benefits
☑ Other: _1L — Armed Robbery_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
     the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1200 00_, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_1   400 PT_____ _Pre Trial_
_π   2000 00_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS     ☐ Random UA's     ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☐ No Contact Order     ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                          (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____     ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_[signature]_
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )   Case No(s): ___*CF 25*·____ ▓▓▓▓
     Plaintiff,              )
                      )   _____
v.                      )   _____
Z▓▓▓▓    J▓▓      )   _____
                      )
_____ S▓▓▓▓
     Defendant.

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __*12*__ day of __*May*__, 20__*25*__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit          ☑ Criminal Information      ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☐ Apparent likelihood of conviction       *S*        ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County ___*several*___ (length)    ☑ Ties to the community
☑ Currently on probation or has case pending      ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)      ☑ History of Drug Use
☐ Currently out on bond                    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits     *NO*   ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $___*100*___, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ *A 100 / PT* _____
_____ *π 500* _____ *No Pretrial*
_____ *due to*
☐ **Additional Conditions of Release are hereby ordered:**           *history*
    ☐ GPS           ☐ Random UA's     ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                      (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | Case No(s): _NF. 25-_____ |
| Plaintiff, | ) | _____ |
| | ) | _____ |
| v. | ) | _____ |
| ___J___ W___ S___ | ) | _____ |
| Defendant. | ) | _____ |

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __12__ day of __May__, 20__25__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20_____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)        ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**

| | |
|---|---|
| ☐ Serious offense (violent offense, serious drug offense) | ☐ Threat to self or others/safety risk |
| ☑ Apparent likelihood of conviction | ☐ Mental Health history/Physical Disability |
| ☑ Resident of Tulsa County _50 years_ (length) | ☐ Ties to the community |
| ☑ Currently on probation or has cases pending | ☐ Risk of Failure to Appear/Has FTAs |
| ☑ Likely to reoffend (criminal/bail history) | ☐ History of Drug Use |
| ☑ Currently out on bond | ☐ Defendant is employed FT or PT |
| ☐ Defendant has financial resources available to post bond | ☐ Defendant is unemployed. |
| ☐ Defendant receives public benefits | ☐ Defendant receives disability benefits |
| ☐ Other: _Similar charges_ | _Specialty Ct Terminated_ |

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.
To address the specified risk(s), the Court imposes a bond in the amount of $ _500 00_, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ _¢ 50_ _____
_____ _π 500_ _____

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS        ☐ Random UA's        ☐ Surrender of Firearms        ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☑ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC
                                                                (Aggravated trafficking 63 OS 420(A))
☐ Other: _GT 1415 E 71st St._ ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,       )    Case No(s): ___N E 25___ ▓▓▓▓
               )    _____
v.             )    _____
   C▓▓▓W▓▓▓▓   )    _____
   Defe▓▓▓       )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __12__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit    ☐ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**

| | |
|---|---|
| ☐ Serious offense (violent offense, serious drug offense) | ☐ Threat to self or others/safety risk |
| ☑ Apparent likelihood of conviction | ☑ Mental Health history/Physical Disability |
| ☐ Resident of Tulsa County _long time_ (length) | ☐ Ties to the community |
| ☐ Currently on probation or has cases pending | ☐ Risk of Failure to Appear/Has FTAs |
| ☐ Likely to reoffend (criminal/bail history) | ☐ History of Drug Use |
| ☐ Currently out on bond | ☐ Defendant is employed FT or PT |
| ☐ Defendant has financial resources available to post bond | ☐ Defendant is unemployed. |
| ☐ Defendant receives public benefits | ☐ Defendant receives disability benefits |

_Repeat offender_

☐ Other: _Questions not filled out_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, **or** ☐ does present a flight risk **AND** the defendant ☑ does not present an imminent safety risk, **or** ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __500__, **AND:** _long history_
  ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
  ☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _No_
_A – 50 /PT_
_π 500_

☐ **Additional Conditions of Release are hereby ordered:**
   ☐ GPS   ☐ Random UA's   ☐ Surrender of Firearms   ☐ House Arrest/Curfew
   ☐ Alcohol Monitor Device  ☑ No Contact Order   ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                      (Aggravated trafficking 63 OS 420(A))
   ☐ Other: ▓▓▓▓▓▓▓▓ Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the flight risk and/or safety risk found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
 Plaintiff,     ) Case No(s): nF - 25 - ███
          ) nF - 25 - ███
v.         ) _____
███████ C ███████ J ████ ) _____
 Defendant.     ) _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _13_ day of _May_____, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____  _no._·_____
                PD objection  A waived

**The Court has reviewed the following:**
☑ PC Affidavit   ☑ Criminal Information  ☐ NCIC Criminal History Report ☐ Other Criminal History
☑ Pretrial Services Report ☐ Testimony of Witness(es) ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense) ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction     ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)  ☐ Ties to the community
☐ Currently on probation or has cases pending  ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)   ☐ History of Drug Use
☐ Currently out on bond       ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond ☐ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: Hold warrant Arkansas_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☐**does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _4000_⁰ᵂ_____, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _unknown_
_____
1  4000
π  4000

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's  ☑ Surrender of Firearms ☐ House Arrest/Curfew
☐ Alcohol Monitor Device ☐ No Contact Order ☐ Suspend driving privileges ☐ GPS to be monitored by DOC
                    (Aggravated trafficking 63 OS 420(A))
☐ Other: _____ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_signature_
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,            )    Case No(s): ___ CM - 24 - ▮▮
    Plaintiff,                     )
                                           )    nF-25- ▮▮
v.                                           )
▮▮▮▮▮▮▮▮▮                      )    _____
    Defendant.                    )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this __13__ day of __May__, 20 __25__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant [ ] appears / [✓] does not appear) and is ( [✓] represented by the Tulsa County Public Defender's Office / [ ] represented by private counsel _____ ). If the Defendant does not appear: The Defendant has been advised of rights and [✓] waived / [ ] did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20 ___ at _____

**The Court has reviewed the following:**            *∆ waived. PD Does not object*

[✓] PC Affidavit                     [ ] Criminal Information            [ ] NCIC Criminal History Report  [ ] Other Criminal History
[✓] Pretrial Services Report   [ ] Testimony of Witness(es)   [ ] Proffer of Evidence by Defendant's Counsel
[ ] Other_____

**The Court considered and found (only check box if factor found to exist):**
[ ] Serious offense (violent offense, serious drug offense)       [ ] Threat to self or others/safety risk
[ ] Apparent likelihood of conviction                                         [ ] Mental Health history/Physical Disability
[ ] Resident of Tulsa County _____ (length)              [✓] Ties to the community
[ ] Currently on probation or has cases pending                    [ ] Risk of Failure to Appear/Has FTAs
[✓] Likely to reoffend (criminal/bail history) *unknown*        [ ] History of Drug Use
[✓] Currently out on bond                                                       [ ] Defendant is employed FT or PT
[ ] Defendant has financial resources available to post bond   [✓] Defendant is unemployed.
[✓] Defendant receives public benefits                                    [ ] Defendant receives disability benefits
[ ] Other: _____

[ ] Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** [ ] **does not** present a flight risk, **or** [ ] **does** present a flight risk AND
    the Defendant [ ]**does not** present an imminent safety risk, **or** [ ] **does** present an imminent safety risk.

[ ] **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

[ ] **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.   *CF24-▮▮    1,000*
To address the specified risk(s), the Court imposes a bond in the amount of $____*1,000*___, AND:
    [ ] The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    [ ] The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight or/safety risk, because:

_____
_____

[ ]**Additional Conditions of Release are hereby ordered:**
    [ ] GPS                           [ ] Random UA's               [ ] Surrender of Firearms       [ ] House Arrest/Curfew
    [ ] Alcohol Monitor Device  [ ] No Contact Order        [ ] Suspend driving privileges  [ ] GPS to be monitored by DOC
                                                                                                                                    (Aggravated trafficking 63 OS 420(A))
    [ ] Other: _____                  [ ] Court Waives Related Fee

[ ] **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

[ ] **BAIL DENIED.** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s):  ___NF-25-___ ████
    Plaintiff,                         )
                                       )    _____
v.                                    )
                                       )    _____
___B███ D████_____              )
    Defendant.                         )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __13__ day of __May__, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☐ PC Affidavit     ☐ Criminal Information     ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report     ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense  (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __25__ (length)    ☑ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)    ☑ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond _No_    ☑ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: _Repeat offender_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

_Active P.O. —_

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __800__ , AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ _PR Bond / 250 PT_____
_____ _$1000⁰⁰_____

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device ☑ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other: _Target 107|| & 71st St_    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,    )   Case No(s): nF - 25-
    Plaintiff,    )   _____
        )   _____
v.    )   _____
        )   _____
    Defendant.    )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **13** day of **May**, 20**25**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☑ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report      ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County **5 years** (length)    ☐ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☑ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☑ Defendant is unemployed.
☑ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: **blues out of State history WV, OK, Co.**

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, **or** ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, **or** ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ **1000** , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
**PK ; 500/PT**
**TT 1250°°**

☐ **Additional Conditions of Release are hereby ordered:**
   ☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
   ☐ Alcohol Monitor Device    ☐ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC
                                                                 (Aggravated trafficking 63 OS 420(A))
   ☐ Other: _____ ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                )   Case No(s): ███ nF - 25 ██
    Plaintiff,                        )
                                      )   _____
v.                                )
████ ██ D ██ N ████               )   _____
    Defendant.                        )   _____
                                  )   _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **13** day of **May** , 20 **25**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear)  and is  (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information      ☐ NCIC Criminal History Report ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense  (violent offense, serious drug offense)  ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction               ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County **Tyeurs** (length)    ☑ Ties to the community
☑ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs **2 ✗**
☑ Likely to reoffend (criminal/bail history)       ☑ History of Drug Use
☐ Currently out on bond                       ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond  ☑ Defendant is unemployed.
☐ Defendant receives public benefits         ☐ Defendant receives disability benefits
☐ Other: **Mcn  Hold** _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ does present a flight risk AND
the Defendant ☑ **does not** present an imminent safety risk, **or** ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ **1000⁰⁰** , **AND:**
  ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
  ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____**✓ 250⁰⁰**_____**Previous Pretrial**_____
_____**TP  1500⁰⁰**_____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                  (Aggravated trafficking 63 OS 420(A))
☐ Other: **Home Depot  7808 E 71st St** ☐ Court Waives Related Fee
                       **Tulsa**

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )    Case No(s): NF-25 ▉
    Plaintiff,                    )
                             )    TR-18 ▉
v.                                    )
K▉ T. B▉                               )
    Defendant.                    )

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _12_ day of _May_, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit            ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)         ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                              ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County ___33 yr (length)___                  ☑ Ties to the community
☐ Currently on probation or has cases pending                    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)                     ☑ History of Drug Use
☐ Currently out on bond                                          ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond       ☑ Defendant is unemployed
☑ Defendant receives public benefits                             ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _100_, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ PR Bond / 100 PT _____
___ TT    100 PT _____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS                ☐ Random UA's            ☐ Surrender of Firearms        ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order    ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                   (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____        ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

v.

████████ █ ████

Defendant.

)
)
)
)
)
)
)
)

Case No(s): ___NF-25_____

_____

_____

_____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __14__ day of ____May____, 20__25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☐ PC Affidavit       ☑ Criminal Information       ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report  ☐ Testimony of Witness(es)       ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)       ☐ Threat to self or others/safety risk
☐ Apparent likelihood of conviction       ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County __10 years__ (length)       ☑ Ties to the community
☐ Currently on probation or has cases pending       ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)       ☐ History of Drug Use
☐ Currently out on bond       ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond       ☐ Defendant is unemployed.
☐ Defendant receives public benefits       ☐ Defendant receives disability benefits
☐ Other: __Dismissed Cases__

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk and/or safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk and/or safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __200__, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
__A PR Bond__
__TT 800__

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS       ☐ Random UA's       ☐ Surrender of Firearms       ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☐ No Contact Order       ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other: _____       ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )     Case No(s): ___ NF- 25- ▮▮▮
        Plaintiff,           )
                             )     _____
v.                           )
                             )     _____
▮▮▮▮▮▮▮▮▮▮▮▮▮▮               )
        Defendant.           )     _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __14__ day of __May__, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at ___.  *PD no objection to waiver*

**The Court has reviewed the following:**
☐ PC Affidavit              ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                           ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____ (length)                ☐ Ties to the community
☐ Currently on probation or has cases pending                 ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                  ☐ History of Drug Use
☐ Currently out on bond                                       ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits                          ☐ Defendant receives disability benefits
☐ Other: _____ *waived* _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, or ☐ **does** present a flight risk AND
the Defendant ☐**does not** present an imminent safety risk, or ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1500_____, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____
_____

☐**Additional Conditions of Release are hereby ordered:**
☐ GPS                    ☐ Random UA's          ☐ Surrender of Firearms       ☐ House Arrest/Curfew
☐ Alcohol Monitor Device ☑ No Contact Order     ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                         *QT 6008 S. 49th W. Ave.*                              (Aggravated trafficking 63 OS 420(A))
☐ Other: _____ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): _____ *NF 25* _____
    Plaintiff,                    )
                                  )    _____
v.                                    )
_____         )    _____
M____ J___ D___                       )
    Defendant.                    )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **14** day of **May**, 20 **25** the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20 ___ at _____   *PD Does not object*

**The Court has reviewed the following:**
- ☐ PC Affidavit
- ☑ Criminal Information
- ☐ NCIC Criminal History Report   ☐ Other Criminal History
- ☐ Pretrial Services Report
- ☐ Testimony of Witness(es)
- ☑ Proffer of Evidence by Defendant's Counsel
- ☐ Other_____   *waived*

**The Court considered and found (only check box if factor found to exist):**
- ☐ Serious offense (violent offense, serious drug offense)
- ☑ Apparent likelihood of conviction
- ☐ Resident of Tulsa County _____(length)
- ☐ Currently on probation or has cases pending
- ☐ Likely to reoffend (criminal/bail history)
- ☐ Currently out on bond
- ☐ Defendant has financial resources available to post bond
- ☐ Defendant receives public benefits
- ☐ Threat to self or others/safety risk
- ☐ Mental Health history/Physical Disability
- ☐ Ties to the community
- ☐ Risk of Failure to Appear/Has FTAs
- ☑ History of Drug Use
- ☐ Defendant is employed FT or PT
- ☐ Defendant is unemployed.
- ☑ Defendant receives disability benefits
- ☐ Other: _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
    the Defendant ☐**does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ **3000**, **AND:**
- ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:

_____ *1  3000* _____
_____ *π  3000* _____

☐**Additional Conditions of Release are hereby ordered:**
- ☐ GPS
- ☐ Random UA's
- ☐ Surrender of Firearms
- ☐ House Arrest/Curfew
- ☐ Alcohol Monitor Device
- ☐ No Contact Order
- ☐ Suspend driving privileges
- ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
- ☐ Other: _____
- ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                )    Case No(s): ___ *NF-25*___ ▮
    Plaintiff,                        )
                                      )    _____
v.                                )    _____
▮ *D*▮▮ *D* ▮                      )    _____
    Defendant.                        

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __14__ day of __*May*__, 20__*25*__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____

If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**    *P.D. does not object to waiver*
☐ PC Affidavit    ☑ Criminal Information    ☐ NCIC Criminal History Report    ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other _____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____ (length)    ☐ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: _____    *Waiver*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ *2800⁰⁰*, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____*A  2800*_____
_____*TT 2800*_____

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device    ☑ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
    *Victims and*
☐ Other: _____ ▮▮▮▮ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the flight risk and/or safety risk found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                     )    Case No(s): _NF·25_ ▮▮▮▮▮
    Plaintiff,                     )    _____
                                   )    _____
v.                                     )    _____
▮▮▮▮▮▮▮▮▮▮▮▮                           )    _____
    Defendant.                     )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this ___14___ day of __May__, 20__25__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ☑ appears / ☐ does not appear) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit               ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report   ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                            ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County ___4 years___ (length)              ☑ Ties to the community
☐ Currently on probation or has case pending                   ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                   ☐ History of Drug Use          *Referral*
☐ Currently out on bond                                        ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond     ☐ Defendant is unemployed.
☐ Defendant receives public benefits                           ☐ Defendant receives disability benefits
☐ Other: ___No history_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
    the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☑ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

    To address the specified risk(s), the Court imposes a bond in the amount of $_____, **AND:**
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ *PR Bond* _____
_____ *π 600* _____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS                  ☐ Random UA's         ☐ Surrender of Firearms        ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                                  (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____                ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                      )    Case No(s): _*NF 25*-▮▮▮▮
    Plaintiff,                              )    _____
                                            )    _____
v.                                       )    _____
*B*▮▮▮ *L. B*▮▮▮                         )    _____
    Defendant.                              )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _14_ day of _May_, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit                ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☐ Apparent likelihood of conviction                          ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County _while leght_ (length)            ☐ Ties to the community
☐ Currently on probation or has cases pending                ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                 ☐ History of Drug Use
☐ Currently out on bond                                      ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits                         ☐ Defendant receives disability benefits
☐ Other: _＊ add on ＊_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk **AND**
the Defendant ☐ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _800⁰⁰_____, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_1 500_____
_π 1000⁰⁰_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS                    ☐ Random UA's           ☐ Surrender of Firearms      ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order      ☐ Suspend driving privileges ☐ GPS to be monitored by DOC
                                                                                      (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____       ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_[signature]_

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )  Case No(s): _NF · 25 ·_ ████
    Plaintiff,  )
                )  _____
v.  )  _____
_W__ ████ _E B_ ████  )
    Defendant.  )  _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _14_ day of _May_, 20 _25_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☑ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County   _15 years_ (length)    ☐ Ties to the community
☐ Currently on probation or has cases pending      ☑ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)        ☑ History of Drug Use
☐ Currently out on bond                    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☑ Defendant receives public benefits          ☐ Defendant receives disability benefits
☑ Other: _C M - 25_ ████

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, or ☐ **does** present a flight risk AND
     the Defendant ☑ **does not** present an imminent safety risk, or ☐ **does** present an imminent safety risk. _his Dr._

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1500°°_, **AND:**
     ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
     ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
     _Δ 1000_
     _π 2000°°_

☐ **Additional Conditions of Release are hereby ordered:**
     ☐ GPS    ☑ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
     ☐ Alcohol Monitor Device   ☐ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
     ☐ Other: _____      ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident **or** the presumption is great and that no condition of release would assure the safety of the community or any person.

_[signature]_
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                      )    Case No(s): ___CF-25-___
    Plaintiff,                          )
                                        )                 ___NF-25-___
v.                                      )
    D___ K___ m___                      )    _____
    Defendant.                          )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this __15__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**  J. Clowerty PD
☑ PC Affidavit      ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)  ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)  ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction              ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)   ☐ Ties to the community  *Referral*.
☐ Currently on probation or has cases pending  ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond                 ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond  ☐ Defendant is unemployed.  *Arraigned*
☐ Defendant receives public benefits        ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk **AND** the Defendant ☐ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.  CF-25-___
To address the specified risk(s), the Court imposes a bond in the amount of $__10,000⁰⁰__, **AND:** __2,000⁰⁰__
  ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
  ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
__State / PD agree__
_____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS           ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☑ No Contact Order   ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                        (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,  )    Case No(s): ___ NF-25- ___
   Plaintiff,  )
            )    _____
v.  )    _____
___ J█ K█ J█ ___  )    _____
   Defendant.  )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __16__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit    ☐ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other _____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction. *type*    ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County *whole* (length)    ☐ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: _____ *no history* _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, or ☐ **does** present a flight risk AND
   the Defendant ☑ **does not** present an imminent safety risk, or ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __100__, AND:
   ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
   ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ *¶ 250 PT* _____
_____ *¶ 250 PT* _____

☐ **Additional Conditions of Release are hereby ordered:**
   ☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
   ☐ Alcohol Monitor Device    ☐ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
   ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Eleanor Aplin_
**JUDGE OF THE DISTRICT COURT**

**Fetlz et al v. Regaldo et al**         **5/20/2025**         **Remedies/1607**
**18-cv-298 (ND)**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

R▬ E▬ H▬
    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No(s): NF-25-▬

_____
_____
_____
_____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __16__ day of __May__, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information        ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)
☑ Apparent likelihood of conviction
☐ Resident of Tulsa County _16 years_ (length)
☑ Currently on probation or has cases pending
☑ Likely to reoffend (criminal/bail history)
☐ Currently out on bond
☐ Defendant has financial resources available to post bond _N/A_
☐ Defendant receives public benefits
☑ Other: _CA_

☐ Threat to self or others/safety risk
☐ Mental Health history/Physical Disability
☐ Ties to the community
☐ Risk of Failure to Appear/Has FTAs
☑ History of Drug Use
☐ Defendant is employed FT or PT
☑ Defendant is unemployed.
☐ Defendant receives disability benefits
_Other cases w/GPS_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, or ☐ **does** present a flight risk AND
the Defendant ☐ **does not** present an imminent safety risk, or ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _600_ , AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ _1 300_ _____
_____ _9 600_ _____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS                ☑ Random UA's        ☐ Surrender of Firearms      ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☐ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                                    (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____        ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_signature_
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )    Case No(s): *NF-25-*████
    Plaintiff,                        )
                                      )    _____
v.                                )
                                  )    _____
S█████ J██ B██                    )
    Defendant.                        )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this *16* day of *May*, *2025*, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit ☑ Criminal Information ☐ NCIC Criminal History Report ☐ Other Criminal History
☑ Pretrial Services Report ☐ Testimony of Witness(es) ☐ Proffer of Evidence by Defendant's Counsel
☐ Other _____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)   ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction   ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County *whole life*   ☑ Ties to the community
☑ Currently on probation or has cases pending   ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history) *just entered plea*   ☐ History of Drug Use
☐ Currently out on bond   ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits   ☐ Defendant receives disability benefits
☐ Other: *Rogers Co. Hold*       *Repeat offender* *prior history*
☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, or ☐ **does** present a flight risk AND   *Specialty court*
    the Defendant ☐ **does not** present an imminent safety risk, or ☐ **does** present an imminent safety risk.   *possible*

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ *300⁰⁰*_____, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____*4,200*_____
_____*π 300*_____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS ☐ Random UA's ☐ Surrender of Firearms ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device ☑ No Contact Order ☐ Suspend driving privileges ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
  *Nordstrom Rack*
  ☐ Other: _____*8722 E 71st St*_____ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release may be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,    )    Case No(s): ____ NF-25- ▮▮▮▮
    Plaintiff,    )    _____
        )    _____
v.    )    _____
____ C▮▮▮ L▮▮ U.▮▮▮▮    )    _____
    Defendant.    )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __16__ day of __May__, 20__25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit    ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)  ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)  ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction  ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County ___34 years___ (length)  ☐ Ties to the community
☐ Currently on probation or has cases pending  ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)  ☐ History of Drug Use
☐ Currently out on bond  ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond  ☐ Defendant is unemployed.
☐ Defendant receives public benefits  ☐ Defendant receives disability benefits
☑ Other: _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __200⁰⁰__, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
__O PR Bond__    __Pretrial__
__Ti 500__

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order  ☑ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                   (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____    ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                )    Case No(s): *NF - 25 -* ███
    Plaintiff,                         )
                 )    _____
                 )
v.                                            )    _____
    E███ C███ C███    )
    Defendant.                        )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _16_ day of _May_, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☐ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other:_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                    ☑ Mental Health history/Physical Disability
☑ Resident of Tulsa County _8 year_ (length)         ☑ Ties to the community
☑ Currently on probation or has cases pending      ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)         ☑ History of Drug Use
☐ Currently out on bond                          ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits           ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1000 ᵉ³_ , AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ _A 800_ _____
_____ _π 1250_ _____

☐ **Additional Conditions of Release are hereby ordered:**     *Pre trial Absconder*
    ☐ GPS           ☐ Random UA's      ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☐ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                     (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____     ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )     Case No(s): *NF-25-* ▇▇▇▇
    Plaintiff,           )     _____
                  )     _____
v.                 )     _____
M▇▇▇ ▇ H▇▇▇          )     _____
    Defendant.          )     _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this __19__ day of __May__, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20 ____ at _____.

**The Court has reviewed the following:**     *PD Does not object to Waiver*
☑ PC Affidavit     ☑ Criminal Information     ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report     ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)    ☐ Ties to the community
☑ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: *Questions not filled out*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☐ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __40 50__ , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ $ 40 50 _____
_____ π 40 50 _____

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device    ☑ ▇▇▇▇▇▇    ☐ ▇▇▇▇▇ driving privileges    ☐ GPS to be monitored by DOC ▇▇▇▇fficking 63 OS 420(A))
☐ Other: _____      ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Alianira PGA_
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
            Plaintiff,                          )      Case No(s): NF-25 ██████
                                                )
                                                )      _____
v.                                              )
                                                )      _____
H███ W███ S███████                              )
            Defendant.                          )      _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _19_ day of _May_ 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

The Court has reviewed the following:
☑ PC Affidavit              ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report  ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

The Court considered and found (only check box if factor found to exist):
☑ Serious offense (violent offense, serious drug offense)   ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                         ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _57 yea_ (length) _s_            ☐ Ties to the community
☐ Currently on probation or has cases pending               ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                ☐ History of Drug Use
☐ Currently out on bond                                     ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond  ☑ Defendant is unemployed.
☑ Defendant receives public benefits                        ☐ Defendant receives disability benefits
☑ Other: _GA, LA_ _Questions not filled out. Robbery history other_
_CA extensive 2023_                                         _States_
☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

The Court FINDS the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
    the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.
                                                             _A lot of history_

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _3000_ , AND:
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_PR / 1000 FT_
_TT 5300_

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS            ☐ Random UA's          ☐ Surrender of Firearms      ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                                 (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _Dollar General_ _9737 E 31 St_ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )        Case No(s): NF-25
    Plaintiff,                     )
                                           )
v.                                             )        _____
                                           )
                                           )        _____
    Defendant.                   )

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this **19** day of **May**, 20 **25**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant [✓] appears / [✓] does not appear) and is ( [ ] represented by the Tulsa County Public Defender's Office / [ ] represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and ( [✓] waived / [ ] did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20 ___ at _____.

*PD does not object to waiver.*

**The Court has reviewed the following:**
- [ ] PC Affidavit
- [✓] Criminal Information
- [ ] NCIC Criminal History Report   [ ] Other Criminal History
- [ ] Pretrial Services Report
- [ ] Testimony of Witness(es)
- [ ] Proffer of Evidence by Defendant's Counsel
- [ ] Other_____

**The Court considered and found (only check box if factor found to exist):**
- [ ] Serious offense (violent offense, serious drug offense)
- [✓] Apparent likelihood of conviction
- [ ] Resident of Tulsa County _____(length)
- [ ] Currently on probation or has cases pending
- [✓] Likely to reoffend (criminal/bail history)
- [✓] Currently out on bond
- [ ] Defendant has financial resources available to post bond
- [ ] Defendant receives public benefits
- [✓] Other: **Questions not filled**
- [ ] Threat to self or others/safety risk
- [ ] Mental Health history/Physical Disability
- [ ] Ties to the community
- [ ] Risk of Failure to Appear/Has FTAs
- [✓] History of Drug Use
- [ ] Defendant is employed FT or PT
- [ ] Defendant is unemployed.
- [✓] Defendant receives disability benefits

- [ ] Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** [ ] **does not** present a flight risk, **or** [ ] **does** present a flight risk AND the Defendant [ ]**does not** present an imminent safety risk, **or** [ ] **does** present an imminent safety risk.

- [ ] **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

- [✓] **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ **3000** , AND: *ie unknown*
- [ ] The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- [ ] The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _____
    **A - 250**
    **TT - 5000⁰⁰**

- [ ] **Additional Conditions of Release are hereby ordered:**
  - [ ] GPS
  - [ ] Random UA's
  - [ ] Surrender of Firearms
  - [ ] House Arrest/Curfew
  - [ ] Alcohol Monitor Device
  - [ ] No Contact Order
  - [ ] Suspend driving privileges
  - [ ] GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
  - [ ] Other: _____   [ ] Court Waives Related Fee

- [ ] **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

- [ ] **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,　　　　　　　)　　Case No(s): ___N.F. 25___ ▮
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　_____
v.　　　　　　　　　　　　　　　)
▮ T▮ R▮ B▮　　　　　)　　_____
　　　　Defendant.　　　　　　　　)　　_____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this _20_ day of _May_, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit　　　　　　☑ Criminal Information　　　☐ NCIC Criminal History Report　☐ Other Criminal History
☑ Pretrial Services Report　☐ Testimony of Witness(es)　☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)　　☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction　　　　　　　　　　☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __50__ (length)　　　　　　☑ Ties to the community
☐ Currently on probation or has cases pending　　　　　　☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)　　　　　　　☐ History of Drug Use
☐ Currently out on bond　　　　　　　　　　　　　　☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond　☐ Defendant is unemployed.
☑ Defendant receives public benefits　　　　　　　　　　☐ Defendant receives disability benefits
☐ Other: _no history_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
　　　　　the Defendant ☐ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1500 ⁰⁰_ , AND:
　☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
　☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ ∅ PR Bond / 250 PT _____

☐ **Additional Conditions of Release are hereby ordered:**
　☐ GPS　　　　　　　☐ Random UA's　　　　☐ Surrender of Firearms　　☐ House Arrest/Curfew
　☐ Alcohol Monitor Device　☐ No Contact Order　☐ Suspend driving privileges　☐ GPS to be monitored by DOC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Aggravated trafficking 63 OS 420(A))
　☐ Other: _____ ▮▮▮▮▮▮ s Related Fee

☑ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )      Case No(s):  _NF-25-_
    Plaintiff,                                )      _____
                                              )      _____
v.                                            )      _____
    J_____ M_____          )      _____
    Defendant.                             )      _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _20_ day of _May_, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☐ PC Affidavit        ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**

| | |
|---|---|
| ☐ Serious offense (violent offense, serious drug offense) | ☐ Threat to self or others/safety risk |
| ☐ Apparent likelihood of conviction | ☑ Mental Health history/Physical Disability |
| ☐ Resident of Tulsa County _____(length) | ☐ Ties to the community |
| ☐ Currently on probation or has cases pending | ☐ Risk of Failure to Appear/Has FTAs  _Specialty ct_ |
| ☐ Likely to reoffend (criminal/bail history) | ☐ History of Drug Use |
| ☐ Currently out on bond | ☐ Defendant is employed FT or PT |
| ☐ Defendant has financial resources available to post bond | ☐ Defendant is unemployed. |
| ☐ Defendant receives public benefits | ☐ Defendant receives disability benefits |

☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk **AND**
the Defendant ☐ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _250_ , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____A_____ 250/PT____ 100_____
_____TT_____ 500____PT_____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS    ☑ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                     (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____  ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s):  ___CF·25____
    Plaintiff,                       )
                                     )    _____
v.                                    )
    D___ W___ B___                    )    _____
_____           )
    Defendant.                       )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **20** day of **May**, 20 **25**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**✓  *P.D. object to waiver*
☐ PC Affidavit          ☑ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)          ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)          ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                               ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)                     ☐ Ties to the community
☑ Currently on probation or has cases pending                     ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)                      ☐ History of Drug Use
☐ Currently out on bond                                           ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond        ☐ Defendant is unemployed.
☐ Defendant receives public benefits                              ☐ Defendant receives disability benefits
☐ Other: *Questions not filled out / waived*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☐**does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.
To address the specified risk(s), the Court imposes a bond in the amount of $ **4250⁰⁰**, AND:
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: *Unknown*
_____Δ 4250_____
_____Π 4250_____

☐**Additional Conditions of Release** are hereby ordered:
    ☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                                (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____          ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,        )   Case No(s): _____ *NF 25* ▮▮▮
     Plaintiff,          )
                    )   _____
v.                    )   _____
   *A▮▮▮ A▮▮▮*   )   _____
     Defendant.  *C▮▮▮* )   _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __*20*__ day of __*May*__ 20_*25*_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☑ Pretrial Services Report   ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                   ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County _*3y(au*_(length)        ☑ Ties to the community
☑ Currently on probation or has cases pending      ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)          ☑ History of Drug Use
☐ Currently out on bond                        ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☑ Defendant is unemployed.
☐ Defendant receives public benefits            ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not present a flight risk, or** ☐ **does present a flight risk AND**
    the Defendant ☐ **does not present an imminent safety risk, or** ☐ **does present an imminent safety risk.**

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __*1000*__ , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____*A PR Bond — PT 500*_____
_____*Tr 1000*_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS           ☐ Random UA's      ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☐ No Contact Order     ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC
                                                                     (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____     ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

P███████ H███

    Defendant.

Case No(s): *Cm-18-*████

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this *20* day of *May*, 20 *25*, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit    ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County *10 years* (length)    ☐ Ties to the community
☑ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)    ☑ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond *None*  ☑ Defendant is unemployed.
☑ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: *City of Tulsa 10 day Hold*    *OK Co. Leaving Scene of Acc*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ *250*, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
*A PR Bond — PT Ref. 250*
*Tr 250⁰⁰*

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
☐ Other: *MegaWolls 3501 S. Sheridan Rd*  ☐ Court Waives Related Fee  (aggravated trafficking 63 OS 420(A))
*Tulsa*

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses and/or different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,            )    Case No(s): _NF 25-_____
    Plaintiff,            )
                )    _____
                )
v.               )    _____
                )
C_____ L ▪ R___            )    _____
    Defendant.            )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this **20** day of **May** 20 **25**, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
- ☑ PC Affidavit
- ☐ Pretrial Services Report
- ☐ Other_____
- ☑ Criminal Information
- ☐ Testimony of Witness(es)
- ☐ NCIC Criminal History Report  ☐ Other Criminal History
- ☐ Proffer of Evidence by Defendant's Counsel

**The Court considered and found (only check box if factor found to exist):**
- ☐ Serious offense (violent offense, serious drug offense)
- ☑ Apparent likelihood of conviction
- ☑ Resident of Tulsa County  _34 years_ (length)
- ☑ Currently on probation or has cases pending
- ☑ Likely to reoffend (criminal/bail history)
- ☐ Currently out on bond
- ☑ Defendant has financial resources available to post bond
- ☐ Defendant receives public benefits
- ☑ Other: _Creek Co., Pawnee_
- ☐ Threat to self or others/safety risk
- ☐ Mental Health history/Physical Disability
- ☑ Ties to the community
- ☐ Risk of Failure to Appear/Has FTAs
- ☑ History of Drug Use
- ☑ Defendant is employed FT or PT  _Homeless_
- ☑ Defendant is unemployed
- ☐ Defendant receives disability benefits

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☑ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ **1500**, AND:
   ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
   ☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_1 PR Bond  500 /PT_
_T 2250_

☐ **Additional Conditions of Release are hereby ordered:**
- ☐ GPS
- ☐ Alcohol Monitor Device
- ☐ Other: _____
- ☐ Random UA's
- ☐ No Contact Order
- ☐ Surrender of Firearms
- ☐ Suspend driving privileges
- ☐ Court Waives Related Fee
- ☐ House Arrest/Curfew
- ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,       )   Case No(s): _NF-25-___
    Plaintiff,       )
           )   _____
v.       )
    _____       )   _____
    Defendant.       )

<u>**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**</u>

**NOW**, on this __20__ day of __May__, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

*PD does not object to waiver*

**The Court has reviewed the following:**
☑ PC Affidavit    ☑ Criminal Information    ☐ NCIC Criminal History Report ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)    ☐ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other: *Add on Charge*    *Questions not filled out*
☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 22 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
    the Defendant ☐ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _500_ , **AND:**
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ *A   500*_____
_____ *TT   500*_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device    ☐ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC
                                                        (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substance offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): ___NF-25-_____
    Plaintiff,                      )    _____
                                    )    _____
v.                                    )    _____
    ███████ ▊ ██████               )    _____
    Defendant.                      )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __20__ day of __May__, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information     ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report   ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)   ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction              ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __52 years__ (length)   ☐ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)       ☐ History of Drug Use
☐ Currently out on bond                    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond _NO_  ☑ Defendant is unemployed.
☐ Defendant receives public benefits       ☐ Defendant receives disability benefits
☑ Other: _Creek Co- Hold +_  _Dog Benefit_
    _Security Threat_
☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
    the Defendant ☐ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk and/or safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk and/or safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __700.00__ , AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _NO_
_____ _1  100_
_____ _T  1000_

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS         ☐ Random UA's     ☐ Surrender of Firearms    ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                            (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk and/or safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substance offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )    Case No(s): NF-25-
         Plaintiff,                   )
                                      )    _____
v.                                    )
                                      )    _____
____B____ S____                       )
         Defendant.                   )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this __21__ day of __May__, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

The Court has reviewed the following:    *PD does not object to*
☑ PC Affidavit            ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____                                              *Waiver*

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                          ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)               ☐ Ties to the community
☑ Currently on probation or has cases pending                ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)                 ☐ History of Drug Use
☐ Currently out on bond                                      ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits                         ☐ Defendant receives disability benefits
☐ Other:_____ *1 Waived*_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _1500°°_____, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight or safety risk, because:

_____
_____

☐**Additional Conditions of Release are hereby ordered:**

☐ GPS              ☐ Random UA's          ☐ Surrender of Firearms       ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                            (Aggravated trafficking 63 OS 420(A))
☐ Other:___ QT 7878 E Admiral Pl.___ ☐ Court Waives Related Fee
                     *Tulsa*

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,    )   Case No(s): ___ NF- 25- ▮▮▮▮
   Plaintiff,       )
             )
v.           )
D▮▮▮ J▮▮▮ m▮▮▮   )
   Defendant.    )

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this __21__ day of __May__, __2025__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
- ☑ PC Affidavit
- ☑ Criminal Information
- ☐ NCIC Criminal History Report
- ☐ Other Criminal History
- ☐ Pretrial Services Report
- ☐ Testimony of Witness(es)
- ☐ Proffer of Evidence by Defendant's Counsel
- ☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
- ☐ Serious offense (violent offense, serious drug offense)
- ☑ Apparent likelihood of conviction
- ☑ Resident of Tulsa County __4 years__ (length)
- ☐ Currently on probation or has cases pending
- ☐ Likely to reoffend (criminal/bail history)
- ☐ Currently out on bond
- ☐ Defendant has financial resources available to post bond   no
- ☑ Defendant receives public benefits   ✓   No
- ☑ Other: __Osage Co. Hold__ __AK, VA Susp. DL__

- ☐ Threat to self or others/safety risk
- ☑ Mental Health history/Physical Disability
- ☐ Ties to the community
- ☑ Risk of Failure to Appear/Has FTAs   IX
- ☐ History of Drug Use
- ☐ Defendant is employed FT or PT
- ☐ Defendant is unemployed.
- ☐ Defendant receives disability benefits

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND   _Veteran_
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $__$3500__, AND:
- ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:

_____A 2500_____
_____TF 4250_____

☐ **Additional Conditions of Release are hereby ordered:**
- ☐ GPS
- ☐ Random UA's
- ☐ Surrender of Firearms
- ☐ House Arrest/Curfew
- ☐ Alcohol Monitor Device
- ☐ No Contact Order
- ☐ Suspend driving privileges
- ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
- ☐ Other: _____
- ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,　　　　　)　Case No(s): NF-25-▮▮▮▮
　　　Plaintiff,　　　　　　　　 )
　　　　　　　　　　　　　　　 )　　_____
v.　　　　　　　　　　　　　　 )
_____)　　_____
D▮▮ W▮▮ B▮▮
　　　Defendant.　　　　　　　 )　　_____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this ___21___ day of ___May___, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and ☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

*Public Def no obj. to waiver*

**The Court has reviewed the following:**
☑ PC Affidavit　　　　　　　☑ Criminal Information　　　☐ NCIC Criminal History Report　☐ Other Criminal History
☑ Pretrial Services Report　　☐ Testimony of Witness(es)　☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)　　　　☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction　　　　　　　　　　　　☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)　　　　　　　☐ Ties to the community
☐ Currently on probation or has cases pending　　　　　　　　☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)　　　　　　　　　☐ History of Drug Use
☐ Currently out on bond　　　　　　　　　　　　　　　　　☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond　　　☐ Defendant is unemployed.
☐ Defendant receives public benefits *Questions not filled out*　☐ Defendant receives disability benefits *Add on*
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND the Defendant ☐**does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $___10,000___, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:

_____

_____

☐**Additional Conditions of Release are hereby ordered:**
　☐ GPS　　　　　　　　☐ Random UA's　　　　☐ Surrender of Firearms　　☐ House Arrest/Curfew
　☐ Alcohol Monitor Device　☐ No Contact Order　　☐ Suspend driving privileges　☐ GPS to be monitored by DOC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Aggravated trafficking 63 OS 420(A))
　☐ Other: _____　　　　　☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, Plaintiff, | ) ) ) | Case No(s): __NF 25____ ██████ |
| v. | ) | _____ |
| T███ L█ C███ | ) ) | _____ |
| Defendant. | ) | _____ |

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

**NOW**, on this __22__ day of __May__, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is ( ☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit  ☑ Criminal Information  ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report  ☐ Testimony of Witness(es)  ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)  ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction  ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __32 years__ (length)  ☑ Ties to the community
☑ Currently on probation or has cases pending  ☑ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)  ☑ History of Drug Use
☐ Currently out on bond  ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond  ☐ Defendant is unemployed.
☐ Defendant receives public benefits  ☐ Defendant receives disability benefits  _Repeat offender_
☐ Other: _Unhoused_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
the defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _2500ᵒᵒ_, AND: _Based on history_
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_A 4R Bond / PI 2000     A 2000_
_TI 3000ᵒᵒ /     TC 3000_

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS  ☐ Random UA's  ☐ Surrender of Firearms  ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____  ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )    Case No(s): ___NF - 25_____
    Plaintiff,                              )
                                            )    _____
v.                                      )
    D___ M___ S___                          )    _____
    Defendant.                              )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __23__ day of __May__, 20__25__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ☐ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**     *PD does not object*
☐ PC Affidavit          ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                            ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)                 ☐ Ties to the community
☐ Currently on probation or has cases pending                  ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                   ☐ History of Drug Use
☐ Currently out on bond                                        ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond     ☐ Defendant is unemployed.
☐ Defendant receives public benefits                           ☐ Defendant receives disability benefits
☐ Other:_____ *1  Waived*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☐ **does not** present a flight risk, or ☐ **does** present a flight risk AND
    the Defendant ☑ **does not** present an imminent safety risk, or ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __3400__, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ *1  3400* _____
_____ *TT  3400* _____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS          ☐ Random UA's        ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☑ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                            (Aggravated trafficking 63 OS 420(A))
☐ Other: *Academy 6120 E 41st St.*  ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF
OKLAHOMA

STATE OF OKLAHOMA,          )    Case No(s): _____
        Plaintiff,          )
                            )    _____
v.                          )
                            )    _____
_____     )
        Defendant.          )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

**NOW**, on this ____ day of __May__ 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☐ PC Affidavit                     ☑ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report         ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                          ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County ___9 months___ (length)           ☑ Ties to the community
☑ Currently on probation or has cases pending                ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)                 ☐ History of Drug Use
☐ Currently out on bond                                      ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits                         ☐ Defendant receives disability benefits

☐ Other: _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☐ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __500.00__ , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
____ R 500 _____    No PT _____
____ π 500 _____    Serious _____
                                           matter in Usage

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS                    ☐ Random UA's          ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device ☐ No Contact Order      ☐ Suspend driving privileges ☐ GPS to be monitored by DOC
                                                                                 (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____          ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,          )    Case No(s): _NF 25-_ ████
    Plaintiff,                )    _____
                              )    _____
v.                          )    _____
J███ M██ B███               )    _____
    Defendant.                )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

**NOW**, on this __23__ day of __May__, 20_25_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**          *PD Does not object to*
☐ PC Affidavit          ☑ Criminal Information          ☐ NCIC Criminal History Report   ☐ Other Criminal History
☑ Pretrial Services Report   ☐ Testimony of Witness(es)          ☐ Proffer of Evidence by Defendant's Counsel   *Waiver.*
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)          ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction          ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)          ☐ Ties to the community
☐ Currently on probation or has cases pending          ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)          ☐ History of Drug Use
☐ Currently out on bond          ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond          ☐ Defendant is unemployed.
☐ Defendant receives public benefits          ☐ Defendant receives disability benefits
☐ Other: _1 Waived hearing_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $__1000⁰⁰__, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:

_____
_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms          ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☑ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                          (Aggravated trafficking 63 OS 420(A))
    ☐ Other: __2019 E 81st St__   ☐ Court Waives Related Fee
    __Wal-mart__

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )    Case No(s): ___*NF-25*___
    Plaintiff,                            )
                                          )    _____
v.                                     )    _____
                                          )    _____
    Defendant.                            )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this _23_ day of _May_, 20_25_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

The Court has reviewed the following:                *PD does not object to*
☑ PC Affidavit            ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)  ☐ Proffer of Evidence by Defendant's Counsel *waiver*
☐ Other_____

**The Court considered and found** (only check box if factor found to exist):
☐ Serious offense (violent crime, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                        ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)             ☐ Ties to the community
☐ Currently on probation or has cases pending              ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)               ☐ History of Drug Use
☐ Currently out on bond                                    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond ☐ Defendant is unemployed.
☐ Defendant receives public benefits                       ☐ Defendant receives disability benefits
☑ Other: *Tribal Hold — McN*                              ☑ *waived*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
    the Defendant ☐ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ *3500 00*, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:

_____

_____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS              ☐ Random UA's         ☐ Surrender of Firearms    ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____  ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                )    Case No(s): ___CF-25-___
    Plaintiff,                            )
                                              )    _____
v.                                                )    _____
_____     )    _____
    Defendant.                          )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this _23_ day of _May_, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _5/23_, 20 _25_ at _10:00_ _____ ✱ Mary
    *PD does not object to pass* ___ *alesi*

**The Court has reviewed the following:**
☑ PC Affidavit                    ☐ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other _____          *PD does not object to* ___
    *waiver*

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense  (violent offense, serious drug offense)       ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                                      ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)                  ☐ Ties to the community
☑ Currently on probation or has cases pending                     ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)                          ☐ History of Drug Use
☐ Currently out on bond                                                         ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits                                     ☐ Defendant receives disability benefits
☐ Other: _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
    the Defendant ☑ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _5600_, **AND:**
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ *Waived unknown* _____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS              ☐ Random UA's       ☐ Surrender of Firearms     ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                                                                          (Aggravated trafficking 63 OS 420(A))
    ☐ Other: ___ *QT 10310 E 11th St.* ___  ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )    Case No(s): _____
    Plaintiff,                          )    _____
                                        )    _____
v.                                    )    _____
_____ G████ J███ E████ _____      )    _____
    Defendant.                          )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this _10_ day of _May_ 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit    ☑ Criminal Information    ☐ NCIC Criminal History Report ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction   ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County _4 ydus_(length)   ☐ Ties to the community
☐ Currently on probation or has cases pending   ☑ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)   ☐ History of Drug Use
☑ Currently out on bond   ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits   ☐ Defendant receives disability benefits
☐ Other:_Some Violent History_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk and/or safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk and/or safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _800⁰⁰_ , AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_Ⅰ 200 PT_
_Ⅱ 800⁰⁰_       _Decline PT due to history_

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS   ☐ Random UA's   ☐ Surrender of Firearms   ☐ House Arrest/Curfew
☐ Alcohol Monitor Device   ☐ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other: _____   ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk and/or safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**Fetlz et al v. Regaldo et al**      **5/30/2025**     **Remedies/4163**
**18-cv-298 (ND)**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,              )    Case No(s): _____
    Plaintiff,                        )
                                      )    _____
v.                                )    _____
_____ ⬛ G ⬛    )    _____
    Defendant.                        )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _10_ day of _May_ 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☑ Criminal Information      ☐ NCIC Criminal History Report ☐ Other Criminal History
☐ Pretrial Services Report      ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction _5_      ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _26 hrs_ (length)      ☑ Ties to the community    _Creek warrant_
☐ Currently on probation or has case pending      ☑ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)      ☑ History of Drug Use
☐ Currently out on bond      ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond      ☑ Defendant is unemployed. _unhoused_
☐ Defendant receives public benefits      ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☐ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
    the Defendant ☐**does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _200⁰⁰_ , **AND:**
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure the identified flight and/or safety risk, because _PT_
_1 PR Bond or 100 PT_
_1 200_

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS      ☐ Random UA's      ☐ Surrender of Firearms      ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device    ☐ No Contact Order      ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC
                                                                      (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____
                                  ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,  )    Case No(s): _____
    Plaintiff,  )
      )    _____
v.  )
___S██████ A██ J███████___  )    _____
    Defendant.  )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this __11__ day of __May__, 20__25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☑ Criminal Information      ☐ NCIC Criminal History Report    ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk    *Referral to Spec. Ct.*
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County __11 years__ (length)   *Rogers Co.*    ☑ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT    *Retired*
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed
☑ Defendant receives public benefits    ☐ Defendant receives disability benefits
☑ Other: __no history listed__

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
     the Defendant ☐ does not present an imminent safety risk, or ☐ does present an imminent safety risk. *?*
*Based on Aff.*

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $__3500__, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
__No PR- Statute__    Δ 2000°° / π 8000°°

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device    ☑ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other: _____ ████████ ____ated Fee

☐ **Referred to Pretrial Services.** ~~Based upon the flight risk and/or safety risk found above~~, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, <br>     Plaintiff, | )   Case No(s): _____ <br> )   _____ <br> ) |
| v. | )   _____ |
| ▉▉▉▉▉ N▉▉▉ <br>     Defendant. | )   _____ <br> )   _____ |

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this __11__ day of __May__, 20 __25__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
- ☐ PC Affidavit
- ☑ Criminal Information
- ☐ NCIC Criminal History Report
- ☐ Other Criminal History
- ☑ Pretrial Services Report
- ☐ Testimony of Witness(es)
- ☐ Proffer of Evidence by Defendant's Counsel
- ☐ Other _____

**The Court considered and found (only check box if factor found to exist):**
- ☐ Serious offense (violent offense, serious drug offense)
- ☑ Apparent likelihood of conviction
- ☑ Resident of Tulsa County __24 years__ (length)
- ☐ Currently on probation or has cases pending
- ☐ Likely to reoffend (criminal/bail history)
- ☐ Currently out on bond
- ☐ Defendant has financial resources available to post bond
- ☐ Defendant receives public benefits
- ☐ Other: __Homeless_____
- ☐ Threat to self or others/safety risk
- ☐ Mental Health history/Physical Disability
- ☐ Ties to the community
- ☐ Risk of Failure to Appear/Has FTAs
- ☐ History of Drug Use
- ☐ Defendant is employed FT or PT
- ☑ Defendant is unemployed.
- ☐ Defendant receives disability benefits

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☑ **does not** present an imminent safety risk, **or** ☐ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law. *PT*

To address the specified risk(s), the Court imposes a bond in the amount of $ __2000__, **AND:**
- ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- ☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ __Limited history__ _____ __4 100 or PT/2000.00__
__T 2000.00__

☐ **Additional Conditions of Release are hereby ordered:**
- ☐ GPS
- ☐ Random UA's
- ☐ Surrender of Firearms
- ☐ House Arrest/Curfew
- ☐ Alcohol Monitor Device
- ☐ No Contact Order
- ☐ Suspend driving privileges
- ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
- ☐ Other: _____
- ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

v.

D████ █████ N████
Defendant.

Case No(s): █F-25-████████

*1061424295*

████████████████████ISTRICT COURT
F I L E D

MAY 23 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA-TULSA COUNTY

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this 17 day of May, 2025, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____

**The Court has reviewed the following:**
☑ PC Affidavit    ☐ Criminal Information    ☐ NCIC Criminal History Report    ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☑ Mental Health history/Physical Disability
☑ Resident of Tulsa County __3 yrs__ (length)    ☐ Ties to the community
☐ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)    ☑ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☑ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant ☑ does not present a flight risk, or ☐ does present a flight risk AND the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk and/or safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk and/or safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ **300 ass.**, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
Pretrial referral request -
_____

☐ Additional Conditions of Release are hereby ordered:
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device    ☒ No Contact Order    ☐ Suspend driving privileges    ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☑ Other: Allies, Best Buy, Petsmart    ☐ Court Waives Related Fee
71st Street area # ███/0300 E 71st St Tulsa

☑ **Referred to Pretrial Services.** Based upon the **flight risk and/or safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

**JUDGE OF THE DISTRICT COURT**