4:18-cv-00298-SPF-JFJ
Exhibit 17
to Plaintiffs' Motion for Injunctive Relief, Dkt. 421
REDACTED

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                  )     Case No(s): ___WF 25-____
    Plaintiff,                            )
                                          )     _____
v.                                  )
____O____ S____ A____               )     _____
    Defendant.                            )     _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this __12__ day of __May__ 20 _2 5_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information      ☐ NCIC Criminal History Report ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction       5     ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County ___48 years___(length)    ☐ Ties to the community
☑ Currently on probation or has cases pending    ☐ Risk of Failure to Appear/Has FTAs  |
☑ Likely to reoffend (criminal/bail history)      ☐ History of Drug Use
☐ Currently out on bond         ☐ Defendant is employed FT or PT   7
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☑ Defendant receives public benefits     ☐ Defendant receives disability benefits
☑ Other:  — Osage History —

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, or ☐ **does** present a flight risk **AND**
    the Defendant ☐ **does not** present an imminent safety risk, or ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __3000⁰⁰__, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, **OR.**
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: __No__
_____ 1 500⁰⁰ _____
_____ T 5000⁰⁰ _____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS       ☐ Random UA's     ☑ Surrender of Firearms    ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device ☐ No Contact Order   ☐ Suspend driving privileges ☐ GPS to be monitored by DOC
                                                                             (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Shannon ___/_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,
    Plaintiff,

v.

D█████ J██████
    Defendant.

Case No(s):  _LIF-25-█████_
_____
_____
_____
_____
_____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _12_ day of _May_ 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☐ PC Affidavit    ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County _10 year_ (length)    ☐ Ties to the community
☑ Currently on probation or has cases pending    ☑ Risk of Failure to Appear/Has FTAs /
☑ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits    _NO_    ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☐ **does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _5000_ , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _NO_
_No PR – Statute_      _1 700_
_TT 8000⁰⁰_

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other:_____ ████████  ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_JUDGE OF THE DISTRICT COURT_

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )    Case No(s): NF ☒ 25 - ▮▮▮
    Plaintiff,  )
          )    _____
v.  )    _____
___ ▮▮▮ M ▮▮▮  )    _____
    Defendant.  )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __13__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☒ appears / ☐ does not appear) and is (☒ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

The Court has reviewed the following:
- ☒ PC Affidavit
- ☒ Criminal Information
- ☐ NCIC Criminal History Report
- ☐ Other Criminal History
- ☐ Pretrial Services Report
- ☐ Testimony of Witness(es)
- ☐ Proffer of Evidence by Defendant's Counsel
- ☐ Other_____

The Court considered and found (only check box if factor found to exist):
- ☐ Serious offense (violent offense, serious drug offense)
- ☐ Apparent likelihood of conviction
- ☐ Resident of Tulsa County __38 years__ (length)
- ☐ Currently on probation or has case pending
- ☐ Likely to reoffend (criminal/bail history)
- ☐ Currently out on bond
- ☐ Defendant has financial resources available to post bond __NO__
- ☒ Defendant receives public benefits
- ☐ Threat to self or others/safety risk
- ☐ Mental Health history/Physical Disability
- ☐ Ties to the community
- ☐ Risk of Failure to Appear/Has FTAs
- ☐ History of Drug Use
- ☐ Defendant is employed FT or PT
- ☒ Defendant is unemployed
- ☐ Defendant receives disability benefits
- ☒ Other: __Cherokee__    __Rogers Co.__ _____
- ☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☒ **does not** present a flight risk, **or** ☐ **does present a flight risk AND** the Defendant ☐**does not** present an imminent safety risk, **or** ☒ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☒ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __30,000.00__, **AND:**
- ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- ☒ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ __1   3000__ _____
_____ __7   30,000.00__ _____

☐ **Additional Conditions of Release are hereby ordered:**
- ☐ GPS
- ☐ Random UA's
- ☐ Surrender of Firearms
- ☐ House Arrest/Curfew
- ☐ Alcohol Monitor Device
- ☒ No Contact Order
- ☐ Suspend driving privileges
- ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
- ☐ Other: ___▮▮▮▮▮___
- ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
  Plaintiff,

v.

_Stevie Rae Alayna Maynard_
  Defendant.

) Case No(s):   C M - 2 5 - █████
)
)  _____
)
)  _____
)
)  _____
)

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __13__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit   ☐ Criminal Information  ☐ NCIC Criminal History Report ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)  ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)  ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction  ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __34 years__ (length)  ☑ Ties to the community
☑ Currently on probation or has case pending  ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)  ☐ History of Drug Use
☐ Currently out on bond  ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond ☑ Defendant is unemployed.
☑ Defendant receives public benefits  ☐ Defendant receives disability benefits
☐ Other: _____ _2 new cases_ _____

☑ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.
  _P.O History_
**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
  the Defendant ☐**does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __2000 ⁰⁰__ , **AND:**
☑ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
__ No PR - Statute _____ 1 - 00 _____
_____ II - 5000 ⁰⁰ _____

☐**Additional Conditions of Release are hereby ordered:**
 ☐ GPS  ☐ Random UA's  ☐ Surrender of Firearms  ☐ House Arrest/Curfew
 ☐ Alcohol Monitor Device ☑ No Contact Order ☐ Suspend driving privileges ☐ GPS to be monitored by DOC
                     (Aggravated trafficking 63 OS 420(A))
 ☐ Other: _____ _Victim_ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

            _____
            **JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF
OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff,

Case No(s): __NF-25____

v.

J█████ E█████

Defendant.    H█████

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __14__ day of __May__, 20 __25__ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
- ☑ PC Affidavit          ☑ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
- ☑ Pretrial Services Report   ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
- ☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
- ☐ Serious offense (violent offense, serious drug offense)
- ☑ Apparent likelihood of conviction
- ☑ Resident of Tulsa County __4 years__ (length)
- ☑ Currently on probation or has cases pending
- ☑ Likely to reoffend (criminal/bail history)
- ☐ Currently out on bond   *Deferred*
- ☐ Defendant has financial resources available to post bond
- ☐ Defendant receives public benefits
- ☐ Other:_____  *Juvenile history*

- ☐ Threat to self or others/safety risk
- ☑ Mental Health history/Physical Disability
- ☐ Ties to the community
- ☐ Risk of Failure to Appear/Has FTAs
- ☐ History of Drug Use
- ☐ Defendant is employed FT or PT
- ☐ Defendant is unemployed.
- ☐ Defendant receives disability benefits    *ydd*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ does not present a flight risk, or ☐ does present a flight risk AND
the Defendant ☐ does not present an imminent safety risk, or ☑ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $__1500 00__, AND:
- ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
  _____ 1 1000 00_____
  _____ II 2000 00_____

☐ **Additional Conditions of Release are hereby ordered:**
- ☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms       ☐ House Arrest/Curfew
- ☐ Alcohol Monitor Device  ☐ No Contact Order     ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                      (Aggravated trafficking 63 OS 420(A))
- ☐ Other: _____          ☐ Court Waives Related Fee

☑ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )  Case No(s): _NF 25-_ ▉
    Plaintiff,  )  _____
      )  _____
v.  )  _____
_C▉ S▉_  )  _____
    Defendant.  )  _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __14__ day of __May__, 20 _25_ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
- ☑ PC Affidavit
- ☐ Criminal Information
- ☐ NCIC Criminal History Report
- ☐ Other Criminal History
- ☑ Pretrial Services Report
- ☐ Testimony of Witness(es)
- ☐ Proffer of Evidence by Defendant's Counsel
- ☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
- ☐ Serious offense (violent offense, serious drug offense)
- ☑ Apparent likelihood of conviction
- ☑ Resident of Tulsa County _(oyears)_ (length)
- ☐ Currently on probation or has cases pending
- ☑ Likely to reoffend (criminal/bail history)
- ☑ Currently out on bond
- ☑ Defendant has financial resources available to post bond
- ☐ Defendant receives public benefits
- ☑ Other: _JDL Cases_____
- ☐ Threat to self or others/safety risk
- ☑ Mental Health history/Physical Disability
- ☑ Ties to the community
- ☑ Risk of Failure to Appear/Has FTAs
- ☑ History of Drug Use
- ☐ Defendant is employed FT or PT
- ☐ Defendant is unemployed.
- ☐ Defendant receives disability benefits

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND the defendant ☐**does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _15,000_, AND:
- ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
- ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_1  10,000_____
_T 20,000_____

☐**Additional Conditions of Release are hereby ordered:**
- ☐ GPS
- ☐ Random UA's
- ☐ Surrender of Firearms
- ☐ House Arrest/Curfew
- ☐ Alcohol Monitor Device
- ☑ No Contact Order ▉
- ☐ Suspend driving privileges
- ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
- ☐ Other: _____ ▉ ☐ Court Waives Related Fee _Tulsa, Ok_

☐ **Referred to Pretrial Services.** Based upon the **flight risk** or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Shannon JG_
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

_____ H_____    Defendant.

Case No(s): _NF · 25·_ ▉

_____

_____

_____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _13_ day of _May_ , 20 _25_ , the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is ( ☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____ ). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _5 | 14 | 25_ , 20 _25_ at _9:30_ .

**The Court has reviewed the following:**
☑ PC Affidavit     ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense  (violent offense, serious drug offense)    ☑ Threat to self or others/safety risk
☑ Apparent likelihood of conviction    ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County _loyd (length)_    ☐ Ties to the community
☐ Currently on probation or has case pending    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)    ☐ History of Drug Use
☐ Currently out on bond    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☑ Defendant is unemployed.
☐ Defendant receives public benefits    ☐ Defendant receives disability benefits
☑ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☐ **does not** present a flight risk, **or** ☑ **does** present a flight risk **AND**
the Defendant ☐ **does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _8000⁰⁰_ , **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____ _A 2000_
_____ _π 10,000⁰⁵_

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☑ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
    _OYO Hotel | 35 N Sheridan Rd Tulsa_ (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:**  The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substance(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,    )    Case No(s): _____ C M - 25 - ████
    Plaintiff,    )
    )    _____
v.    )    _____
████ T████ L████    )    _____
    Defendant.    B████    )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __15__ day of __May__, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit          ☑ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)      ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                            ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County ___*Oye au* (length)              ☐ Ties to the community
☐ Currently on probation or has cases pending                  ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                   ☐ History of Drug Use
☐ Currently out on bond          *Homeless*                    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond     ☑ Defendant is unemployed.
☐ Defendant receives public benefits                           ☐ Defendant receives disability benefits
☐ Other: _*I n Pre Trial Absonder / JDL history*_

☐ Defendant has prior arrests and/or convictions for violation of Protection from/Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, or ☐ **does** present a flight risk AND
the Defendant ☐ **does not** present an imminent safety risk, or ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _300 °°_, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_A PR Bond — 100_
_T 500°°_

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS          ☐ Random UA's          ☐ Surrender of Firearms       ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☑ No Contact Order   ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                                    (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _████_              ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Shannon Ople_
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | Case No(s): ___ ⬛ F 25 - ___ |
| Plaintiff, | ) | _____ |
| | ) | _____ |
| v. | ) | _____ |
| ⬛ J ⬛ C ⬛ | ) | _____ |
| Defendant. | ) | _____ |

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this __15__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next hearing will be on: _____, 20____ at _____.

*No obj PD on A's waiver*

**The Court has reviewed the following:**
☐ PC Affidavit          ☑ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report   ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)       ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                              ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)                  ☐ Ties to the community
☑ Currently on probation or has cases pending                    ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)                     ☐ History of Drug Use
☐ Currently out on bond                                          ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond       ☐ Defendant is unemployed.
☐ Defendant receives public benefits                             ☐ Defendant receives disability benefits
☐ Other: __*A waived*_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk **AND**
the defendant ☐**does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $__12,000 ᵒᵒ__, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
__A   1500ᵒᵒ__
__π   25,000ᵒᵒ__

☐ **Additional Conditions of Release are hereby ordered:**
☐ GPS              ☐ Random UA's        ☐ Surrender of Firearms      ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☑ No Contact Order   ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                                          (Aggravated trafficking 63 OS 420(A))
☐ Other: __QT 1443 S. Denver Ave.__   ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )    Case No(s): ▮▮▮▮▮▮
   Plaintiff,               )
                )    _____
v.                           )
A▮▮▮ ▮▮▮▮ S▮▮▮▮           )    _____
   Defendant.               )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _15_ day of ___May___, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑appears / ☐ does not appear) and is (☑represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit        ☑ Criminal Information    ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report   ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction              ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)    ☐ Ties to the community
☑ Currently on probation or has cases pending     ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)        ☐ History of Drug Use
☐ Currently out on bond                    ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond  ☐ Defendant is unemployed.
☐ Defendant receives public benefits          ☐ Defendant receives disability benefits
☑ Other: _Disability_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not present a flight risk, or** ☐ **does present a flight risk** AND
      the Defendant ☐**does not** present an imminent safety risk, **or** ☑ **does present an imminent safety risk.**

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $___500___, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____A___100_____
_____T1___500_____

☐**Additional Conditions of Release are hereby ordered:**
    ☐ GPS     ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                  (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,
Plaintiff,

)
)
)

Case No(s): NF - 25 - ███████

v.
J████ X ███ m███████

)
)
)
)

Defendant.

)

_____

_____

_____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this __16__ day of __May__ 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit     ☐ Criminal Information     ☐ NCIC Criminal History Report   ☐ Other Criminal History
☑ Pretrial Services Report     ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**

☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction     ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County __10 year__ (length)     ☑ Ties to the community
☐ Currently on probation or has cases pending     ☐ Risk of Failure to Appear/Has FTAs _Been in DoC_
☑ Likely to reoffend (criminal/bail history)     ☐ History of Drug Use
☐ Currently out on bond     ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond     ☐ Defendant is unemployed.
☐ Defendant receives public benefits     ☐ Defendant receives disability benefits
☑ Other: _CA History_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☑ does present a flight risk AND
the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _50,000⁰⁰_ , AND:
☑ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____△ 30,000_____
_____π 60000_____

☐ **Additional Conditions of Release are hereby ordered:**

☐ GPS     ☐ Random UA's     ☐ Surrender of Firearms     ☐ House Arrest/Curfew
☐ Alcohol Monitor Device     ☑ No Contact Order     ☐ Suspend driving privileges     ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other: _____ ████████ _ives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,        )    Case No(s): _*NF-25-*____
        Plaintiff,        )
                          )    _____
v.                        )
                          )
_____     )    _____
        Defendant.        )
                          )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this _16_ day of _May_, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____ If Defendant is not present, the next bond hearing will be on: _____, 20 ___ at _____ _Spanish recorded_

The Court has reviewed the following:
☑ PC Affidavit            ☑ Criminal Information      ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report  ☐ Testimony of Witness(es)   ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

The Court considered and found (only check box if factor found to exist):
☐ Serious offense (violent offense, serious drug offense)        ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                              ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County _5 years_ (length)                   ☑ Ties to the community
☐ Currently on probation or has cases pending                    ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                     ☐ History of Drug Use
☐ Currently out on bond                                          ☑ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond       ☐ Defendant is unemployed
☐ Defendant receives public benefits                             ☐ Defendant receives disability benefits
☑ Other: _ICE_ _no history just ice_ _____

☐ Defendant has prior arrests or convictions for violation of Protection from Domestic Abuse Act or/offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

The Court **FINDS** the Defendant: ☐ does not present a flight risk, or ☑ does present a flight risk AND _.20_
        the Defendant ☐ does not present an imminent safety risk, or ☑ does present an imminent safety risk. _Agg DUI_

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _10,000_, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _Stated no_
_I   10,000_
_TI  10,000_

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS              ☐ Random UA's         ☐ Surrender of Firearms      ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device  ☐ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                                (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____  ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_[signature]_
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

_B████ J███ G████_
    Defendant.

Case No(s):    _CM-24-_ ████

_NF 25-_ ████

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _19_ day of _May_, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit     ☑ Criminal Information     ☐ NCIC Criminal History Report   ☐ Other Criminal History
☑ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**

| | |
|---|---|
| ☐ Serious offense (violent offense, serious drug offense) | ☐ Threat to self or others/safety risk |
| ☑ Apparent likelihood of conviction | ☑ Mental Health history/Physical Disability |
| ☑ Resident of Tulsa County _5 Years_ (length) | ☑ Ties to the community |
| ☑ Currently on probation or has cases pending | ☐ Risk of Failure to Appear/Has FTAs |
| ☑ Likely to reoffend (criminal/bail history) | ☐ History of Drug Use |
| ☐ Currently out on bond | ☐ Defendant is employed FT or PT |
| ☐ Defendant has financial resources available to post bond | ☑ Defendant is unemployed |
| ☐ Defendant receives public benefits | ☐ Defendant receives disability benefits |

☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☐ **does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _18,000_  _CM-24-_ ████
☑ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.    _500_
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _NO_

_No PR - Statute_    1 _5000_    250 _CM-24-_ ████
                11 _25,000_

☐ **Additional Conditions of Release are hereby ordered:**

☐ GPS    ☐ Random UA's    ☐ Surrender of Firearms    ☐ House Arrest/Curfew
☐ Alcohol Monitor Device   ☑ No Contact Order    ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC (Aggravated trafficking 63 OS 420(A))
☐ Other:_____ *Boy Friend* ___ ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                    )    Case No(s): __*NF-25*_____ ▮
      Plaintiff,                     )    _____
                                     )    _____
v.                                    )    _____
___J___ ▮___R___ ▮___m___ ▮           )    _____
      Defendant.                     )    _____

<u>**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**</u>

**NOW**, on this __*19*__ day of __*May*__, 20 *25*, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

*Public Defender no objection to*

**The Court has reviewed the following:**
☑ PC Affidavit      ☐ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel   *waive*
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☐ Apparent likelihood of conviction              ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)    ☐ Ties to the community
☐ Currently on probation or has cases pending     ☐ Risk of Failure to Appear/Has FTAs   *Specialty*
☐ Likely to reoffend (criminal/bail history)       ☐ History of Drug Use               *ct.*
☐ Currently out on bond                  ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond    ☐ Defendant is unemployed.
☐ Defendant receives public benefits         ☐ Defendant receives disability benefits
☐ Other: *KS, mo* _____ / *waived*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk **AND**
    the defendant ☐**does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ *30,000* , **AND:**
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
    ___*20,000*_____ *Unknown*
    ___*Tt 40,000*_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS      ☐ Random UA's      ☐ Surrender of Firearms      ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☑ No Contact Order    ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                          (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____ ▮ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                    )    Case No(s): NF 25- ███
    Plaintiff,                        )    _____
                                      )
v.                                    )    _____
                                      )
K███ L███ S███                        )    _____
    Defendant.                        )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this __19__ day of __May__, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☑ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

*Δ waived. PD does not object*

The Court has reviewed the following:
☐ PC Affidavit                    ☑ Criminal Information    ☐ NCIC Criminal History Report    ☐ Other Criminal History
☑ Pretrial Services Report        ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

The Court considered and found (only check box if factor found to exist):
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                          ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)               ☐ Ties to the community
☐ Currently on probation or has cases pending                ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                 ☐ History of Drug Use
☐ Currently out on bond                                      ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits                         ☐ Defendant receives disability benefits
☑ Other: *Mayes Co Hold — no questions filled out*

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

The Court FINDS the Defendant: ☐ does not present a flight risk, or ☐ does present a flight risk AND
    the Defendant ☐ does not present an imminent safety risk, or ☑ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.
    To address the specified risk(s), the Court imposes a bond in the amount of $ _750⁰⁰_, AND:
    ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
    ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
    _____ *Ⅱ - 750* _____
    _____ *Ⅱ 750* _____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐ GPS                      ☐ Random UA's           ☐ Surrender of Firearms        ☐ House Arrest/Curfew
    ☐ Alcohol Monitor Device   ☐ No Contact Order       ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                                          (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED**: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

A███████ F██████
    Defendant.

Case No(s): __NF 25-_____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this __20__ day of __May__, 20__25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit      ☑ Criminal Information      ☐ NCIC Criminal History Report    ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)    ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction        ☑ Mental Health history/Physical Disability
☑ Resident of Tulsa County _11yrs_(length)     ☐ Ties to the community
☐ Currently on probation or has cases pending    ☑ Risk of Failure to Appear/Has FTAs _2X_
☐ Likely to reoffend (criminal/bail history)     ☑ History of Drug Use
☐ Currently out on bond          ☐ Defendant is employed FT or PT _Homeless_
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☑ Defendant receives public benefits     ☐ Defendant receives disability benefits
☑ Other: _Kay, Pawnee_
☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ **does not** present a flight risk, or ☐ **does** present a flight risk AND
     the Defendant ☐ **does not** present an imminent safety risk, or ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.
To address the specified risk(s), the Court imposes a bond in the amount of $ _45,000°°_, **AND**:
   ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
   ☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: _N/0_
_____ △ – 10,000°° _____
_____ π – 65,250°° _____

☐ **Additional Conditions of Release are hereby ordered:**
   ☑ GPS     ☐ Random UA's     ☐ Surrender of Firearms     ☐ House Arrest/Curfew
   ☐ Alcohol Monitor Device   ☐ No Contact Order    ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                    (Aggravated trafficking 63 OS 420(A))
   ☐ Other: _____     ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_Shannon Gray_
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,           )      Case No(s):   CF- 25-
        Plaintiff,           )
                             )      _____
v.                           )
                             )      _____
___J___ ___L___ ___J___      )
        Defendant.           )      _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this __20__ day of __May__, 20 __25__, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit                    ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☑ Pretrial Services Report        ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)          ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                                ☐ Mental Health history/Physical Disability
☑ Resident of Tulsa County __25yrs__ (length)                      ☐ Ties to the community
☐ Currently on probation or has case/s pending                     ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                       ☐ History of Drug Use
☐ Currently out on bond                                            ☐ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond         ☑ Defendant is unemployed.
☐ Defendant receives public benefits                               ☐ Defendant receives disability benefits

☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☐ does not present a flight risk, or ☑ does present a flight risk AND
        the Defendant ☑ does not present an imminent safety risk, or ☐ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ __4000.00__, AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because: __NO__
____Ct 1000/PT 750.00_____
____ Tt 4000.00_____

☐ **Additional Conditions of Release are hereby ordered:**
    ☐  GPS                    ☐ Random UA's           ☐ Surrender of Firearms        ☐ House Arrest/Curfew
    ☐  Alcohol Monitor Device ☐ No Contact Order       ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                                                        (Aggravated trafficking 63 OS 420(A))
    ☐ Other: _____      ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,                )    Case No(s): _____ *NF-25-* ███
    Plaintiff,                )    _____
                              )    _____
v.                                )    _____
█████ █ █ H██                     )    _____
    Defendant.                )    _____

**COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101**

NOW, on this ___20___ day of ___May___, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit                ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)          ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                               ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County _Toyea S_(length) ✓                    ☑ Ties to the community
☐ Currently on probation or has cases pending                     ☑ Risk of Failure to Appear/Has FTAs /
☑ Likely to reoffend (criminal/bail history) _Sonq history_       ☑ History of Drug Use
☐ Currently out on bond                                           ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond        ☑ Defendant is unemployed.
☑ Defendant receives public benefits                              ☐ Defendant receives disability benefits
☐ Other:_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ does not present a flight risk, or ☐ does present a flight risk AND
    the Defendant ☐ does not present an imminent safety risk, or ☑ does present an imminent safety risk. ?

☐ **Order of Release on Personal Recognizance**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _/200°°_ , AND:
  ☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
  ☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____C   1000 PT   / 750_____
_____II   2,100°°_____

☐ **Additional Conditions of Release are hereby ordered:**
  ☐ GPS              ☐ Random UA's        ☐ Surrender of Firearms    ☐ House Arrest/Curfew
  ☐ Alcohol Monitor Device  ☐ No Contact Order  ☐ Suspend driving privileges  ☐ GPS to be monitored by DOC
                                                    (Aggravated trafficking 63 OS 420(A))
  ☐ Other: _____    ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services**. Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

STATE OF OKLAHOMA,       )    Case No(s): _nF-25-_____
       Plaintiff,          )
                      )    _____
v.                        )
    _____ )    _____
       Defendant.       )    _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW**, on this _21_ day of _May_____, 20 _25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☐ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☑ waived / ☐ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20____ at _____

_Public Defender does not object to waiver_

**The Court has reviewed the following:**
☐ PC Affidavit          ☐ Criminal Information      ☐ NCIC Criminal History Report   ☐ Other Criminal History
☐ Pretrial Services Report      ☐ Testimony of Witness(es)     ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense (violent offense, serious drug offense)     ☐ Threat to self or others/safety risk
☐ Apparent likelihood of conviction                    ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _____(length)      ☐ Ties to the community
☑ Currently on probation or has cases pending    _pending_   ☐ Risk of Failure to Appear/Has FTAs
☑ Likely to reoffend (criminal/bail history)            ☐ History of Drug Use
☐ Currently out on bond                           ☐ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond   ☐ Defendant is unemployed.
☐ Defendant receives public benefits               ☐ Defendant receives disability benefits
☐ Other: _△ waived_____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS the Defendant:** ☑ **does not** present a flight risk, **or** ☐ **does** present a flight risk AND
the Defendant ☐ **does not** present an imminent safety risk, **or** ☑ **does** present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☐ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.
To address the specified risk(s), the Court imposes a bond in the amount of $ _9000.00_____, **AND:**
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
_____
_____

☐ Additional Conditions of Release are hereby ordered:
☑ GPS          ☐ Random UA's      ☐ Surrender of Firearms     ☐ House Arrest/Curfew
☐ Alcohol Monitor Device   ☐ No Contact Order    ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                                                            (Aggravated trafficking 63 OS 420(A))
☐ Other: _____     ☐ Court Waives Related Fee

☐ **Referred to Pretrial Services.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:** The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
**JUDGE OF THE DISTRICT COURT**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,       )    Case No(s): _CF-26_ ████
       Plaintiff,         )         _____
                          )         _____
v.                        )         _____
K██ A██ L██               )         _____
       Defendant.         )         _____

### COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

**NOW,** on this _22_ day of _May_, 20_25_, the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant ☑ appears / ☐ does not appear)  and is  (☐ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

**The Court has reviewed the following:**
☑ PC Affidavit                ☑ Criminal Information        ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report    ☐ Testimony of Witness(es)    ☐ Proffer of Evidence by Defendant's Counsel
☐ Other_____

**The Court considered and found (only check box if factor found to exist):**
☐ Serious offense  (violent offense, serious drug offense)          ☐ Threat to self or others/safety risk
☑ Apparent likelihood of conviction _whole life_ (length) _Cmas_     ☐ Mental Health history/Physical Disability
☐ Resident of Tulsa County _Cherokee Co._                           ☐ Ties to the community
☐ Currently on probation or has cases pending                       ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                        ☐ History of Drug Use
☐ Currently out on bond                                             ☑ Defendant is employed FT or PT
☐ Defendant has financial resources available to post bond          ☐ Defendant is unemployed.
☑ Defendant receives public benefits                                ☐ Defendant receives disability benefits
☑ Other: _MCN Hold_ _____

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

**The Court FINDS** the Defendant: ☑ does not present a flight risk, or  ☐ does present a flight risk AND
the Defendant ☐ does not present an imminent safety risk, or ☑ does present an imminent safety risk.

☐ **Order of Release on Personal Recognizance.** Based upon the **flight risk** and/or **safety** risk found above, the Court finds release on personal recognizance is authorized and granted upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ **Order of Release on Bond.** Based upon the **flight risk** and/or **safety risk** found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _4000_ ⁽ᵂ⁾ , AND:
☐ The Defendant **is** presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☑ The Defendant **is not** presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight risk and/or safety risk, because:
_____ _A 1000_____
_____ _TT 5000ᵂ_____

☐ **Additional Conditions of Release are hereby ordered:**
     ☐ GPS              ☐ Random UA's          ☐ Surrender of Firearms        ☐ House Arrest/Curfew
     ☐ Alcohol Monitor Device   ☑ No Contact Order   ☐ Suspend driving privileges   ☐ GPS to be monitored by DOC
                          _No Animals in_                                       (Aggravated trafficking 63 OS 420(A))
     ☐ Other: _____ _Care during_ Court Waives Related Fee
                          _pendency of case._

☐ **Referred to Pretrial Services.** Based upon the flight risk and/or safety risk found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ **BAIL DENIED:**  The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment **and** the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

STATE OF OKLAHOMA,                )    Case No(s): _____
            Plaintiff,            )
                                  )    _____
v.                                )
_____             )    _____
            Defendant.            )    _____

## COURT'S FINDINGS FOR PURPOSES OF INITIAL BOND HEARING PURSUANT TO 22 OS 1101

NOW, on this _____ day of _____ 20___ the above styled and numbered matter(s) comes on for Initial Bond Hearing pursuant to LCR2. The Defendant (☑ appears / ☐ does not appear) and is (☑ represented by the Tulsa County Public Defender's Office / ☐ represented by private counsel _____). If the Defendant does not appear: The Defendant has been advised of rights and (☐ waived / ☑ did not waive) his/her rights to hearing due to: _____
If Defendant is not present, the next bond hearing will be on: _____, 20___ at _____.

The Court has reviewed the following:
☐ PC Affidavit          ☑ Criminal Information          ☐ NCIC Criminal History Report  ☐ Other Criminal History
☐ Pretrial Services Report  ☐ Testimony of Witness(es)      ☐ Proffer of Evidence by Defendant's Counsel
☐ Other _____

The Court considered and found (only check box if factor found to exist):
☑ Serious offense (violent offense, serious drug offense)       ☑ Threat to self or others/safety risk
☑ Apparent likelihood of conviction                             ☑ Mental Health history/Physical Disability
☐ Resident of Tulsa County ___45 yrs___ (length)                ☑ Ties to the community
☐ Currently on probation or has cases pending                   ☐ Risk of Failure to Appear/Has FTAs
☐ Likely to reoffend (criminal/bail history)                    ☑ History of Drug Use
☐ Currently out on bond                                         ☑ Defendant is employed FT or PT
☑ Defendant has financial resources available to post bond      ☐ Defendant is unemployed.
☐ Defendant receives public benefits                            ☐ Defendant receives disability benefits
☐ Other: _only history traffic ticket_

☐ Defendant has prior arrests and/or convictions for violation of Protection from Domestic Abuse Act and/or offenses pursuant to 57 OS 571. Defendant is therefore ineligible for a personal recognizance bond or a pretrial bond through court services.

The Court FINDS the Defendant: ☑ does not present a flight risk, or ☐ does present a flight risk AND
            the Defendant ☐ does not present an imminent safety risk, or ☑ does present an imminent safety risk.

☐ Order of Release on Personal Recognizance. Based upon the flight risk and/or safety risk found above, the Court finds release on personal recognizance is authorized and contingent upon the Defendant completing "Personal Recognizance" Form 83 (Rev. 1-17) plus any Additional Conditions of Release, if any, below are imposed. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

☑ Order of Release on Bond. Based upon the flight risk and/or safety risk found above, the Court finds that non-monetary conditions will not reasonably ensure the defendant's appearance and/or the community's safety. The Defendant shall appear in court as directed by the Court and will not commit violations of City, State, or Federal law.

To address the specified risk(s), the Court imposes a bond in the amount of $ _38,000_ , AND:
☑ The Defendant is presently able to pay the bond amount imposed, based on the ability-to-pay findings above, OR.
☐ The Defendant is not presently able to pay the assigned bond, and no combination of affordable monetary conditions and/or non-monetary conditions will reasonably ensure against the identified flight and/or safety risk, because:
___26,000___
___π 50,000___

☐ Additional Conditions of Release are hereby ordered:
☑ GPS              ☐ Random UA's          ☑ Surrender of Firearms          ☐ House Arrest/Curfew
☐ Alcohol Monitor Device  ☑ No Contact Order      ☐ Suspend driving privileges      ☐ GPS to be monitored by DOC
                                                                                    (Aggravated trafficking 63 OS 420(A))
☐ Other: _J.W or J.R_   ☐ Court Waives Related Fee

☐ Referred to Pretrial Services. Based upon the flight risk and/or safety risk found above, the Court finds that an assessment and proposed conditions for release shall be made by Pretrial Services for review and consideration by the Court and then such further orders will be made by the Court.

☐ BAIL DENIED: The Defendant has been charged with (1) a capital offense(s) of which the proof of guilt is evident or the presumption thereof is great; (2) a violent offense(s); (3) an offense(s) where the maximum sentence may be life imprisonment or life imprisonment without the possibility of parole; (4) a felony offense(s) where the person charged with the offense has been convicted of two or more felony offenses arising out of different transactions; or (5) a controlled dangerous substances offense(s) where the maximum sentence may be at least ten years imprisonment and the proof of guilt is evident or the presumption is great and that no condition of release would assure the safety of the community or any person.

_____
JUDGE OF THE DISTRICT COURT

Fetlz et al v. Regaldo et al          5/30/2025          Remedies/2904
18-cv-298 (ND)