## Bond Docket Bench Card

**Advisement:** Inform arrestees of bond docket legal standards and rights. See reverse.

**Representation**: Arrestees have a right to representation by the Public Defender for the hearing if they wish. If an arrestee wants to consult privately with the Assistant Public Defender or their retained attorney before or during the hearing, allow them to do so.

**Waiver**: If an arrestee does not appear for any reason, reschedule them for the next bond hearing, unless their arraignment has already passed. Do not waive their appearance or their bond hearing unless you have advised them of their bond hearing rights and confirmed their intent to waive, or they have an attorney who requests a waiver.

**Access to Evidence**: Confirm that arrestees or attorneys have had a chance to review their pretrial packets and other documents you review during their hearing. Confirm that arrestees can see and hear you and all attorneys and witnesses who address you during their hearing.

**Ability to Pay Findings:** If you impose bail, find whether the person will be able to post the amount you set, and articulate the evidence on which the finding is based.

**Consideration of Alternatives to Unaffordable Bail**: Under the Fourteenth Amendment, bail that an arrestee cannot pay is a "de facto detention order," and all procedural requirements for a valid detention order are required. Before you set an aggregate bail amount that an arrestee cannot pay, you must consider alternative options for addressing risks of dangerousness and/or flight. If you set a bond that the person cannot pay:

- Articulate the risk(s) of flight and/or dangerousness that you find, and the specific evidence on which your finding is based.[*]
- Articulate why no alternative conditions that would enable release—including non-monetary conditions and affordable bail—can reasonably assure safety and appearance, and identify the evidence on which your findings are based.

**Pre Trial Referral**. A pretrial referral is not a substitute for setting monetary and non-monetary conditions of release. The referral to Pretrial Services should be independent of the bail decision.

**Articulate All Applicable Conditions**. State the aggregate bond amount you have imposed if any, and articulate what each non-monetary bond condition you impose requires of the arrestee. Explain that a violation of any of the conditions you have imposed can lead to the issuance of a warrant and revocation of their release.

**EXHIBIT 4**

---

[*] Relevant factors include those articulated in *Brill v. Gurich*, 1998 OK CR 49, and are listed on the bench for reference. *Brill v. Gurich* requires all findings to be made by clear and convincing evidence, *id*., 1998 OK CR 48, ¶¶ 13-14.

Fetlz et al v. Regaldo et al          5/23/2025          Remedies/2637
18-cv-298 (ND)