## DECLARATION OF LORA HOWARD

STATE OF OKLAHOMA  )
                   ) ss:
COUNTY OF TULSA    )

I, Lora Howard, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, the following is true and correct:

1. I am currently a licensed attorney in the State of Oklahoma in good standing and am the Chief Public Defender for the Tulsa County District Court. I have held this position since January 2024. My duties and responsibilities include assigning assistant public defenders to the Bond Docket.

2. The Bond Docket is currently being held every day, and I have directed the assistant public defenders assigned to the Bond Docket to appear on the docket from the courtroom in the David L. Moss Detention Center. I have no intention of changing this policy, and deviation from this policy would only occur due to exigent circumstances.

Executed on 13 day of Aug, 2025.

_____
Lora Howard

**EXHIBIT 7**