**RULE 11.   Photographing, Recording, Broadcasting and Televising Judicial Proceedings**

In conformity with the practice that has prevailed in the District Courts, the following rules governing the taking of photographs, the recording, broadcasting and televising of judicial proceedings in the Courthouse of Tulsa County, Oklahoma, are hereby promulgated:

1. Except as expressly permitted by the individual Judge, the use of cameras, television and other recording or broadcasting equipment is prohibited:

   a. Inside a courtroom

   b. In the immediate vicinity of a courtroom, including the hallways, with the exception of that hallway between the public elevators.

2. The use of cameras, television, recording and broadcasting equipment is not prohibited in other areas of the Courthouse, provided that media representatives exercise diligence to insure that such equipment and its use do not interfere with the session of any proceeding being covered or with any proceeding in a courtroom adjacent to the proceeding being covered.

3. Notwithstanding these rules, the Presiding Judge or an individual Judge may promulgate specific rules governing the use of cameras, television, recording and broadcasting equipment to remain in force and effect for any specific proceeding or event.

The purpose of this directive is to insure that courtroom proceedings are conducted at all times with dignity and in a manner calculated to avoid the disruption of order and decorum which the judicial process demands.

It should be emphasized that the representatives of the news media are expected to conduct themselves at all times in a professional manner consistent with the spirit and intent of this directive. In order to insure such conduct, if conduct of the news media which is violative of the foregoing rules is brought to the attention of any Judge, the offending person shall be notified immediately to cease and desist such activity. If the offending party refuses to comply with the order, then the Judge may immediately command his or her personnel to take affirmative action to end such activity, including the seizure of the equipment of such person. Any offender may be dealt with for contempt of Court.

This directive does not prohibit any Judge from giving photographic or broadcasting interviews with any television or radio station or to be photographed in any manner in chambers, and any Judge may permit broadcasting, televising, recording or photographing of investigative, ceremonial or naturalization proceedings or any moot court trial use for educational or scientific purposes.

EXHIBIT 10