IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

AO-2024-8



DISTRICT COURT
FILED
MAR 25 2024
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

ADMINISTRATIVE ORDER RE: FILING OF COURT'S
FINDINGS FOR PURPOSES OF INITIAL BOND HEARING

Effective April 1, 2024, the Court's Findings for Purposes of Initial Bond Hearing (hereinafter "Court's Findings") pursuant to 22 OS §1101 currently being filed in all "NF" cases shall be filed in all criminal cases where the State of Oklahoma has filed formal charges. At such time as the State has filed formal charges and a case number has been assigned by the Court Clerk's office, the Court Clerk's office shall transfer the Court's Findings from the related "NF" case to the assigned criminal case.

In cases where the State has declined to file charges the Court's Findings shall remain in the "NF" file.

ORDERED THIS __25__ DAY OF MARCH, 2024.

Dawn Moody
Presiding Judge

EXHIBIT
13