## DECLARATION OF JUDGE DAWN MOODY

STATE OF OKLAHOMA )
) ss:
COUNTY OF TULSA )

I, Dawn Moody, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, the following is true and correct:

1. I am currently a District Judge for and in the Tulsa County District Court, and am the Presiding Judge for the Fourteenth Judicial District which includes Tulsa County. I have held the position of Presiding Judge since January 1, 2024. My term as Presiding Judge ends on December 31, 2025.

2. During my term as Presiding Judge, a written Notice to defendants/arrestees about the Bond Docket was developed with the current notice being implemented on or about April 2, 2025. Additionally, an oral advisement to be given by the Special Judges at the opening of the Bond Docket was developed and implemented on or about March 14, 2025. A bench card to aid the Special Judges in their judicial decision-making was also developed and provided to the Special Judges on or about March 14, 2025. A new written Bail Determination Order form was developed, and the current version was implemented on or about March 14, 2025. Finally, the bond docket went back to daily operation on or about September 7, 2024.

3. I have no intention of modifying the documents identified in paragraph 2 and am unaware of any other judge planning to modify these documents. The reasons that these documents might be subject to change would be due to a decision by the Court in the *Feltz v. Tulsa Cty.* case or changes in law made by other Court's decisions or legislative acts.

Executed on 19 day of August, 2025.

*/s/ Dawn Moody*

**EXHIBIT 14**