IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>  Defendants. | Case No. 18-cv-0298-SPF-JFJ |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Stefanie E. Lawson, counsel of record for Defendants State Judges in the above-referenced matter, respectfully requests that the Court grant her permission to withdraw as counsel of record for these Defendants because she is leaving her employment with the Attorney General's Office as of August 22, 2025. Erin M. Moore, Senior Assistant Attorney General, will continue her representation of these Defendants. A proposed order is submitted with this Motion.

*s/Stefanie E. Lawson*
STEFANIE E. LAWSON, OBA #22422
Assistant Attorney General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
stefanie.lawson@oag.ok.gov
*Attorney for Defendant State Judges*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of August, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid to all counsel of record.

                                            *s/Stefanie E. Lawson*
                                            Stefanie E. Lawson