4:18-cv-00298-SPF-JFJ
Exhibit 2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ and ASHTON LEE
DENNIS, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

v.

VIC REGALADO, *et al.,*

        Defendants.

**Case No. 18-cv-298-SPF-JFJ**

### SECOND DECLARATION OF ELSHADDAI ALI

ELSHADDAI ALI declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1.      My name is Elshaddai Ali. I am 23 years of age.

2.      I am employed as a paralegal at Still She Rises.

3.      On June 20, 2025, I submitted a Declaration in support of Plaintiffs' Motion for Injunctive Relief. Doc. 421- 6.

4.      Since the filing of my first Declaration, I have watched bond docket proceedings on 13 days. In total, since March 5, 2025, I have watched bond docket proceedings on 40 days.

5.      In the course of my observations, I saw two attorneys on four separate dates request that their clients' bond hearings be preserved on the record. On each occasion, the presiding judge stated that they were beginning to record in response to the request. Each attorney who requested a recording is employed by Still She Rises, Inc. and was privately retained. On the 40 occasions that I have observed bond docket proceedings, I have never heard an attorney from the public defender's office request that a hearing be recorded. I have never

heard the judge or anyone else ask people appearing on the docket if they would like to have their hearings recorded.

6.      Prior to August 25, 2025, the date on which I first observed a private attorney request a recording, I was not aware that bond docket proceedings could be recorded and a transcript later obtained.

7.      On September 3, 2025, I requested a court reporter produce a transcript of one of the bond hearings that had been recorded. I received a completed transcript that accurately reflected the proceeding that I had observed.

8.      During the occasions that I have observed bond docket virtually or in-person from the David L. Moss Criminal Justice Center, I have never witnessed a physical altercation in the jailhouse courtroom.

9.      I attended bond docket in-person at the David L. Moss Criminal Justice Center on one occasion, May 8, 2025. During that proceeding, I did not see or hear anything that made me feel unsafe. While observing bond docket, I have never witnessed or heard anything that indicated to me that anyone else—an arrestee, a corrections officer, or a civilian—felt unsafe.

Executed on: 09/16/25
Tulsa, Oklahoma

_____
Elshaddai Ali