# 4:18-cv-00298-SPF-JFJ
# Exhibit 3

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

 3     Case No. 18-CV-0298-CVE-JFJ

 4     - - - - - - - - - - - - - - - - - -X
       RICHARD FELTZ, et al.,             :
 5     On behalf of himself               :
       and all others                     :
 6     similarly situated,                :
                    Plaintiff             :
 7                                        :
       VS                                 :
 8                                        :
       BOARD OF COUNTY COMMISSIONERS      :
 9     OF TULSA COUNTY, et al.,           :
                    Defendants            :
10     - - - - - - - - - - - - - - - - - -X
       ^Feltz, et al. vs. Board of County Commissioners of
11     Tulsa County, et al. - deposition of Judge William
       J. Musseman Jr.
12

13

14                       ^ROUGH DRAFT

15

16          Videotaped deposition of JUDGE WILLIAM J.
       MUSSEMAN JR. taken via videoconference before
17     Clifford Edwards, Certified Shorthand Reporter and
       Notary Public, on December 16, 2020, at 10:09 a.m.
18

19

20

21

22

23

24

25
```

```
 1  based on?
 2      A    From conversations with not only Guten,
 3  but other judges that have covered it on the
 4  weekend, as well as conversations that I had -- at
 5  the time, these are -- these are kind of old
 6  conversations, but conversations that I had with the
 7  public defender at the time who was monitoring jail
 8  population.
 9           And the jail population was ticking down
10  as that docket was growing, which tells me, at
11  least, that there is some de novo and -- and better
12  individualized assessment of the ^ in-custody people
13  presiding on the bond docket. ^
14      Q    All right.  Coming back to -- we talked a
15  little bit about your conversations with Hiddle
16  about running that docket.  We talked about your
17  conversations with Judge Guten about running that
18  docket.
19           Beyond those conversations and the actual
20  AO-9 and 10 and then later Local Rule 2, during your
21  time as presiding judge, is there any other policy,
22  documents, or training documents that I should look
23  to to understand how you believe the bond docket
24  should be administrated?
25      A    There was a document, and it's more -- I
```

ROUGH DRAFT

```
 1  would -- less policy, but more bench material, bench
 2  book material for a -- the practicing judge that
 3  Guten and the chief of the division -- I think Judge
 4  Moody at the time -- there were probably several
 5  people that played a factor, but there was a card,
 6  if you will, a laminated card, front and back, that
 7  was kind of a practical guide -- bench guide for the
 8  judge on the bond docket.
 9           I would refer your attention there.
10      Q    Anything else that you can think of
11  beyond that bench card?
12      A    Not right now, ma'am.
13      Q    All right.
14           MS. RYAN:  I am at a good place to
15           take a break and figure out -- so the
16           next session that we come back will be
17           our last session.  I think we have maybe,
18           like, 30, 45 minutes left.  I'll check
19           the time when we're done.
20           So why don't we take a break now,
21           make sure that I can use the last of the
22           time efficiently, and then we'll come
23           back and finish up.
24           THE WITNESS:  When do you want us --
25           me back?  It's --
```

ROUGH DRAFT