4:18-cv-00298-SPF-JFJ
Exhibit 3

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

 3   Case No. 18-CV-0298-CVE-JFJ

 4   - - - - - - - - - - - - - - - - -X
     RICHARD FELTZ, et al.,            :
 5   On behalf of himself              :
     and all others                    :
 6   similarly situated,               :
                    Plaintiff          :
 7                                     :
     VS                                :
 8                                     :
     BOARD OF COUNTY COMMISSIONERS     :
 9   OF TULSA COUNTY, et al.,          :
                    Defendants         :
10   - - - - - - - - - - - - - - - - -X

11

12

13

14             Videotaped deposition of

15                  ANITA WRIGHT

16    taken via videoconference before Clifford Edwards,

17    Certified Shorthand Reporter and Notary Public, on

18            December 18, 2020, at 10:13 a.m.
```

1    out here.  There's a male and a female.

2             Just general rules -- the general booking

3    rules, you know.  Males sit on this side.  Females

4    sit on this side.  There are phones up there.

5    There's instructions on how to use the phone.

6             And then they let them know that they'll

7    be seeing a nurse and -- you know, just general

8    information that they need to know when they first

9    come in.

10       Q    Okay.  So you anticipated my next

11   question a little bit, which was about whether -- I

12   was going to ask about the handbook, so let's start

13   there -- whether the handbook has any information in

14   it about their court appearance, about their bond

15   docket or about their arraignment?

16       A    No.  The -- the handbook does not pertain

17   that information.  That information is given by the

18   detention officer when they come in to booking.

19       Q    And it's -- just to -- to make sure I

20   understood you:  It's given to them in writing on a

21   piece of paper?

22       A    Yeah.

23            The -- the charges you mean?

24       Q    No.

25            So I -- I believe that you said that when

1   they first come in, they're given information about
2   the -- maybe -- maybe I misheard or maybe you
3   misspoke -- but I believe you said that they're
4   given information about the bond docket?
5       A    Yeah.  That the -- the officer lets them
6   know that they have a -- that they have got a bond
7   docket hearing that day.
8       Q    Is that done orally or in writing?
9       A    Orally.
10      Q    Do you know what the substance of the
11  information conveyed is?  Are they -- is it that --
12  that there will be a hearing?
13      A    They just let them know that they will be
14  going to court that morning.  They'll have a bond
15  docket.
16           And -- and if the -- and the person asks,
17  Well, what's a bond docket?
18           Then a -- the detention officer -- the
19  officer back there in booking, let's them know
20  general information about the bond docket.
21      Q    And what sort of information would that
22  be?
23      A    That -- that they will see a judge --
24  they will see a judge, and that the judge will look
25  at their bond and see what they're going to do with

```
 1   it.  And that's basically all they let them know.
 2               And then when they get into my courtroom,
 3   then I let them know that -- about, you know, what
 4   the judge is going to do.  The judge is going to
 5   look at their bond to see what they're going to do
 6   with it.
 7               And then they will -- there's a public
 8   defender there on their behalf to argue for their
 9   bond to be lowered, and that there is a district
10   attorney there on the other side.  And that this is
11   not a factual hearing.  That this is just a bond
12   hearing.  And they are -- the judge will ask them
13   not to talk about the facts of the case.
14               And then I also kind of let them know the
15   information that the judge is going to ask.  They're
16   going to ask how -- if they've got a job, how long
17   they've lived in Tulsa.  You know, just general
18   information.
19               That way, you know, the public defender
20   has some information to present to the judge when
21   she's -- when that person -- when the public
22   defender is trying to get the bond lowered.
23        Q     Okay.  So you gave me a lot of -- a lot
24   information.  Thank you.  I want to go back through
25   it to make sure that I'm --
```