# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>VIC REGALADO, *et al.*,<br><br>      Defendants. | **Case No. 18-cv-298-SPF-JFJ** |

## NOTICE TO THE COURT

Plaintiffs hereby provide notice that certain events occurred during Tulsa County bond docket proceedings last week that may affect the Court's ruling on Plaintiffs' pending motion for a remedial order. Counsel for Plaintiffs and Judicial Defendants have conferred and are preparing a joint submission to provide the Court with details about this factual development. In the event the Court is preparing to rule on Plaintiffs' pending motion, this joint submission is expected to be filed within two weeks.

Dated: October 28, 2025

                                                    Respectfully Submitted,

                                                    /s/ Hayley Horowitz
                                                    Hayley Horowitz
                                                    Phoebe Kasdin
                                                    Still She Rises, Inc.
                                                     608 E. 46th Street North
                                                    Tulsa, OK 74126
                                                    hayleyh@stillsherises.org
                                                    phoebek@stillsherises.org
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was served on October 28, 2025 via the Northern District of Oklahoma CM-ECF system upon all counsel of record.

*/s/ Hayley Horowitz*