IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>VIC REGALADO, *et al.*,<br><br>　　　　　Defendants. | Case No. 18-cv-298-SPF-JFJ |

## PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Plaintiffs move to supplement the record for their Motion for Injunctive Relief, Dkt. No. 421, with two declarations, Exs. A, B, obtained from Tulsa County District Court Special Judges Julie Doss and Shannon Taylor following diligent, good faith consultation between the parties. Judicial Defendants do not object.

The declarations describe events that led to Judges Doss and Taylor conducting bond docket from inside the jail on October 17 through 19. This information was not available when Plaintiffs filed their motion and is relevant to Plaintiffs' request that bond docket be conducted in-person. The Court should therefore grant leave to supplement and consider the declarations as part of the record for deciding Plaintiffs' motion. *See Esquer-Davis v. Progressive Direct Ins. Co.*, No. Civ-22-546, 2024 WL 1336340, at *1 (W.D. Okla. Mar. 27, 2024) (allowing summary judgment record supplementation where evidence was not available when motion was filed); *Troutt v. Jones*, No. Civ-08-1376, 2010 WL 829786, at *1-2 (W.D. Okla. Mar. 4, 2010) (allowing supplementation after report and recommendation issued); *Jones v. Osage Cnty.*, No. 06-CV-276, 2008 WL 410084, at *4 n.5 (N.D. Okla. Feb. 12, 2008) (allowing supplementation after motion briefing completed where evidence was relevant and no prejudice shown).

Defendant Tulsa County Sheriff requests that Plaintiffs note his objection to this submission as untimely, immaterial and irrelevant.

Respectfully Submitted,

/s/ Hayley Horowitz
Hayley Horowitz
Phoebe Kasdin
Still She Rises, Inc.
608 E. 46th Street North
Tulsa, OK 74126
hayleyh@stillsherises.org
phoebek@stillsherises.org
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document and exhibits A and B were served on November 3, 2025, via the Northern District of Oklahoma CM-ECF system upon all counsel of record.

*/s/ Hayley Horowitz*