# Exhibit A
# to Plaintiffs' Motion to Supplement the Record

## DECLARATION OF JUDGE JULIE DOSS

STATE OF OKLAHOMA   )
                    ) ss:
COUNTY OF TULSA     )

I, Julie Doss, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, the following is true and correct:

1. On Saturday October 18, 2025, I was the Special Judge for and in the Tulsa County District Court presiding over the bond docket. On this day, I exercised my discretion and presided over the bond docket from the courtroom in the David L. Moss Criminal Justice Center.

2. I elected to conduct the proceedings from this location on Saturday October 18, 2025 as I discovered that morning that the TEAMS platform and internet at the Courthouse and David L. Moss Criminal Justice Center were not working.

3. On Sunday October 19, 2025, I was also the Special Judge for and in the Tulsa County District Court presiding over the bond docket. On this day, I exercised my discretion and presided over the bond docket from the courtroom in the David L. Moss Criminal Justice Center.

4. I elected to conduct the proceedings from this location as I did not know if the technology issues from Saturday would be resolved on Sunday.

5. Subsequent to this weekend, I learned the temporary service disruption to TEAMS and internet access was due to a Disaster Recovery Exercise by AOC.

6. During the weekend, one arrestee required the use of an interpreter. An interpreter was not available on Saturday such that the arrestee was passed to Sunday. On Sunday, the public defender waived the 48 hour requirement for the hearing as the interpreter was not available when this arrestee's case was called; therefore, the arrestee was passed to Monday October 20, 2025 bond docket and had his bond set. This arrestee had a federal hold in place and could not have been released before the Monday bond docket.

Executed on 31 day of Oct, 2025.

Julie Doss