# Exhibit B
# to Plaintiffs' Motion to Supplement the Record

## DECLARATION OF JUDGE SHANNON TAYLOR

**STATE OF OKLAHOMA** )
                     ) ss:
**COUNTY OF TULSA**    )

    I, Shannon Taylor, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, the following is true and correct:

1. On Friday October 17, 2025, I was the Special Judge for and in the Tulsa County District Court presiding over the bond docket. On this day, I exercised my discretion and presided over the bond docket from the courtroom in the David L. Moss Criminal Justice Center.

2. I elected to conduct the proceedings from this location as Anita Wright, Detention Officer/ Court Liaison since 2003, was retiring and Friday October 17, 2025, was her last day of work.

3. After the bond docket, I and other court personnel gathered with Ms. Wright to honor her service and congratulate her on her retirement.

Executed on 29 day of Oct, 2025.

_____
Shannon Taylor