### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>-vs-<br><br>VIC REGALADO, Tulsa County Sheriff, in his Official Capacity, et al.,<br><br>     Defendants. | Case No. 18-cv-0298-SPF-JFJ |

### **ORDER**

Before the court is Plaintiffs' Motion to Supplement the Record, doc. no. 445, filed on November 3, 2025.

The motion represents that the Judicial Defendants do not object. As for the Sheriff, the motion states that the Sheriff "requests that Plaintiffs note his objection to this submission as untimely, immaterial and irrelevant." *Id.* at 2. There is no indication, via the motion or otherwise, that the Sheriff intends to support that assertion with argument or authority. Insufficiently developed arguments are waived. Wall v. Astrue, 561 F.3d 1048, 1066 (10th Cir. 2009); Harvey Barnett, Inc. v. Shidler, 338 F.3d 1125, 1135-36 (10th Cir. 2003).

The motion is **GRANTED**. Apropos of the Sheriff's unsupported objection, the court will evaluate the relevance and impact of the matters stated in the declarations attached to the motion as it considers the pending Motion for Injunctive Relief, doc. no. 421.

DATED this 7th day of November, 2025.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p049.docx