**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VIC REGALADO, Tulsa County Sheriff, in his Official Capacity, et al.,<br><br>    Defendants. | Case No. 18-CV-0298-SPF-JFJ |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Local Rule 7-1(g), Plaintiffs hereby submit this motion for an extension of time to file their bill of costs and motion for attorney fees.

On January 12, 2026, this Court entered final judgment granting Plaintiffs declaratory and injunctive relief. ECF No. 448. The remaining issues to be resolved are Plaintiffs' attorneys' fees and costs as prevailing parties. *See* 42 U.S.C. 1988(b); Loc. Rs. 54-1 & 54-2. Pursuant to Local Rule 54-1(a) and Fed. R. Civ. P. 54(d)(2)(b)(i), the deadline to file both the bill of costs and the motion for attorney's fees and related nontaxable expenses is January 26, 2025.

Plaintiffs request an extension of time to file their bill of costs and motion for attorneys' fees and nontaxable expenses due to the time required to gather and review the applicable records in this litigation, which has spanned more than eight years and includes records from attorneys who are no longer employed by the organizations that represent Plaintiffs. Additional time would also allow the Parties to confer about a potential resolution for the fees matter

without incurring significant additional expenses to litigate reasonable fees.

Plaintiffs' counsel have conferred with counsel for the defendants, who have indicated that they object to the requested extension.

As there are currently no other scheduled deadlines in this case, granting this motion will have no impact on any other deadlines. No previous motion to extend this deadline has been made.

Accordingly, Plaintiffs request that their deadline for filing a bill of costs and motion for attorneys' fees and nontaxable expenses be extended by 30 days to February 25, 2026.

Dated: January 23, 2026                    /s/ Phoebe Kasdin

Phoebe Kasdin
Hayley Horowitz
STILL SHE RISES, TULSA
567 E. 36th Street North
Tulsa, OK 74106
phoebek@stillsherises.org
918-392-0874

Alec Karakatsanis*
CIVIL RIGHTS CORPS
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
alec@civilrightscorps.org
202-894-6124

*Attorneys for Plaintiffs*

**Admitted to practice pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Extension of Time was served on January 23, 2026 via the Northern District of Oklahoma CM-ECF system upon all counsel of record.

*/s/ Phoebe Kasdin*