# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIC REGALADO, Tulsa County Sheriff, in his Official Capacity, et al.,<br><br>Defendants. | Case No. 18-CV-0298-SPF-JFJ |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND COSTS

For good cause shown, Plaintiffs' Motion for Extension of Time to File Bill of Costs and Motion for Attorneys' Fees and Costs is granted. It is ordered that Plaintiffs may file their bill of costs and motion for attorneys' fees and nontaxable expenses by February 25, 2026.

If Defendants have any cogent reason for which the filing deadline, as extended, should be shortened, they shall make a showing to that effect by pleading filed not later than January 29, 2026.

DATED this 26th day of January, 2026.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p052.docx