**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>VIC REGALADO, *et al.,*<br><br>        Defendants. | Case No. 18-cv-0298-SPF-JFJ |

**DEFENDANT STATE JUDGES' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY FEES AND COSTS**

Defendant State Judges respectfully request the Court modify the relief requested by Plaintiffs in their Motion [Doc. 449] and granted by the Court [Doc. 450].

Defendant State Judges posit that the request, as made by Plaintiffs, is not the appropriate relief in this instance. Defendant State Judges request that the deadline to file any motion for attorney fees or bill of costs be extended until after all appeals are exhausted or, alternatively, to consider Plaintiffs' current motion for attorney fees and costs stayed until after all appeals are exhausted. Such extension will prevent unnecessarily duplicative efforts and favors judicial efficiency in regard to attorney fees and costs in this case because the time for appeal has not lapsed.

The deadline for either party to appeal is February 11, 2026. Fed. R. App. P. 4(a)(1)(A). If no appeal is filed, the deadline to file is February 25, 2026. Fed. R. Civ. P.

54(d)(2)(B)(i). If an appeal is filed, the deadline will be 14 days after any decision on appeal becomes final. *Id.*

The Court has authority to enter this type of relief. *See Gaedeke Holdings VII Ltd v. Baker*, 764 F. App'x 648, 654 (10th Cir. Feb. 22, 2019) (unpublished), exhibit 1, ("Today we hold only that a district court may, consistent with Rule 54(d)(2)(B), extend the time period for filing fee motions until after the resolution of all appeals in a case, and that the Advisory Committee Notes do not automatically abrogate or supersede the terms of such an order upon the entry of a new judgment after the granting of a Rule 59 motion.").

Defendant State Judges request that the order [Doc. 450] granting the extension to file a motion for attorney fees and bill of costs be modified to stay the deadline until 14 days after all appeals are exhausted, or, if no appeal is filed, to February 25, 2026.

Respectfully submitted,

*s/Erin M. Moore*
**ERIN M. MOORE, OBA#20787**
**DEVAN A. PEDERSON, OBA#16576**
**JACY SULLIVAN, OBA#33858**
Assistant Attorneys General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
erin.moore@oag.ok.gov
devan.pederaon@oag.ok.gov
jacy.sullivan@oag.ok.gov
*Attorneys for Defendant State Judges*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of January 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and I further certify that on this date a true and correct copy of the foregoing was served via the ECF System to all counsel who are ECF registrants:

                                                *s/Erin M. Moore*
                                                Erin M. Moore