IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>VIC REGALADO, *et al.*,<br><br>Defendants. | Case No. 18-cv-298-SPF-JFJ |

**PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME TO FILE FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs do not object to Defendant State Judges' proposal that a motion for attorneys' fees and costs be stayed pending a Tenth Circuit ruling if an appeal is filed from the Order and Judgment entered on January 12, 2026. Plaintiffs will submit to the Court, concurrent with filing this motion, a proposed order that sets a deadline for Plaintiffs to move for fees and costs by February 25, 2026, if no appeal is filed, or fourteen days after the Tenth Circuit rules on an appeal if one is filed.

Dated: January 26, 2026

Respectfully Submitted,

/s/ Hayley Horowitz
Hayley Horowitz
Phoebe Kasdin
Still She Rises, Inc.
608 E. 46th Street North
Tulsa, OK 74126
hayleyh@stillsherises.org
phoebek@stillsherises.org
*Attorneys for Plaintiffs*