UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIC REGALADO, *et al.*,<br><br>*Defendants*. | Case No. 18-CV-0298-SPF-JFJ |

## ORDER EXTENDING TIME TO FILE

It is hereby **ORDERED** that Plaintiffs' time to file a bill of costs and motion for attorneys' fees is extended until February 26, 2026, if no appeal is filed from the Order and Judgment entered on January 12, 2026. If an appeal is filed, Plaintiffs' deadline to file for costs and fees is fourteen days after the Tenth Circuit issues a mandate disposing of the appeal.

DATED this 27th day of January, 2026.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p054.PO.docx