UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIC REGALADO, Tulsa County Sheriff, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 18-CV-0298-SPF-JFJ |

### PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND COSTS

Under Local Civil Rule 7-1(g), Plaintiffs request an extension of the deadline for their bill of costs and motion for attorneys' fees that applies if no appeal is filed from the judgment in this case. Plaintiffs make this request because the current deadline was set to fall fourteen days after the deadline to appeal, *see* Doc. No. 454, but the deadline to appeal has now been tolled by Plaintiffs' motion to amend the judgment under Fed. R. Civ. P. 59(e), which was filed yesterday, Doc. No. 455. *See* Fed. R. App. P. 4(a)(4)(A)(iv). Defendants do not object to this motion.

Plaintiffs filed a prior motion, on January 23, 2026, to extend their time to file a motion for fees and costs. Doc. No. 449. Having granted the motion, on January 27, 2026, the Court adopted a schedule, *see* Doc. No. 454, proposed by Judicial Defendants, *see* Doc. No. 451, to which Plaintiffs agreed, *see* Doc. No 453. The Court set February 26, 2026 as the deadline for Plaintiffs' fees-and-costs motion if no appeal is filed from the judgment in this case, and a deadline of fourteen days after a mandate issues from the Tenth Circuit if an appeal is filed. Doc.

No. 454. As the Judicial Defendants explained when they proposed February 26 for the former deadline, it was chosen because it was fourteen days after the then-effective February 11 deadline for an appeal from the January 12 judgement in this case. *See* Doc. No. 451 at 1-2.

Plaintiffs have now filed a Rule 59 motion to amend the judgment, Doc. No. 455, which tolls the deadline to appeal while the Court adjudicates the Rule 59 motion, Fed. R. App. P. 4(a)(4)(A)(iv). To account for this tolling, Plaintiffs request an extension of the deadline for a fees-and-costs motion that will apply if no appeal is filed. Plaintiffs ask that that deadline be set for fourteen days after the new deadline to appeal, or forty-four days after the Court rules on Plaintiffs Rule 59 motion. Plaintiffs do not ask the court to change the deadline for a fees-and-costs motion that will apply if an appeal is filed. Granting this motion will not affect other deadlines in the case.

Dated: February 10, 2026               Respectfully Submitted,

                                       /s/ Hayley Horowitz
                                       Hayley Horowitz
                                       Phoebe Kasdin
                                       Still She Rises, Inc.
                                       608 E. 46th Street North
                                       Tulsa, OK 74126
                                       hayleyh@stillsherises.org
                                       phoebek@stillsherises.org
                                       918-392-0867

                                       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on February 10, 2026 via the Northern District of Oklahoma CM-ECF system upon all counsel of record.

*/s/ Hayley Horowitz*