## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all other similarly situated,

        *Plaintiffs*,

v.

VIC REGALADO, Tulsa County Sheriff, in his official capacity, *et al*.,

        *Defendants*.

Case No. 18-CV-0298-SPF-JFJ

## SECOND ORDER EXTENDING TIME TO FILE A
## BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

Before the court is Plaintiffs' Second Motion for Extension of Time to File Bill of Costs and Motion for Attorneys' Fees and Costs, Doc. No. 456). Said motion is **GRANTED**.

It is hereby **ORDERED** that Plaintiffs' time to file a bill of costs and motion for attorneys' fees is forty-four days after resolution of their Motion to Amend the Judgment, Doc. No. 455, if no appeal is filed from the judgment in this case. If an appeal is filed, Plaintiffs' deadline to file for costs and fees is fourteen days after the Tenth Circuit issues a mandate disposing of the appeal.

DATED this 10th day of February, 2026.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p056.PO.docx