## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No. 18-cv-0298-SPF-JFJ |
| VIC REGALADO, Tulsa County Sheriff, in his Official Capacity, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER REFERRING CASE FOR A JUDICIAL SETTLEMENT CONFERENCE

This case is hereby REFERRED to United States Magistrate Judge Chris M. Stephens for the purpose of conducting a judicial settlement conference in this case.

DATED this 19th day of May, 2026.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0298p059.docx