**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>VIC REGALADO, *et al.,*<br><br>    Defendants. | Case No. **18-cv-298-SPF-JFJ** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR NAMED PLAINTIFF ASHTON DENNIS

Pursuant to LCvR 83.5 of the Northern District of Oklahoma, all counsel of record for Ashton Dennis request leave to withdraw from their representation of named plaintiff Ashton Dennis. Counsel have lost contact with Mr. Dennis. As set forth in the accompanying Declaration of Hayley Horowitz, counsel have made diligent efforts to find Mr. Dennis, but all efforts have failed. Accordingly, counsel have been unable to serve Mr. Dennis with a copy of this motion as required by LCvR 83.5.  Mr. Dennis Counsel's withdrawal will leave Mr. Dennis unrepresented in this matter.

Dated: June 2, 2026

    /s Hayley Horowitz
Hayley Horowitz
STILL SHE RISES, INC.
608 E. 46th St. N.
Tulsa, OK 74126
Main: (918) 392-0867
Facsimile: (918) 471-2906
hayleyh@stillsherises.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on the 2nd day of June 2026, I caused a copy of the foregoing document to be served on all parties by the Electronic Case Filing System for the United States District Court for the Northern District of Oklahoma.

<u>    /s Hayley Horowitz        </u>
Hayley Horowitz