**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

RICHARD FELTZ and ASHTON LEE
DENNIS, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

v.

VIC REGALADO, *et al.,*

        Defendants.

**Case No. 18-cv-298-SPF-JFJ**

### DECLARATION OF HAYLEY HOROWITZ

HAYLEY HOROWITZ declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     My name is Hayley Horowitz. I am Impact Litigation Director for Still She Rises and class counsel and counsel for the named plaintiffs in this case. I submit this declaration in support of the motion by Ashton Dennis's counsel of record to withdraw from representing him in this matter.

2.     I and my colleagues at Still She Rises, on behalf of all Mr. Dennis's attorneys, were in contact with Mr. Dennis since he moved to intervene in the matter in December 2020.

3.     However, we are not currently in contact with Mr. Dennis and have been unable to locate or speak with him to discuss case strategy following the Court's entry of judgment.

4.     I and my colleagues at Still She Rises have made diligent efforts to contact Mr. Dennis at all known and possible addresses and phone numbers and by all other means of possible communication that we have been able to identify. We have not heard from him in response.

5.      Because we are not in contact with Mr. Dennis, we are unable to represent him in any further proceedings.

6.      We are also unable to serve him with the motion to withdraw.

Dated: June 2, 2026
      New York, New York

                                           */s Hayley Horowitz*
                                           Hayley Horowitz
                                           STILL SHE RISES, INC.
                                             608 E. 46th St. N.
                                             Tulsa, OK 74126
                                             Main: (918) 392-0867
                                             Facsimile: (918) 471-2906
                                             hayleyh@stillsherises.org
                                             *Attorney for Plaintiffs*