**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | **Case No. 18-cv-298-SPF-JFJ** |
| v. | |
| VIC REGALADO, *et al.,* | |
| Defendants. | |

### Lamont Royston, Jr.'s Motion to Intervene

NOW COMES Lamont Royston, Jr., by and through undersigned counsel, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and move this Court upon the accompanying Memorandum of Law, for an order granting leave for them to intervene in this action as a named plaintiffs, on behalf of themselves and all others similarly situated, as a matter of right under Rule 24(a), or in the alternative by permissive intervention under Rule 24(b)(1)(B).

Dated: June 2, 2026

/s Hayley Horowitz
Hayley Horowitz
STILL SHE RISES, INC.
608 E. 46th St. N.
Tulsa, OK 74126
Main: (918) 392-0867
Facsimile: (918) 471-2906
hayleyh@stillsherises.org
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on the 2nd day of June, 2026, I caused a copy of the foregoing document to be served on all parties by the Electronic Case Filing System for the United States District Court for the Northern District of Oklahoma.

                                    */s Hayley Horowitz*

                                    Hayley Horowitz