# Exhibit 1

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

RICHARD FELTZ and ASHTON LEE DENNIS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

VIC REGALADO, *et al.*,

Defendants.

Case No. 18-cv-298-SPF-JFJ

### DECLARATION OF LAMONT ROYSTON JR.

Lamont Royston Jr. declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the following is true and correct:

1.      My name is Lamont Royston Jr.

2.      I am 39 years of age.

3.      I was arrested on June 2, 2026, in connection with the alleged possession of a firearm.

4.      Upon arrest, I was taken to the Tulsa County Jail.

5.      Upon booking, I was not advised whether I had been assigned a monetary bond or its amount.

6.      I have since learned that I am being detained on $20,000 bond.

7.      No one at the jail has asked if I can afford to pay that amount.

8.      I cannot afford to pay it.

9.      I am currently in jail as of June 2, 2026, the date on which I am signing this affidavit.

10.    I am not represented by an attorney in my criminal matter and cannot afford to hire one.

Executed on: June 2, 2026
Tulsa, Oklahoma
Lamont Royston Jr.