**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

RICHARD FELTZ and ASHTON LEE
DENNIS, on behalf of themselves and all
others similarly situated,

      Plaintiffs,

v.

VIC REGALADO, *et al.,*

      Defendants.

**Case No. 18-cv-298-SPF-JFJ**

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

Defendants David Guten, in his official capacity as Presiding Judge of the Fourteenth Judicial District, and Kasey Baldwin, Tammy Bruce, Janay Clougherty, Gary L Davis, II, Julie Doss, Melissa East, Michael Esmond, Mary Ann Godsby, Travis Horton, Kevin Keller, Greg Lavender, Deborrah Ludi Leitch, J. Anthony Miller, Charles Morrison, Wilma Palmer, Loretta Radford, April Seibert, Rodney Sparkman, Shannon Taylor, and Tanya Wilson, all in their official capacities as Special Judges for the Fourteenth Judicial District (collectively "Defendant State Judges") give notice of their appeal to the United States Court of Appeals for the Tenth Circuit from the Amended Final Order Granting Declaratory and Injunctive Relief of the Honorable Stephen P. Friot, District Judge, entered in the above-styled numbered case on May 12, 2026 [Doc. 464] and all orders merged therein, pursuant to Fed. R. App. P. 3(a)(1) and 4(a)(1)(A)&(a)(4)(A)(iv). A copy of such order is attached as Exhibit A.

Dated June 11, 2026.

1

RESPECTFULLY SUBMITTED,

*s/Erin M. Moore*

**ERIN M. MOORE, OBA#20787**
**DEVAN A. PEDERSON, OBA#16576**
**JACY SULLIVAN, OBA#33858**
*Assistant Attorneys General*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
T: (405) 521-3921 | F: (405) 521-4518
erin.moore@oag.ok.gov
devan.pederaon@oag.ok.gov
jacy.sullivan@oag.ok.gov
*Attorneys for Defendant State Judges*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who are ECF registrants.

*/s/ Erin M. Moore*

2