# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD FELTZ and ASHTON LEE DENNIS on behalf of themselves and all other similarly, | |
| Plaintiffs, | **Case No. 18-cv-298-SPF-JFJ** |
| v. | |
| VIC REGALADO, in his official capacity as Tulsa County Sheriff, to the extent he is named as a state actor (not as a county actor); KASEY BALDWIN, TAMMY BRUCE, JANAY CLOUGHERTY, GARY L DAVIS, II, JULIE DOSS, MELISSA EAST, MICHAEL ESMOND, MARY ANN GODSBY, TRAVIS HORTON, KEVIN KELLER, GREG LAVENDER, DEBORAH LUDI LEITCH, ANTHONY J. MILLER, CHARLES MORRISON, WILMA PALMER, LORETTA RADFORD APRIL SEIBERT, RODNEY B. SPARKMAN, and TANYA WILSON, in their official capacities as Tulsa County Special Judges; and DAVID GUTEN, in his official capacity as Presiding Tulsa County District Court Judge, | |
| Defendants. | |

## MOTION TO WITHDRAW

COMES NOW Assistant Attorney General Devan Pederson and respectfully

requests permission of the Court to withdraw as counsel of record for Defendants

in the referenced case. Erin Moore and Jacy Sullivan will continue as counsel for

Defendants in this matter. The withdrawal will not prejudice the parties or result in a delay of proceedings.

WHEREFORE, Devan Pederson requests this Court enter an order withdrawing him as counsel of record in this case.

Respectfully submitted,

*s/ Devan Pederson*
**DEVAN PEDERSON, OBA#16576**
Senior Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:  405-521-3921
Facsimile:   405-521-4518
devan.pederson@oag.ok.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, I electronically transmitted to foregoing document to the Clerk of Court using the ECF System for filing and for Notice of Electronic Filing to all Counsel of record, who are registered participants.

*s/ Devan Pederson*
Devan Pederson

2