**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHARD FELTZ and ASHTON DENNIS, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | |
| v. | Case No. 18-CV-0298-SPF-JFJ |
| VIC REGALADO, Tulsa County Sheriff, in his Official Capacity, *et al.*, | |
| *Defendants*. | |

## NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that Plaintiff Richard Feltz and proposed Intervenor-Plaintiff Lamont Royston, Jr., on behalf of themselves and all others similarly situated, hereby cross-appeal to the United States Court of Appeals for the Tenth Circuit this Court's amended final judgment entered on May 12, 2026, Dkt. No. 464, and all orders or opinions that merged into that final judgment, including but not limited to the orders partially granting Defendant Sheriff Vic Regalado's Motion to Dismiss, Dkt. No. 306; partially denying summary judgment to Plaintiffs and partially granting summary judgment to Defendants, Dkt. No. 397; and partially denying Plaintiffs' requested relief, Dkt. Nos. 447, 448, 463, 464.

Dated: June 25, 2026

Respectfully Submitted,

/s/ Hayley Horowitz
Hayley Horowitz
STILL SHE RISES, INC.
608 E. 46th Street North
Tulsa, OK 74126
hayleyh@stillsherises.org
918-392-0867

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on June 25, 2026 via the Northern District of Oklahoma CM-ECF system upon all counsel of record.

*/s/ Hayley Horowitz*